PATRICK HAMMON (255047)
MATTHEW SCHECHTER (212003)
ANDREW PARKHURST (324173)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
Email:       phammon@mcmanislaw.com

Attorneys for Plaintiffs,
METAQUOTES LTD. and
METAQUOTES SOFTWARE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>METAQUOTES SOFTWARE CORP., a California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

1     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Plaintiffs, MetaQuotes Ltd. and MetaQuotes Software Corp. (collectively "Plaintiffs"), certifies that Plaintiffs have no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

    Pursuant to Local Rule 7.1-1, the undersigned further certifies that as of this date, Plaintiff are not aware of any entities that may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  March 28, 2022      McMANIS FAULKNER

*/s/ Matthew Schechter*
PATRICK HAMMON
MATTHEW SCHECHTER
ANDREW PARKHURST

Attorneys for Plaintiffs,
METAQUOTES LTD. and
METAQUOTES SOFTWARE CORP.