| *Attorney or Party without Attorney:*<br>MATTHEW SCHECHTER (SBN 212003)<br>MCMANIS FAULKNER<br>50 WEST SAN FERNANDO STREET, SUITE 1000<br>SAN JOSE, CA 95113<br>    *Telephone No:* (408) 279-8700 | | **For Court Use Only** |
|---|---|---|
| *Attorney For:*   Plaintiff | *Ref. No. or File No.:*<br>METAQ/2215007 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*   METAQUOTES LTD., a Republic of Cyprus limited corporation; et al.<br>*Defendant:*   METAQUOTES SOFTWARE CORP., a California corporation; et al. | | |
| **PROOF OF SERVICE** | Hearing Date:    Time:    Dept/Div: | Case Number:<br>8:22-cv-00462 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the See Attached List of All Documents Served; .

3. a. Party served:     JIAN HE, an individual
   b. Person served:   Cici Doe, occupant , Asian American , Female , Age: 35 , Hair: Black , Eyes: Brown , Height: 5'5" , Weight: 160 , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1206 DOROTHY LANE, FULLERTON, CA 92831

5. I served the party:
   a. **by substituted service.**    On: Fri, Apr 01 2022 at: 10:48 AM by leaving the copies with or in the presence of:
   Cici Doe, occupant , Asian American , Female , Age: 35 , Hair: Black , Eyes: Brown , Height: 5'5" , Weight: 160 .

   (1)  [ X ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)  [  ]   **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)  [ X ]  **(Declaration of Mailing)** is attached.
   (4)  [ X ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*6886241*
*(9099938)*
**Page 1 of 2**

| Attorney or Party without Attorney:<br>MATTHEW SCHECHTER (SBN 212003)<br>MCMANIS FAULKNER<br>50 WEST SAN FERNANDO STREET, SUITE 1000<br>SAN JOSE, CA 95113<br>  Telephone No:  (408) 279-8700<br>  Attorney For:  Plaintiff | | Ref. No. or File No.:<br>METAQ/2215007 | For Court Use Only |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | |
| Plaintiff:  METAQUOTES LTD., a Republic of Cyprus limited corporation; et al.<br>Defendant:  METAQUOTES SOFTWARE CORP., a California corporation; et al. | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:22-cv-00462 |

6. **Person Who Served Papers:**
   a. Mario Alvarado (2018155566)
   **b. FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. *The Fee* for Service was: $648.77
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

   04/01/2022
   (Date)                                       (Signature)



| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>MATTHEW SCHECHTER (SBN 212003)<br>MCMANIS FAULKNER<br>50 WEST SAN FERNANDO STREET, SUITE 1000<br>SAN JOSE, CA 95113<br>*Telephone No:* (408) 279-8700<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>METAQ/2215007 | **For Court Use Only** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* METAQUOTES LTD., a Republic of Cyprus limited corporation; et al.<br>*Defendant:* METAQUOTES SOFTWARE CORP., a California corporation; et al. | | |
| **PROOF OF SERVICE**<br>By Mail | *Hearing Date:*   *Time:*   *Dept/Div:* | *Case Number:*<br>8:22-cv-00462 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the See Attached List of All Documents Served; .

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Apr 1, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: JIAN HE, an individual
                                1206 DOROTHY LANE, FULLERTON, CA 92831

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Apr 1, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   **b. FIRST LEGAL**
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: $648.77
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

                        04/01/2022
                         (Date)                        (Signature)

