David J. Williams (CA State Bar No. 236919)
  E-Mail: dwilliams@mabr.com
Quincy Chuck (CA State Bar No. 307857)
  E-Mail: qchuck@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorneys for Defendant Jian He

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>METAQUOTES SOFTWARE CORP., A California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 8:22-CV-00462-SB-DFM<br><br>**JIAN HE'S EVIDENTIARY OBJECTIONS TO DECLARATION OF FIVOS GEORGIADES IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**<br><br>Date:       April 8, 2022<br>Time:       1:30 p.m.<br>Courtroom:  6C<br>Judge:      Hon. Stanley Blumenfeld, Jr.<br><br>Complaint Filed: March 28, 2022 |

Jian He ("Mr. He") submits the following evidentiary objections to the Declaration of Fivos Georgiades In Support of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Be Issued.

Section I below provides objections to the statements in the Georgiades Declaration. Section II below provides objections to the exhibits attached to the Georgiades Declaration.

## I. OBJECTIONS TO THE STATEMENTS IN THE GEORGIADES DECLARATION

Mr. He objects to the following paragraphs of the Georgiades Declaration for the reasons set forth below.

| ¶¶ | Evidentiary Objections to the Georgiades Decl. |
|---|---|
| 22 | Lack of personal knowledge (FRE 602), lack of Foundation (FRE 901) calls for speculation (FRE 701), and hearsay (FRE 801) in suggesting that Mr. He has been involved in pirating the software of MetaQuotes Software Corp. Mr. Georgiades offers testimony in this paragraph based not upon his personal knowledge of the subject matter, but rather based upon specialized knowledge regarding piracy of software (i.e. what constitutes software piracy is a legal opinion) and not rationally based on his perception. He has no personal knowledge, and has not established any foundation for knowing, what Mr. Jian He did or did not do. In addition, Mr. Georgiades' statements in this paragraph are based upon documents containing the written or oral assertions of another. Mr. Georgiades lacks the personal knowledge required to testify to such matters, and such matters are hearsay for which no exception applies. |
| 23 | Lack of personal knowledge (FRE 602), calls for speculation (FRE 701), calls for a legal conclusion (FRE 703), and hearsay (FRE 801) lack of Foundation (FRE 901) in suggesting that Mr. He was specifically involved in hacking MetaQuotes' technology and fraudulently reselling it to companies in China. Mr. Georgiades offers testimony in this paragraph based not upon his personal knowledge of the subject matter, but rather based upon specialized knowledge of |

1

JIAN HE'S EVIDENTIARY OBJECTIONS TO
DECLARATION OF FIVOS GEORGIADES

| | | |
|---|---|---|
| | | hacking of technology and not rationally based on his perception. In addition, Mr. Georgiades' statements in this paragraph are based on a legal conclusion regarding what constitutes fraud. He has no personal knowledge of and has not established any foundation for knowing, what Mr. Jian He did or did not do. Mr. Georgides has also not established any knowledge of Chinese to be able to aver as to the meaning of the Chinese language document he attaches, or any foundation or requisite personal knowledge or expertise to aver as to the legal effect of the Chinese language document he attaches. Finally, Mr. Georgiades' statements in this paragraph are based upon documents containing the written or oral assertions of another. Mr. Georgiades lacks the personal knowledge required to testify to such matters, and such matters are hearsay for which no exception applies. |
| | 24 | Lack of personal knowledge (FRE 602), lack of Foundation (FRE 901), speculation (FRE 701) and hearsay (FRE 801) in suggesting that Mr. He has not stopped his efforts to steal money from MetaQuotes, has posed as a representative of MetaQuotes Software Corp., sent a fake license agreement and invoices to a real customer of MetaQuotes Software Corp., and collected substantial sums of money that should have been paid to MetaQuotes Software Corp. Mr. Georgiades offers testimony in these paragraphs based, not upon his personal knowledge of the subject matter, but rather based upon documents containing the written or oral assertions of another. He has not established any foundation to support any knowledge of what Mr. He did or did not do. Mr. Georgiades lacks the personal knowledge required to testify to such matters, and such matters are hearsay for which no exception applies. |
| | 25 | Lack of personal knowledge (FRE 602) lack of Foundation (FRE 901), improper speculation (FRE 701) and hearsay (FRE 801) in suggesting that Mr. He incorporated the alleged counterfeit MetaQuotes companies to further his efforts to steal money, customers, or both from MetaQuotes Software Corp. by sending additional fake invoices. Mr. Georgiades offers testimony in these paragraphs based, not upon his personal knowledge of the subject matter, but rather based upon documents containing the written or oral assertions of another. Mr. Georgiades lacks the personal knowledge required to testify to such matters, and such matters are hearsay for which no exception applies. |
| | 28 | Lack of personal knowledge (FRE 602), calls for a legal conclusion (FRE 703), and hearsay (FRE 801). Mr. Georgiades offers testimony in this paragraph based not upon his personal knowledge of the subject |

| | |
|---|---|
| | matter, but rather based upon a legal conclusion regarding what constitutes a fraudulent license. In addition, Mr. Georgiades' statements in this paragraph are based upon documents containing the written or oral assertions of another. Mr. Georgiades lacks the personal knowledge required to testify to such matters, and such matters are hearsay for which no exception applies. |
| 30 | Lack of personal knowledge (FRE 602), lack of Foundation (FRE 901) speculation (FRE 701) calls for speculation (FRE 701), and hearsay (FRE 801) in suggesting that Mr. He sent fake invoices to the alleged Real FXCA, directing it to make payments to a bank account belonging to the alleged counterfeit MetaQuotes companies, would then send money back to the alleged Real MetaQuotes in response to invoices sent by them, and would then keep the difference. Mr. Georgiades offers testimony in this paragraph based not upon his personal knowledge of the subject matter, but rather based upon specialized knowledge regarding fraudulent invoices and not rationally based on his perception, and in particular as to whether it was Mr. He who performed the actions attributed to him in the paragraph. He does not, for example, aver that any of the emails were ever signed by Mr. He (which still may not be sufficient), or ever spoke to the person who sent to the emails to confirm it was Mr. He. In addition, Mr. Georgiades' statements in this paragraph are based upon documents containing the written or oral assertions of another. Mr. Georgiades lacks the personal knowledge required to testify to such matters, and such matters are hearsay for which no exception applies. |

## II. OBJECTIONS TO THE GEORGIADES DECLARATION EXHIBITS

Exhibit A to the Georgiades Declaration lacks foundation (FRE 901) because it is not authenticated. Exhibit A is alleged to be Fugitive Person Registration Forms, which are Chinese governmental documents. Because Mr. Georgiades is not an official representative of the Chinese government, he cannot authenticate Exhibit A.

///

///

///

///

///

## III. CONCLUSION

For the foregoing reasons, Mr. He respectfully requests that the Court strike and not consider the objectionable evidence identified above.

DATED: April 4, 2022

David J. Williams
Quincy J. Chuck
MASCHOFF BRENNAN

By: *[signature]*
Quincy J. Chuck
Attorneys for Defendant Jian He