1  David J. Williams (CA State Bar No. 236919)
       E-Mail: dwilliams@mabr.com
2  Quincy Chuck (CA State Bar No. 307857)
3      E-Mail: qchuck@mabr.com
   MASCHOFF BRENNAN
4  100 Spectrum Center Drive, Suite 1200
5  Irvine, California 92618
   Telephone:  (949) 202-1900
6  Facsimile:   (949) 453-1104

7  Attorneys for Defendant Jian He
8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation, | Case No. 8:22-CV-00462-sb-dfm |
| | **SURREPLY DECLARATION OF QUINCY J. CHUCK** |
| Plaintiffs, | Date:        April 22, 2022<br>Time:        10:00 a.m.<br>Courtroom: 6C<br>Judge:       Hon. Stanley Blumenfeld, Jr. |
| v. | |
| METAQUOTES SOFTWARE CORP., A California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, INCLUSIVE, | Complaint Filed: March 28, 2022 |
| Defendants. | |

**SURREPLY DECLARATION OF QUINCY J. CHUCK**

I, Quincy J. Chuck, declare as follows:

1. I am an attorney with the law firm Maschoff Brennan and counsel of record for Plaintiff Jian He.

2. I make this declaration based on my own personal knowledge and the records of the law firm to which I have access and could competently testify to them if called as witness.

3. On April 14, 2022, I navigated to the California Secretary of State website and downloaded the most recent Statement of Information for Metaquotes Software Corporation in California, date December 15, 2021. Mr. Jian He's name does not appear on it. A true and correct copy of this Statement of Information is attached hereto as **Exhibit 1.** I also performed a search to confirm that the Articles of Incorporation that Mr. He submitted with his declaration as **Exhibit C**, which demonstrated he was *not* the incorporator of Metaquotes California, was the same as the Secretary of State's public records.

Executed this 14th day of April, 2022.

By: _____
Quincy Chuck

**SURREPLY DECLARATION OF QUINCY J. CHUCK**