David J. Williams (CA State Bar No. 236919)
    E-Mail: dwilliams@mabr.com
Quincy Chuck (CA State Bar No. 307857)
    E-Mail: qchuck@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:  (949) 202-1900
Facsimile:  (949) 453-1104

Attorneys for Defendant Jian He

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>METAQUOTES SOFTWARE CORP., A California corporation, STANDARD FINTECH CONSULTING, INC.,  a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation,  PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, INCLUSIVE,<br><br>                    Defendant. | Case No. 8:22-CV-00462-SB-DFM<br><br>**DEFENDANT JIAN HE'S ANSWER TO COMPLAINT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: March 28, 2022 |

JIAN HE'S ANSWER TO COMPLAINT

**DEFENDANT'S ANSWER**

Defendant Jian He ("Defendant"), by his counsel, hereby answers plaintiffs' Metaquotes Ltd and Metaquotes Software Corp ("Plaintiffs") Complaint in the above-entitled action ("Complaint") as follows:

**INTRODUCTION**[1]

1.      Defendant admits that Plaintiffs have asserted the causes of action listed in paragraph 1 of the COMPLAINT. Except as expressly admitted herein, Defendant denies the remaining allegations of paragraph 1 of the COMPLAINT.

2.      Defendant is without sufficient information to admit or deny the allegations contained in paragraph 2 of the COMPLAINT and therefore denies the same.

3.      Defendant is without sufficient information to admit or deny the allegations contained in paragraph 3 of the COMPLAINT and therefore denies the same.

**THE PARTIES**

4.      Defendant is without sufficient information to admit or deny the allegations contained in paragraph 4 of the COMPLAINT and therefore denies the same.

5.      Defendant is without sufficient information to admit or deny the allegations contained in paragraph 5 of the COMPLAINT and therefore denies the same.

6.      Defendant admits that MetaQuotes Software Corp., is an entity organized under the laws of the state of California and Peijie Liu is its registered agent for service of process. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 6 of the COMPLAINT and therefore denies the same.

7.      Defendant admits that Standard Fintech Consulting, Inc. ("Fintech") is an entity organized under the laws of the state of California and Jian He was its registered agent for service of process. Defendant denies that Jian He is located at 1206 Dorothy Lane, Fullerton, California 92831. Defendant is without sufficient information to admit or

---

[1] Defendant repeats the headings used by Plaintiffs for convenience purposes only and does not make any admissions concerning the use of the headings.

JIAN HE'S ANSWER TO COMPLAINT

deny the remaining allegations contained in paragraph 7 of the COMPLAINT and therefore denies the same.

8.    Defendant admits that FXCA Markets Limited was an entity organized under the laws of the state of California and Shanfa Guo was its registered agent for service of process. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 8 of the COMPLAINT and therefore denies the same.

9.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph 9 of the COMPLAINT and therefore denies the same.

10.    Defendant admits the allegations in Paragraph 10 of the COMPLAINT.

11.    Defendant denies the allegations of paragraph 11 of the COMPLAINT

12.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph 12 of the COMPLAINT and therefore denies the same.

13.    Defendant admits that he was an employee of Standard Fintech Consulting, Inc., but denies that he was the agent or employee of any other defendant or that any other defendant was his agent or employee. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 13 of the COMPLAINT and therefore denies the same.

14.    Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 14 of the COMPLAINT and therefore denies the same.

15.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph 15 of the COMPLAINT and therefore denies the same.

## JURISDICTION AND VENUE

16.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph 16 of the COMPLAINT and therefore denies the same.

17.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph 17 of the COMPLAINT and therefore denies the same.

JIAN HE'S ANSWER TO COMPLAINT

1      18.     Defendant is without sufficient information to admit or deny the allegations

2   contained in paragraph 18 of the COMPLAINT and therefore denies the same.

3      19.     Defendant is without sufficient information to admit or deny the allegations

4   contained in paragraph 19 of the COMPLAINT and therefore denies the same.

5      20.     Defendant denies that he is an officer, owner, or employee of Counterfeit

6   MetaQuotes and Counterfeit FXCA.  Defendant is without sufficient information to admit

7   or deny the allegations contained in paragraph 20 of the COMPLAINT and therefore

8   denies the same.

9                  **FACTUAL ALLEGATIONS**

10                  **THE REAL METAQUOTES**

11      21.     Defendant is without sufficient information to admit or deny the allegations

12   contained in paragraph 21 of the COMPLAINT and therefore denies the same.

13      22.     Defendant is without sufficient information to admit or deny the allegations

14   contained in paragraph 22 of the COMPLAINT and therefore denies the same.

15      23.     Defendant is without sufficient information to admit or deny the allegations

16   contained in paragraph 23 of the COMPLAINT and therefore denies the same.

17      24.     Defendant is without sufficient information to admit or deny the allegations

18   contained in paragraph 24 of the COMPLAINT and therefore denies the same.

19      25.     Defendant is without sufficient information to admit or deny the allegations

20   contained in paragraph 25 of the COMPLAINT and therefore denies the same.

21      26.     Defendant is without sufficient information to admit or deny the allegations

22   contained in paragraph 26 of the COMPLAINT and therefore denies the same.

23      27.     Defendant is without sufficient information to admit or deny the allegations

24   contained in paragraph 27 of the COMPLAINT and therefore denies the same.

25      28.     Defendant is without sufficient information to admit or deny the allegations

26   contained in paragraph 28 of the COMPLAINT and therefore denies the same.

27      29.     Defendant is without sufficient information to admit or deny the allegations

28   contained in paragraph 29 of the COMPLAINT and therefore denies the same.

JIAN HE'S ANSWER TO COMPLAINT

1      30.    Defendant is without sufficient information to admit or deny the allegations
2  contained in paragraph 30 of the COMPLAINT and therefore denies the same.

3      31.    Defendant is without sufficient information to admit or deny the allegations
4  contained in paragraph 31 of the COMPLAINT and therefore denies the same.

5      32.    Defendant is without sufficient information to admit or deny the allegations
6  contained in paragraph 32 of the COMPLAINT and therefore denies the same.

7      33.    Defendant is without sufficient information to admit or deny the allegations
8  contained in paragraph 33 of the COMPLAINT and therefore denies the same.

9      34.    Defendant is without sufficient information to admit or deny the allegations
10  contained in paragraph 34 of the COMPLAINT and therefore denies the same.

**THE COUNTERFEIT METAQUOTES AND COUNTERFEIT FXCA**

35.    Defendant admits that the original articles of incorporation list Defendant as the agent for service of process. Defendant denies that he is located at 1206 Dorothy Lane, Fullerton, California 92831.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 35 of the COMPLAINT and therefore denies the same.

36.    Defendant admits that the original articles of incorporation list Defendant as the agent for service of process. Defendant denies that he is located at 1206 Dorothy Lane, Fullerton, California 92831.  Defendant is without sufficient information to admit or deny the allegations contained in paragraph 36 of the COMPLAINT and therefore denies the same.

37.    Defendant denies the allegations in paragraph 37 of the COMPLAINT.

38.    Defendant admits that he is the owner of a company named UGL Exchange Ltd., registered in Cyprus, which was a client of Metaquotes.  Defendant denies the remainder of the allegations contained in paragraph 38 of the COMPLAINT.

39.    Defendant denies the allegations in paragraph 39 of the COMPLAINT.

40.    Defendant denies the allegations in paragraph 40 of the COMPLAINT.

41.    Defendant denies the allegations in paragraph 41 of the COMPLAINT.

JIAN HE'S ANSWER TO COMPLAINT

42.     Defendant denies the allegations in paragraph 42 of the COMPLAINT.

43.     Defendant denies the allegations in paragraph 43 of the COMPLAINT.

44.     Defendant denies the allegations in paragraph 44 of the COMPLAINT.

45.     Defendant denies that he did any of the actions attributed to him in Paragraph 45 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the allegations contained in paragraph 45 of the COMPLAINT and therefore denies the same.

46.     Defendant denies the allegations in paragraph 46 of the COMPLAINT.

47.     Defendant denies the allegations in paragraph 47 of the COMPLAINT.

48.     Defendant denies the allegations in paragraph 48 of the COMPLAINT.

49.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 49 of the COMPLAINT and therefore denies the same.

### THE REAL METAQUOTES' TRADEMARKS

50.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 50 of the COMPLAINT and therefore denies the same.

51.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 51 of the COMPLAINT and therefore denies the same.

52.     Defendant denies the allegations contained in paragraph 52 of the COMPLAINT.

53.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 53 of the COMPLAINT and therefore denies the same.

### FIRST CLAIM FOR RELIEF

### FEDERAL TRADEMARK INFRINGMENT (15 U.S.C. § 1114)

54.     Defendant restates, realleges, and incorporates by reference his responses contained in the preceding paragraphs as if set forth fully herein.

55.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 55 of the COMPLAINT and therefore denies the same.

56.     Defendant denies that he engaged in any of the activities alleged in

JIAN HE'S ANSWER TO COMPLAINT

paragraph 56 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 56 of the COMPLAINT and therefore denies the same.

57.    Defendant denies that he engaged in any of the activities alleged in paragraph 57 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 57 of the COMPLAINT and therefore denies the same.

58.    Defendant denies that he engaged in any of the activities alleged in paragraph 58 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 58 of the COMPLAINT and therefore denies the same.

59.    Defendant denies that he engaged in any of the activities alleged in paragraph 59 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 59 of the COMPLAINT and therefore denies the same.

60.    Defendant denies that he engaged in any of the activities alleged in paragraph 60 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 60 of the COMPLAINT and therefore denies the same.

61.    Defendant denies that he engaged in any of the activities alleged in paragraph 61 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 61 of the COMPLAINT and therefore denies the same.

## SECOND CLAIM FOR RELIEF

## FEDERAL FALSE DESIGNATION OF ORIGIN

62.    Defendant restates, realleges, and incorporates by reference his responses contained in the preceding paragraphs as if set forth fully herein.

63.    Defendant denies that he engaged in any of the activities alleged in

JIAN HE'S ANSWER TO COMPLAINT

paragraph 63 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 63 of the COMPLAINT and therefore denies the same.

64.    Defendant denies that he engaged in any of the activities alleged in paragraph 64 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 64 of the COMPLAINT and therefore denies the same.

65.    Defendant denies that he engaged in any of the activities alleged in paragraph 65 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 65 of the COMPLAINT and therefore denies the same.

66.    Defendant denies that he engaged in any of the activities alleged in paragraph 66 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 66 of the COMPLAINT and therefore denies the same.

## THIRD CLAIM FOR RELIEF
## FEDERAL FALSE ADVERTISING

67.    Defendant restates, realleges, and incorporates by reference his responses contained in the preceding paragraphs as if set forth fully herein.

68.    Defendant denies that he engaged in any of the activities alleged in paragraph 68 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 68 of the COMPLAINT and therefore denies the same.

69.    Defendant denies that he engaged in any of the activities alleged in paragraph 69 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 69 of the COMPLAINT and therefore denies the same.

70.    Defendant is without sufficient information to admit or deny the allegations

7

JIAN HE'S ANSWER TO COMPLAINT

contained in paragraph 70 of the COMPLAINT and therefore denies the same.

71.     Defendant denies that he engaged in any of the activities alleged in paragraph 71 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 71 of the COMPLAINT and therefore denies the same.

72.     Defendant denies that he engaged in any of the activities alleged in paragraph 72 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 72 of the COMPLAINT and therefore denies the same.

## FOURTH CLAIM FOR RELIEF
## CALIFORNIA UNFAIR COMPETITION

73.     Defendant restates, realleges, and incorporates by reference his responses contained in the preceding paragraphs as if set forth fully herein.

74.     Defendant is without sufficient information to admit or deny the allegations contained in paragraph 74 of the COMPLAINT and therefore denies the same.

75.     Defendant denies that he engaged in any of the activities alleged in paragraph 75 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 75 of the COMPLAINT and therefore denies the same.

76.     Defendant denies that he engaged in any of the activities alleged in paragraph 76 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 76 of the COMPLAINT and therefore denies the same.

77.     Defendant denies that he engaged in any of the activities alleged in paragraph 77 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 77 of the COMPLAINT and therefore denies the same.

78.     Defendant denies that he engaged in any of the activities alleged in

JIAN HE'S ANSWER TO COMPLAINT

paragraph 78 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 78 of the COMPLAINT and therefore denies the same.

79.     Defendant denies that he engaged in any of the activities alleged in paragraph 79 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 79 of the COMPLAINT and therefore denies the same.

### FIFTH CLAIM FOR RELIEF

### UNJUST ENRICHMENT

80.     Defendant restates, realleges, and incorporates by reference his responses contained in the preceding paragraphs as if set forth fully herein.

81.     Defendant denies that he engaged in any of the activities alleged in paragraph 81 of the COMPLAINT.  Defendant is without sufficient information to admit or deny the remainder of the allegations contained in paragraph 81 of the COMPLAINT and therefore denies the same.

82.     Defendant denies the allegations of paragraph 82 of the COMPLAINT.

### PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any of the relief requested in Plaintiffs' prayer for judgment resulting from Plaintiffs' allegations contained in their COMPLAINT against Defendant.

### AFFIRMATIVE DEFENSES

Defendant asserts the following additional defenses to Plaintiffs' allegations and claims.  Assertion of a defense denominated as an affirmative defense herein is not a concession that Defendant have the burden of proof, the burden of production, or the burden of persuasion related to such a defense. Defendant reserves the right to assert additional defenses, as warranted by facts learned through investigation and discovery

1.     The COMPLAINT fails to state a claim against Defendant upon which relief can be granted.

JIAN HE'S ANSWER TO COMPLAINT

2.      Plaintiffs' claim for copyright infringement is barred in whole or in part by the Fair Use Doctrine.

3.      Plaintiffs' claim for copyright infringement is barred in whole or in part by the First Sale Doctrine.

4.      Plaintiffs' claims are barred in whole or in part by one or more of the doctrines of unclean hands, waiver, laches, estoppel, or other equitable doctrines.

5.      Plaintiffs' claim for treble, punitive, exemplary damages, or attorney fees, is barred because there was no willful infringement.

6.      Plaintiffs are not entitled to relief because the use by Defendant referenced in the COMPLAINT is not likely to cause confusion, mistake, or deception, and Defendant has not misrepresented the nature, characteristics, qualities, or geographic origin of its products and Defendant's advertising is not material.

7.      Plaintiffs are not entitled to relief because its claims are barred, in whole or in part, because Plaintiffs have not suffered any cognizable injury attributable, in whole or in part, to Defendant.

8.      To the extent that Plaintiffs have incurred, suffered, or sustained any damages or injuries (which Defendant denies), such damages or injuries were not caused by Defendant, but instead by the acts, conduct, or omissions of persons or entities other than Defendant.

9.      Plaintiffs' claims are barred because Defendant had permission for any alleged use of the trademarks.

10.     Plaintiffs are not entitled to any damages under Cal. Bus. and Prof. Code §§ 17200 *et seq*.

11.     Plaintiffs' claims, and each and every one of Plaintiffs' related claims for relief, fail due to lack of causation attributable to Defendant.

12.     Plaintiffs lack standing to assert a cause of action under Cal. Prof. & Bus.

JIAN HE'S ANSWER TO COMPLAINT

Code. § 17200 *et seq*.

13.   Defendant alleges that they have a right to an offset of any amount of money, if any, owed or due Plaintiffs by way offset.

14.   Plaintiffs have failed to mitigate their damages, if any, which failure bars or diminishes Plaintiffs' rights to any relief against Defendant.

15.   Plaintiff's false advertising claim is barred, in whole or in part, by the First Amendment to the United States Constitution and the constitutions of California and other states.

16.   Defendant engaged in good-faith, reasonable, and accurate marketing and advertising efforts consistent with legal standards and industry practices and claims based on statements that are protected speech, consistent with industry practices.

## **FURTHER ADDITIONAL DEFENSES**

In addition to the defenses set forth above, Defendant reserves the right to raise, assert, rely upon, or add any and new or additional defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the laws of the United States, the laws of any other governing jurisdictions that may exist or in the future be applicable based on discovery and further factual investigation in this Action, and reserve the right to amend any and all defenses set forth above as discovery proceeds.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment on the COMPLAINT and against Plaintiffs as follows:

1.   That Plaintiffs take nothing by the COMPLAINT;

2.   That the Plaintiffs and the causes of action alleged therein be dismissed in their entirety with prejudice;

3.   That the Court find that this Action represents an exceptional case and award Defendant his costs of suit, as well as his attorneys' and expert witness fees and expenses incurred in defending against the COMPLAINT;

JIAN HE'S ANSWER TO COMPLAINT

1    4.    That the Court award Defendant his costs of suit, as well as his attorneys'

2    and expert witness fees and expenses incurred in defending against the COMPLAINT,

3    as otherwise permitted by law; and

4    5.    That the Court award Defendant such other and further relief as it may deem

5    just and proper.

6                                   **JURY DEMAND**

7        Defendant hereby demands a jury trial on all issues so triable in this case.

8

9    DATED:  May 6, 2022              David J. Williams
10                                   Quincy J. Chuck
                                     MASCHOFF BRENNAN
11
                                     By: _____
12
                                         Quincy J. Chuck
                                     Attorneys for Defendant Jian He
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JIAN HE'S ANSWER TO COMPLAINT