1              UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3             HONORABLE STANLEY BLUMENFELD, JR.

4          UNITED STATES DISTRICT JUDGE PRESIDING

5                        - - -

6
MetaQuotes, Ltd., et al.,          )
7                       PLAINTIFF,   )
                                     )
8  VS.                              )   NO. CV 22-462 SB
                                     )
9  MetaQuotes Software Corp., et al., )
                        DEFENDANT,   )
10 _____)

11

12

13         REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              LOS ANGELES, CALIFORNIA

15             FRIDAY, APRIL 22, 2022

16

17

18         _____

19            KATIE E. THIBODEAUX, CSR 9858
               U.S. Official Court Reporter
20                    Suite 4311
                  350 West 1st Street
21              Los Angeles, CA  90012

22

23

24

25

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR PLAINTIFF:

 4

 5    Andrew Keith Parkhurst

 6    Matthew Schechter

 7    McManis Faulkner

 8    50 West San Fernando Street 10th Floor

 9    San Jose, CA 95113

10

11

12    FOR DEFENDANT:

13

14    Quincy Justin Chuck

15    David John Williams

16    Maschoff Brennan Gilmore and Israelsen PLLC

17    100 Spectrum Center Drive Suite 1200

18    Irvine, CA 92618

19

20

21

22

23

24

25
```

```
1                        I N D E X

2

3   WITNESS NAME                        PAGE

4   TOMOKAZU SUZU
    Direct Examination by Mr. Schechter      8
5   Cross-Examination by Mr. Chuck          19
    Redirect Examination                    31
6
    FIVOS GEORGIADES
7   Direct Examination by Mr. Schechter     32
    Cross-Examination by Mr. Chuck          54
8
    JIAN HE
9   Direct Examination by Mr. Chuck         74
    Cross-Examination by Mr. Parkhurst      87
10  Redirect Examination                   110

11
    EXHIBIT                      I.D.    IN EVID.
12

13  1 - 3                        11        18
    A                            21        21
14  C                            24        24
    B                            25        26
15  4                            41        41
    5                            46        47
16  6                            50        50

17

18

19

20

21

22

23

24

25
```

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          LOS ANGELES, CALIFORNIA; FRIDAY, APRIL 22, 2022

2                          10:13 A.M.

3                          - - - - -

4

5

6

7          THE CLERK:  Calling item No. 6, case number

8     22CV462, MetaQuotes Ltd., et al., v. MetaQuotes Software

9     Corp., et al.

10             Counsel, please state your appearance starting

11     with the plaintiff.

12          MR. SCHECHTER:  Good morning, your Honor.  Matthew

13     Schechter and Andrew Parkhurst on behalf of plaintiffs,

14     MetaQuote Software Corporation and MetaQuotes Limited.

15     It is my understanding that Mr. Hammon is on the Zoom.

16     He will simply be observing today and not participating.

17          MR. WILLIAMS:  Good morning, your Honor.  David

18     Williams and Quincy Chuck on behalf of defendant, Jian

19     He.

20          THE COURT:  Good morning.  This is here on the

21     Court's OSC regarding the issuance of a preliminary

22     injunction.  The Court did receive materials from the

23     parties, including a supplement -- or a surreply by the

24     defense.

25             It appears to the Court that the surreply does

1    violate the Court's order.  The Court did provide a

2    surreply on a limited issue.  I do not recall allowing

3    the defense to further address and brief the issue of

4    whether the actual invoice proves that no infringement

5    occurred.

6          So perhaps you can address whether you have

7    exceeded the scope of the Court's order, and if so your

8    explanation for doing so.

9          This is addressed to you, Mr. Williams.

10    MR. WILLIAMS:  Yes.  Thank you, Your Honor.  If

11    the Court may recall, and my recollection from the

12    transcript is the same, we did discuss that limited

13    issue.

14          Afterwards I did ask the Court to be able to

15    brief that one limited issue.  We discussed that we would

16    not submit additional evidence in support of that, but

17    that we would be making the argument.

18    THE COURT:  I will take another look at the

19    transcript, but you are saying that you complied because

20    otherwise I am going to consider sanctioning you,

21    especially after your making a representation to the

22    Court.

23    MR. WILLIAMS:  That is my recollection.  And I

24    even remember discussing we would not submit additional

25    evidence, but did want to be able to raise it.  And my

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    recollection is the Court granted that after we discussed
 2    initially the limited scope of it.
 3         THE COURT:  All right.  Let's go ahead and proceed
 4    with this hearing.  This hearing has been continued for
 5    purposes of allowing the parties to further prepare,
 6    especially the defense, to present evidence to the Court.
 7              Let me hear what witnesses the plaintiffs
 8    intend to call here this morning.
 9         MR. SCHECHTER:  Your Honor, we have Mr. Tomokazu
10    Suzu, who is here in the courtroom with a Japanese
11    interpreter, and Mr. Georgitis, who is appearing by Zoom.
12    Those would be our two witnesses.
13         THE COURT:  All right.  And let me hear from the
14    defense as to who you anticipate calling here this
15    morning.
16         MR. CHUCK:  Your Honor, we have Mr. Jian He in the
17    courtroom along with a Chinese interpreter.
18         THE COURT:  And so those are the three witnesses
19    who will present testimony to the Court.  We will start
20    with plaintiff.  And please make sure that you are all
21    focused on the specific issues that are in play here for
22    the preliminary injunction.
23              So let's go ahead and start Mr. Schechter.
24    You can call your witness, please.  Your first witness.
25         MR. SCHECHTER:  Thank you, your Honor.  Plaintiffs
```

```
 1   call Tomokazu Suzu.  Your Honor, would you like me to
 2   stand at the lectern for questioning?
 3           THE COURT:  Yes.  And let's also make sure every
 4   time is witness is the testifying by use of an
 5   interpreter that the interpreter identify himself or
 6   herself and whether they are certified, please.
 7           MR. SCHECHTER:  Yes, Your Honor.
 8           THE CLERK:  Would you like me to swear him in?
 9           THE COURT:  Let's first have the witness identify
10   himself.
11           THE PROSPECTIVE JUROR:  I am Tomokazu Suzu.  That
12   is T-O-M-O-K-A-Z-U, last name is S-U-Z-U.
13           THE COURT:  All right.  Let's go ahead and have
14   the interpreter identify himself and whether he is
15   certified, please.
16           THE INTERPRETER:  Yes.  Good morning, Your Honor.
17   My name is Naoyuki Ikeuchi.  I am professionally a
18   language-skilled interpreter since federal court does not
19   certify Japanese language, and I believe I have my oath
20   on file.
21           THE COURT:  All right.  Could you please also
22   spell your name.
23           THE INTERPRETER:  N-A-O-Y-U-K-I, last name is
24   I-K-E-U-C-H-I.  And I have California certification.
25           THE CLERK:  Your Honor, can I swear the
```

```
 1    interpreter?

 2          THE COURT:  You can.  Thank you.

 3

 4               (The interpreter was sworn.)

 5

 6               (The witness was sworn.)

 7

 8          THE COURT:  All right.  You may inquire.

 9          MR. SCHECHTER:  Thank you, your Honor.

10

11                    TOMOKAZU SUZU,

12       called as a witness on behalf of the plaintiff,

13       having been first duly sworn, testified as follows:

14

15               DIRECT EXAMINATION

16    BY MR. SCHECHTER:

17    Q    Good morning, Mr. Suzu.

18    A    Good morning.

19    Q    Could you please tell us who your current employer

20    is?

21    A    I run a company in Taiwan.

22    Q    What is the name of that company?

23    A    May I ask a question?

24          THE COURT:  If you would just answer the question,

25    please.  The question is you made reference to a
```

```
 1    Taiwanese company.  What is the name of the company?

 2           THE WITNESS:  It is called Dalichu.  Interpreter

 3    spelling D-A-L-I-C-H-U.  However, I have another company

 4    in Hong Kong, and that one is called FXCA.

 5           THE COURT:  Please continue.

 6    Q    BY MR. SCHECHTER:  And is that other company FXCA

 7    Markets Limited, the full name?

 8    A    Yes.

 9    Q    And what is your position or title with FXCA

10    Markets Limited?

11    A    CEO.

12    Q    How long have you been CEO?

13    A    A little over a year.

14    Q    In your role as CEO of FXCA Markets Limited, did

15    there come a time where you became aware of a company

16    called MetaQuotes Software Corporation?

17    A    I had actually known them prior to that.

18    Q    Did there come a time where you contacted that

19    company or they contacted you?

20    A    Yes.

21    Q    And how did that -- who contacted who?

22    A    As far as direct contacts, I contact MetaQuotes.

23    Q    Do you recall who you spoke to?

24    A    I think the very first person was Mohammad (phon.).

25           THE INTERPRETER:  For the record the interpreter
```

1    is not certain of the spelling for that person's name.

2    Q     BY MR. SCHECHTER:  Were you ever contacted or speak

3    to somebody from MetaQuotes Software with the name Peter?

4    A     That person I don't think initially identified

5    himself as somebody of MetaQuotes -- from MetaQuotes.

6    Q     What was the reason that you contacted MetaQuotes?

7    A     The software that person Peter prepared from

8    MetaQuotes, some of the functions seemed a little dubious

9    in the software -- or the server, excuse me, that have

10   the software, so I actually tried to access it to see if

11   it would function properly.

12            I created a MetaQuotes account but sometimes

13   that account get locked.

14        THE COURT:  One second, please.  Mr. Suzu, it is

15   important that you listen carefully to the question asked

16   and answer only the questions that presented to you.

17   Okay?

18        THE WITNESS:  Okay.

19        THE COURT:  And the question was why did you

20   contact someone from MetaQuotes, or words to that effect.

21        THE WITNESS:  Because they seemed to be an

22   unauthorized activity.

23   Q   BY MR. SCHECHTER:  Let me back up a bit.  Initially

24   was there a point are where you entered into a license

25   agreement with MetaQuotes?

```
 1    A    Yes, we did.

 2         MR. SCHECHTER:  Your Honor, if I may hand to the

 3    clerk a document I would ask to be marked as Plaintiff's

 4    Exhibit 1.

 5         THE COURT:  Yes.

 6         MR. SCHECHTER:  I will give a copy to defense

 7    counsel.

 8    Q    BY MR. SCHECHTER:  Mr. Suzu, if you could take a

 9    look at that second to last page of what has been marked

10    as Exhibit 1.

11    A    Yes.

12    Q    And you see two signatures on at that page?

13    A    Yes.

14    Q    And the signature on the left, is that your

15    signature?

16    A    It seems a bit different.

17    Q    Do you recall having seen this license agreement

18    prior to today?

19    A    Yes.

20         THE COURT:  Mr. Suzu, do you read English?

21         THE WITNESS:  No, I cannot.

22    Q    BY MR. SCHECHTER:  Mr. Suzu, let me ask, you entered

23    into a license agreement with MetaQuotes, as you recall?

24    A    Yes, I do remember that.

25    Q    After you entered into the license agreement, did
```

```
 1   you receive any invoices or bills in connection with the

 2   services MetaQuotes would provide?

 3   A     I did receive those.

 4   Q     You did?

 5   A     Yes.

 6         MR. SCHECHTER:  Your Honor, I would now like to

 7   hand up what I will have marked as Plaintiff's Exhibit 2.

 8   Q     Mr. Suzu, taking a look at what has been marked as

 9   Exhibit 2, do you recall receiving this service invoice

10   at some point?

11   A     I do.

12   Q     And what was your understanding that this invoice

13   was for?

14   A     Fee for the license agreement with MetaQuotes and

15   also a fee for M & A.

16   Q     And upon receiving that invoice, did FXCA Markets

17   Limited pay that invoice?

18   A     We did that.  We did.

19   Q     And do you recall when you first started using the

20   software program for MetaQuotes?  Do you recall a month

21   and a year?

22   A     If I am not mistaken, it was last July or August of

23   last year.

24   Q     Once you started using the license, did you

25   continue to receive bills from MetaQuotes Software
```

1    Corporation?

2    A      Yes.

3          MR. SCHECHTER:  Your Honor, I would like to hand

4    to the witness what I will have marked as Plaintiff's

5    Exhibit 3.

6    Q      And Mr. Suzu, if you could first look -- one

7    moment.  It is about the 13th or 14th page, the one that

8    says Gmail at the very top.

9    A      Yes.

10   Q      Mr. Suzu, are these and the few pages after

11   examples of some of the bills you received from

12   MetaQuotes Software Corporation while you were using

13   their program?

14   A      Yes.

15   Q      And did you pay those bills?

16   A      Yes, I did.

17   Q      Were those bills paid by you yourself or was it an

18   FXCA Markets Limited account that paid those bills?

19   A      My personal account.

20   Q      Looking at the first 10 or so pages that have MUFG

21   on the top, are those receipts or confirmation of your

22   payment of the bills?

23   A      Yes.

24   Q      And do you recall when you paid those bills what

25   country the money was being sent to?

```
1    A     I think it was a bank in America.

2    Q     Earlier you testified that there came a time when

3    you were having issues or concerns with MetaQuotes

4    Software Corporation.  Do you recall that?

5    A     Yes.

6    Q     And what was it that led to those concerns on your

7    part?

8    A     The software program provided by the MetaQuotes did

9    have some seemingly unauthorized activities or movements.

10   Q     What did you do in response to that?

11   A     I tried to contact MetaQuotes.

12   Q     And did you ever contact or speak to somebody at

13   MetaQuotes Software Corporation?

14   A     Yes.

15   Q     And when you did, did you discover where MetaQuotes

16   Software Corporation was located?

17   A     Yes.

18   Q     And where were they located?

19   A     Cyprus.

20   Q     When you contacted MetaQuotes Software Corporation

21   in Cyprus, where were you located at the time?

22         THE INTERPRETER:  I'm sorry, counsel.  Could you

23   repeat the last part?

24   Q     BY MR. SCHECHTER:  Mr. Suzu, when you contacted

25   MetaQuotes Software Corporation in Cyprus, where were you
```

```
 1    located at the time?

 2    A      Taiwan.

 3    Q      Mr. Suzu, have you ever been to Cyprus?

 4    A      Three or four years ago, something like that.

 5    Q      But not since that time?

 6    A      I have not.

 7    Q      Have you ever heard -- withdrawn.

 8           Have you ever spoken to an individual with the

 9    name Wen Peng Li?  And that is W-E-N, P-E-N-G, and last

10    name L-I.

11    A      No.  I don't know that person.

12    Q      Have you ever spoken to a person -- and I will

13    spell the name so I don't mispronounce -- first name

14    P-E-I-J-I-E, last name L-I-U?

15    A      I have not.

16    Q      Mr. Suzu, does your company FXCA Markets Limited

17    have any offices or locations within the United States?

18    A      No, we don't.

19    Q      Have you ever asked anyone to incorporate an FXCA

20    Markets Limited in the State of California?

21    A      I have not done that at all.

22    Q      Have you ever give anyone the authority to

23    incorporate an FXCA Markets Limited in the State of

24    California?

25    A      I have not.
```

```
 1   Q      Does your company FXCA Markets Limited have any
 2   bank accounts located within the United States?
 3   A      We do not.
 4         MR. SCHECHTER:  One moment, Your Honor.
 5         THE COURT:  Yes.
 6            (Counsel confer.)
 7   Q   BY MR. SCHECHTER:  Mr. Suzu, just to clarify, let me
 8   go back to Exhibit 1.
 9            You had indicated that you weren't sure about
10   your signature on that document.
11   A      The signature.  Right.
12   Q      Do you recall signing a license or an agreement
13   with MetaQuotes Software?
14   A      That is a fact.
15   Q      And you signed an agreement with them prior to the
16   getting -- prior to your beginning to use their software,
17   their program?
18   A      Yes.
19   Q      And let me ask, looking at what was marked as
20   Exhibit 2, to the best of your recollection, did you see
21   that invoice before or after you signed the license
22   agreement with MetaQuotes Software Corporation?
23   A      I do recall it was before.
24   Q      And let me ask you with Exhibit 1 -- withdrawn.
25            Let me ask, do you recall, Mr. Suzu, in terms
```

1    of the license agreement what the initial setup or

2    license fee was that FXCA Markets Limited was to pay?

3    A      Although I don't know the exact precise figures,

4    but I think it was something like $80,000.

5    Q      Earlier you mentioned that you had communication

6    with an individual named Peter.  Do you recall that?

7    A      Yes.

8    Q      What was your understanding of Peter's role with

9    regards to MetaQuotes Software Corporation?

10   A      Mr. Peter, as far as I was concerned, was a

11   developer.

12   Q      Do you know where he was located when you were

13   communicating with him?

14   A      No, I don't know.

15   Q      When you entered into the license agreement with

16   MetaQuotes Software Corporation, did they ask you to

17   provide any documentation of your identity?

18   A      Yes, they did.

19   Q      And did you provide that?

20   A      Yes.

21   Q      What did you provide?

22   A      Passport, I think it was.

23          THE COURT:  When you say "they," who are you

24   referring to that asked you to provide identification?

25          MR. SCHECHTER:  MetaQuotes Software Corporation,

```
 1   your Honor.

 2   Q      Let me clarify --

 3         THE COURT:  I am not asking you the question.  I

 4   am asking the witness the question.

 5         MR. SCHECHTER:  My apologies.

 6         THE COURT:  So I am going to strike the response

 7   by counsel.  The question is directed to Mr. Suzu.

 8              Mr. Suzu, you said that they asked you to

 9   provide identification.  Who is the "they" that you are

10   referring to?

11         THE WITNESS:  Mr. Peter asked me to submit.

12         THE COURT:  And who did you understand Mr. Peter

13   to be?

14         THE WITNESS:  He was developer.

15         THE COURT:  Was he a developer for himself?  Was

16   he associated with the company?  More detail about who

17   you understood Peter to be.

18         THE WITNESS:  My understanding was that he was a

19   developer from a company that was like an agent for

20   MetaQuotes Software in terms of installation and so

21   forth.

22         MR. SCHECHTER:  Your Honor, I have no further

23   questions for the witness.  Just procedurally I don't

24   know -- I would just move the Exhibits 1, 2 and 3 into

25   evidence if the Court requires that.
```

```
 1           THE COURT:  Any objection?

 2           MR. WILLIAMS:  No objection.

 3           THE COURT:  They are received for purposes of this

 4   proceeding.  Thank you.

 5               Cross-examination?

 6           (Exhibits 1, 2 and 3 received in evidence.)

 7

 8                       CROSS-EXAMINATION

 9   BY MR. CHUCK

10   Q     Mr. Suzu?

11   A     Yes.

12   Q     Earlier you stated that you talked to someone

13   called Peter, and you said that he was like an agent to

14   install software.  But just to confirm, you did not

15   understand that he was an employee of MetaQuotes;

16   correct?

17   A     That's right.

18   Q     And earlier you also stated you talked to someone

19   called Mohammed.  When did you speak to Mohammed?

20   A     I think it was around December.

21           THE COURT:  What year?

22           THE WITNESS:  2021.

23   Q     BY MR. CHUCK:  You stated that you are currently the

24   CEO of a company called Dalichu; is that correct?

25   A     Yes.
```

```
 1   Q      What does Dalichu do?

 2   A      It is a company that's engaged in marketing; for

 3   example, supporting or aiding marketing activities.

 4   Q      Is there any relationship between FXCA and Dalichu?

 5   A      There is not.

 6   Q      What kind of business is FXCA?

 7   A      It is an international securities company handling

 8   security exchange.

 9   Q      And FXCA was founded in May, 2021; correct?

10   A      May of 2021.  It was established before that.  I

11   can't recall right offhand the incorporation date.  I

12   think it was before that.

13   Q      But earlier you testified that -- strike that.

14          Have you ever spoken to anyone named He Jian?

15   A      I have not.

16   Q      Have you ever received any e-mails from someone

17   identifying himself as He Jian?

18   A      I have not.

19   Q      Do you recall submitting a declaration in this

20   case?

21   A      Yes, I have.

22          MR. CHUCK:  I would like to present an exhibit

23   consisting of Mr. Suzu's declaration.  May I approach to

24   hand a copy over him?

25          THE COURT:  First identify it, please.  That is,
```

1    identify it in terms of how it is going to be introduced.

2            We will go ahead and have your exhibits, again

3    with letters.  So your first exhibit will be A.

4        MR. CHUCK:  Okay.  Earlier I gave the clerk a

5    binder, and the exhibits we are using will mainly just be

6    the declarations that were previously submitted to the

7    court.  The first exhibit would just be Mr. Suzu's

8    declaration submitted with the moving papers.

9            That would be number 3 in my binder, but we

10   will rename it to A.

11       THE COURT:  We can't have overlapping exhibits.

12   Let's just go ahead and have that as Exhibit A.

13       (Exhibit A received in evidence.)

14       MR. CHUCK:  My apologies, I sent the binders up

15   prior.

16       THE COURT:  Please go ahead and submit it to

17   counsel as well as the Court.

18           Does counsel already have a copy of the binder

19   that the Court received?

20       MR. SCHECHTER:  We do not, Your Honor.  Obviously,

21   if they are just using declarations, those are not

22   physically here, but we do have copies of those that were

23   submitted and we received them via the eFiling system.

24   We now have a copy.

25       THE COURT:  All right.  The witness has his own

```
 1   declaration before him.  This is tab 3, Mr. Suzu.  And
 2   what is your question Mr. Chuck?
 3   Q     BY MR. CHUCK:  Mr. Suzu, do you recognize this
 4   declaration?
 5   A     Yes.
 6   Q     In Paragraph 10 of this declaration, you stated
 7   that you learned that a company with the exact name as
 8   mine was registered to do business in the State of
 9   California in or around July, 2021, by an individual
10   named Jian He; is that accurate?
11   A     When I became aware of that, I think was actually
12   in December of 2021.
13   Q     How did you become aware of that?
14   A     Ever since I contacted MetaQuotes directly because
15   of a previously mentioned suspicious or unauthorized use
16   and activities.
17   Q     Did someone from MetaQuotes tell you that?
18   A     No.  I met a contact, and the contact person --
19   then it just came to light some facts and actual
20   circumstances after that.
21   Q     Well, Mr. Suzu, I am trying to figure out how it
22   came to light.  Did you look at any documents that said
23   that Jian He started that company?
24   A     Well, first, the accounts or places where
25   remittance was supposed to go were different, and then
```

```
 1   excessive amounts were paid.  So when I actually checked
 2   on the account, it came to light that it was FXCA or
 3   somebody purporting or reported to represent MetaQuotes.
 4   Q     So Mr. Suzu, let me clarify a bit.  What I am
 5   trying to get at is how did you know it was Jian He?
 6   A     You actually able to -- or you are able to get a
 7   piece of information to identify who incorporated
 8   whatever a corporation or business was.  So that was how
 9   I discovered that.
10   Q     Did you look at -- sorry, strike that.
11            Where did you find that piece of information?
12   A     A website.
13   Q     Was that the California Secretary of State website?
14   A     I don't actually know the name, but I do remember
15   it was supposed to be an official site.
16   Q     Mr. Suzu, you do not speak or read English;
17   correct?
18   A     Yes.
19   Q     Was that document a document called Articles of
20   Incorporation, to your recollection?
21   A     I don't remember that to that extent.
22        MR. CHUCK:  My apologies, Your Honor.  May I grab
23   another binder?
24        THE COURT:  Yes.
25   Q   BY MR. CHUCK:  If you go to the same exhibit
```

```
 1    binder -- I would like to enter No. 5 in the binder as
 2    Exhibit B.
 3         THE COURT:  And this is the declaration of Quincy
 4    Chuck, your declaration?
 5         MR. CHUCK:  Yes.
 6         THE COURT:  Please make sure that you are making
 7    that clear for the record.
 8         MR. CHUCK:  My apologies.  And what is being
 9    entered as Exhibit B is the Declaration of Quincy Chuck
10    in support of opposition.
11    Q    BY MR. CHUCK:  Now, if you go to Exhibit D in this
12    declaration, that would be towards the end of the packet.
13              I will give everybody a moment to get there.
14         THE COURT:  Did you say B?
15         MR. CHUCK:  D, for dog.
16         THE COURT:  The copy I have only has Exhibits A
17    and B.
18         MR. CHUCK:  Oh.  My apologies.  I pointed everyone
19    to the wrong tab.  It should be No. 4.  I will enter that
20    now as Exhibit C, which is the Declaration of Jian He in
21    support of the opposition.
22         THE COURT:  So are you withdrawing the reference
23    to Exhibit B or are you going to be referring to that?
24         MR. CHUCK:  I am withdrawing it.
25         THE COURT:  All right.  So the record is clear,
```

```
 1    Exhibit B, as in boy, will be instead of what previously

 2    was identified what is contained in this exhibit binder

 3    behind tab 4, the declaration of Jian He.

 4              All right.  Please proceed.

 5         (Exhibit C received in evidence.)

 6    Q    BY MR. CHUCK:  So as Exhibit D to the Declaration of

 7    Jian He, there is a document called a General Stock

 8    Corporation Articles of Incorporation.  Do you see that

 9    document, Mr. Suzu?

10    A    I don't know where that is.

11    Q    Was this the document that you saw on the Secretary

12    of State website with Jian He's name on it?

13         THE COURT:  He is indicating that he doesn't have

14    that before him.  And counsel, this getting a bit

15    confusing.  I didn't realize that you were going to have

16    lettered and numbered exhibits and that the numbered

17    exhibits would duplicate what the other side has used.

18         MR. CHUCK:  My apologies.  I can hand over a copy

19    to the witness if that would be easier.

20         THE COURT:  Go ahead and do that.  And from now

21    on, if you are going to be referring to an exhibit that's

22    attached to the overall exhibit, just use the exhibit,

23    not the overall one.

24              So here there is no reason to identify the

25    entire declaration when you are using simply a portion
```

```
 1    thereof.  So just hand him what you had marked as Exhibit

 2    D, and in the future just mark that exhibit.

 3              So that would have been B, not D.  The record

 4    now is going to be hopelessly confused.

 5         MR. CHUCK:  My apologies, Your Honor.  I will do

 6    so next time.

 7         THE COURT:  And for the record, once again, I will

 8    do my best.  The previous reference to B is now

 9    withdrawn.  And the witness has what has been marked as

10    Exhibit B.

11              Now identify what Exhibit B is, please, for

12    the record.

13         MR. CHUCK:  Exhibit B is the Articles of

14    Incorporation for FXCA Markets Limited in California.

15         (Exhibit B received in evidence.)

16         THE COURT:  Do you have that before you, Mr. Suzu?

17              Do you have the document before you?

18         THE WITNESS:  Yes, I do have.

19         THE COURT:  Do you recognize the document?

20         THE WITNESS:  I do not at all.

21         THE COURT:  All right.

22    Q    BY MR. CHUCK:  So Mr. Suzu, you don't recollection

23    what document you saw on the California website exactly

24    that is dated and Mr. Jian He's name?

25    A    That's right.
```

```
 1  Q      And you in that same photograph, you also state --

 2  sorry, referring you back to Exhibit A, which was your

 3  declaration.

 4          You also state that you learned that, "Mr. He

 5  created FXCA domain names for the purposes of

 6  impersonating my company, and specifically with various

 7  communications with MetaQuotes"; is that accurate?

 8  A      That is correct.

 9  Q      From where did you learn this?

10  A      The website that I referred to early on.

11  Q      Just to clarify, are you saying that you went to

12  the California Secretary of State website and that

13  website will give you records as to who created a

14  specific domain name?

15  A      I'm sorry?

16  Q      Mr. Suzu, are you stating that the Secretary of

17  State website in California will give you information as

18  to who created a specific domain name?

19  A      No, I am not talking about a domain -- or I wasn't

20  talking about a domain.

21  Q      But Mr. Suzu, in your declaration you said that you

22  learned that Mr. He created FXCA domain names.  What I am

23  trying to figure out is where you learned that.

24  A      That was from MetaQuotes's registration

25  information.
```

```
 1   Q      Can you clarify what you meant by MetaQuotes's

 2   registration information?

 3   A      So there is a domain in order to register with

 4   MetaQuotes, and then that was different domain from what

 5   we had.

 6   Q      Okay.  Then, did that website registration on

 7   MetaQuotes, did that form have Mr. Jian He's name on it?

 8   A      No.  His name was not on it.

 9   Q      So do you have anything that supports your

10   statement that it was Jian He specifically who created

11   these FXCA domain names?

12   A      Well, first of all, the fact is that MetaQuotes was

13   created by this person Jian He and also this domain

14   FXCA.com was added to MetaQuotes's website unilaterally.

15   Q      Okay.  So all of your statements about what you

16   think Mr. He did, that is all based on your understanding

17   that Mr. He created these companies; is that correct?

18   A      Yes.

19   Q      And that understanding is itself based solely on

20   the fact that you saw Mr. He's name on a website

21   associated with starting these companies; is that

22   correct?

23   A      Are you asking me whether or not I thought -- I had

24   thought because FXCA Markets Limited and that domain were

25   created by him?
```

```
 1   Q     Well, specifically did you have that thought
 2   because you believed FXCA Markets was created by Jian He?
 3           Yes?
 4   A     Yes.
 5   Q     And your belief that FXCA Markets was created by
 6   Jian He is based on a document that you saw on the
 7   Secretary of State's website; is that correct?
 8   A     Again, I am not sure what website that was, but I
 9   did make that judgment or reached that conclusion by
10   having looked at that website.
11           THE COURT:  Let's move on, please.
12           MR. CHUCK:  Okay.  Sorry, I will just have two or
13   three more quick questions then.
14   Q     Do you know what an agent for service of process
15   is?
16   A     Where are you referring to now?
17   Q     It is just a question.  Do you understand what that
18   term -- what that role is for a company?
19   A     Agent to receive service?  I do.  I understand
20   that.
21   Q     Are you able to understand that term in English?
22   A     No.  Not in English I wouldn't.
23   Q     And just one final question.  Earlier you mentioned
24   someone you talked with called Peter and you stated he
25   believed he was a developer; correct?
```

```
 1    A     Yes.

 2    Q     Why did you believe Peter was a developer?

 3    A     Because he was saying that created a client

 4    management system.

 5          THE COURT:  What is commonly referred to as a CMS?

 6          THE WITNESS:  Probably CRM.

 7          THE COURT:  A client relation manager?

 8          THE WITNESS:  I think so.  I actually don't know

 9    the English translation.

10          THE COURT:  All right.  I understand what you are

11    referring to.  Thank you.

12    Q     BY MR. CHUCK:  And your understanding was that --

13    when you signed a contract, you understood that FXCA was

14    also purchasing this CRM or CMS system; is that correct?

15    A     From Mr. Peter?

16    Q     Yes, from Mr. Peter.

17    A     Yes.

18    Q     Then just to confirm again, you have never spoken

19    to Mr. Jian; is that correct?

20    A     Yes.

21    Q     And you have never received any e-mails from

22    someone stating that he is Jian He; correct?

23    A     Yes.

24          MR. CHUCK:  Okay.  I will hand the podium back for

25    redirect if needed.
```

```
 1              THE COURT:  Redirect, Mr. Schechter?

 2              MR. SCHECHTER:  Very briefly, Your Honor.

 3

 4                        REDIRECT EXAMINATION

 5    BY MR. SCHECHTER:

 6    Q     Just so the record is clear, Mr. Suzu, does your

 7    company FXCA Markets Limited maintain or have a website?

 8    A     Yes, it does.

 9    Q     And do you know that website address?

10    A     FXCA.com.

11    Q     And if you are looking at documents that are in

12    English at work, do you have a way of having those

13    translated for you into Japanese?

14    A     Yes, I do.

15              MR. SCHECHTER:  Nothing further.

16              THE COURT:  All right.  You may step down.  Thank

17    you, sir.

18                  Your next witness.

19              MR. SCHECHTER:  Your Honor, plaintiffs would call

20    Mr. Georgiades.

21              THE COURT:  And Mr. Georgiades is going to be

22    appearing remotely by video.  And he does speak English?

23              MR. SCHECHTER:  Yes, Your Honor.

24              THE COURT:  All right.  Let's go ahead and have

25    him sworn in, please.
```

```
 1
 2              (The witness was sworn.)
 3
 4              THE COURT:  You may proceed.
 5
 6                       FIVOS GEORGIADES,
 7         called as a witness on behalf of the plaintiff,
 8        having been first duly sworn, testified as follows:
 9
10                       DIRECT EXAMINATION.
11    BY MR. SCHECHTER:
12    Q     Mr. Georgiades, good morning.
13    A     Good morning.
14              THE COURT:  You need to speak into some type of
15    microphone and more loudly, as we are not able to hear
16    you, Mr. Georgiades.
17              THE WITNESS:  Good morning.  Can you hear me?
18              THE COURT:  I can, yes, but please continue to
19    speak at that level or get closer to the microphone
20    because if the court reporter also has a hard time
21    hearing you then we are not going to be able to proceed
22    in this fashion.
23              All right, Mr. Schechter.
24              THE WITNESS:  I will speak as loud as possible.
25              THE COURT:  All right.  This is probably going to
```

```
 1    be difficult, Mr. Schechter, so let's see where it takes
 2    us.
 3    Q    BY MR. SCHECHTER:  Mr. Georgiades, just so everyone
 4    is clear, do you have any documents in front of you?
 5    A    No, I don't.
 6    Q    Where are you currently employed?
 7    A    I am employed by MetaQuotes Limited in Cyprus.
 8         THE COURT:  Into the microphone, Mr. Schechter.  I
 9    don't know, Mr. Georgiades, if you have a microphone or
10    there is some ability for you to project more than you
11    are now, but you are coming through in a reasonably faint
12    way.
13         THE WITNESS:  Can you give me one second, please?
14         THE COURT:  Yes.
15    Q    BY MR. SCHECHTER:  Mr. Georgiades, are you ready?
16    A    Yes.  Can you hear me now?
17         THE COURT:  It is worse, not better.
18         THE WITNESS:  Give me one second, please.  Only
19    one second.
20              How about now?
21         THE COURT:  All right.  Let's see where we are.
22    It is not great, but let's go ahead and have you answer
23    questions and let's see if we are able to understand.
24    Q    BY MR. SCHECHTER:  Mr. Georgiades, what is your
25    position with MetaQuotes Limited?
```

```
 1    A      I am a senior officer of the company dealing with
 2    legal matters.
 3    Q      How long have you been in that position?
 4    A      For about 12 years now.
 5    Q      And are you familiar with MetaQuotes Software
 6    Corporation?
 7    A      Yes, I do.
 8    Q      And what is the relationship between MetaQuotes
 9    Limited and MetaQuotes Software Corporation?
10    A      It has the same management, the same director, same
11    CEO.
12    Q      And where is MetaQuotes Software Corporation
13    headquartered?
14    A      It is headquartered in Cyprus.  It is registered in
15    the Bahamas.
16    Q      Just generally, can you briefly explain what sort
17    of products or services MetaQuotes Software Corporation
18    provides?
19    A      Yes.  MetaQuotes Software provides software for
20    financial companies around the world.
21    Q      That would include the United States?
22    A      Yes, of course.
23    Q      And does MetaQuotes Software Corporation employ
24    sales personnel or people to promote or sell its
25    products?
```

```
 1   A      Yes, it does.

 2   Q      Does MetaQuotes Software Corporation use any

 3   third-party agents to sell it products?

 4   A      No.  Everybody that works at MetaQuotes sells it

 5   own products.  Nobody else is responsible for that.

 6   Q      And does MetaQuotes Software Corporation have

 7   trademarks that are registered with the United States

 8   Patent and Trademark Office?

 9   A      Yes, it does.

10   Q      And just briefly can you tell the Court what those

11   trademarks are?

12   A      We have Americodes as a trademark.  They have Meta

13   Trigger, which is the name of a product.  And the

14   equivalent smaller letters MQ and MT.

15   Q      In terms of MetaQuotes's customers, do you provide

16   them or send them bills for their use of your products?

17   A      Yes, we do.

18   Q      Are those invoices that you send publicly

19   available?

20   A      No, they are not.

21   Q      Is the method by which MetaQuotes Software

22   Corporation charges it customers publicly available?

23   A      No, it is not.

24   Q      Are any of MetaQuotes Software Corporation's

25   licensing agreements publicly available?
```

```
 1    A      No, they are not.

 2           MR. SCHECHTER:  If I could have put on screen for

 3    Mr. Georgiades what has been previously marked as

 4    Plaintiff's 1.  And that is the license.

 5    Q      Mr. Georgiades, I would direct your attention to

 6    what is being shown on the screen which was previously

 7    introduced in evidence as Plaintiff's Exhibit 1.

 8           Prior to today, have you seen this document

 9    before?

10    A      Yes, I have.

11           MR. SCHECHTER:  And Mr. Parkhurst, if you could

12    scroll down a little to the very top there.  To the top

13    of page 1.

14    Q      And Mr. Georgiades, I will point right there.  You

15    see it says MetaQuotes there in the upper right-hand

16    corner?

17    A      Yes.

18    Q      Is what has been marked as Plaintiff's 1 a license

19    agreement that was prepared by your company?

20    A      Yes, it looks like it, yes.

21    Q      Let me direct your attention to the top of page.  I

22    believe it is page 7, 6.1 at the very top.

23           There we go.

24           And Mr. Georgiades, is that something that you

25    marked in red, or someone from your company?
```

```
 1   A     No.

 2   Q     If you read that first paragraph there, 6.1, can

 3   you see that?

 4   A     Yes, I can see it.

 5   Q     And it indicates that the license for the system

 6   setup fee is $80,000.  Is that the license setup fee that

 7   MetaQuotes Software Company charges it customers?

 8   A     No, it doesn't.

 9         MR. SCHECHTER:  You can take that down,

10   Mr. Parkhurst.  Thank you.  And if you could put up what

11   has been previously introduced as Plaintiff's Exhibit 2.

12             I'm sorry.  The service invoice with the

13   Fintech heading.

14   Q     Can you see that document?

15   A     Yes, I can.

16   Q     Is that an example or of how of -- withdraw.  Let

17   me start that over.

18             Is what has been marked as Plaintiff's Exhibit

19   2 an example of any sort of invoice sent by MetaQuotes

20   Software Corporation to it customers?

21   A     No, it does not.

22         MR. SCHECHTER:  Take that down.  Thank you.  And

23   if you could put up Plaintiff's Exhibit 3, the billing

24   confirmations and the Gmail billing receipt.

25   Q     I am going to move on.  I will come back.  I will
```

```
 1    move on for the moment.

 2              Mr. Georgiades, did there come a point where

 3    you learned about a company registered in California also

 4    with the name MetaQuotes Software Corporation?

 5    A      Yes, I have.

 6    Q      Do you recall when you learned of that?

 7    A      Somewhere around December, 2021.

 8    Q      Do you recall how you learned of this information?

 9    A      Yes, I do.

10    Q      How did you learn?

11    A      We were contacted by somebody called Suzu and his

12    associate Ted.

13         THE COURT:  What is the name of the associate, and

14    spell it, please.

15         THE WITNESS:  Suzu, S-U-Z-U.

16         THE COURT:  The other name is what I am asking you

17    about, his associate.

18         THE WITNESS:  I cannot spell that.  It is

19    Tonokazu, I believe.  T-O-N-O-K-A-Z-U [sic].

20         THE COURT:  I misunderstood.  I thought you said

21    that there was an associate.  All right.  Please

22    continue.

23         MR. SCHECHTER:  Let me clarify, your Honor.  I

24    believe I had the same confusion.

25    Q      Mr. Georgiades, you said you were contacted by a
```

```
 1   Mr. Suzu and then Mr. Suzu's associate?
 2   A      Yes.  That's correct.  The name person called Ted,
 3   T-E-D, that spoke English.
 4   Q      And did you or did anyone at MetaQuotes Software
 5   Corporation, your company, ever authorize anyone to
 6   register a MetaQuotes Software Corporation in the State
 7   of California?
 8   A      No.  We never did.
 9   Q      Did anyone at MetaQuotes Software Corporation in
10   Cyprus ever grant or allow a third party to use the name
11   MetaQuotes Software Corporation?
12   A      No.  Never.
13   Q      Were you concerned when you learned that this
14   MetaQuotes Software Corporation was existing in County of
15   Los Angeles?
16   A      Very concerned.  Yes.
17   Q      What did you do when you learned of this
18   information?
19   A      We contacted the registry in the United States and
20   we requested more information about this company.
21   Q      Fair to say you began an investigation?
22   A      Yes.  Correct.
23   Q      As part of this investigation, did you learn when
24   this MetaQuotes Software Corporation was registered in
25   California?
```

```
 1    A     Yes.  It was shown on the registry website.  It was
 2    either June or July 2021.
 3    Q     And through your investigation, did you learn who
 4    registered this MetaQuotes Software Corporation in the
 5    State of California?
 6    A     Yes, we saw a name Jian He.  That is J-I-A-N, last
 7    name H-E.
 8    Q     Upon discovering this name, did you do any search
 9    through your company's records to see if you had
10    previously had any involvement or contacts with Mr. He?
11    A     Yes.  We have a huge CMS system where we register
12    all the names and all the customers and all the people
13    related to our company, and yes, he was found to be in
14    the system.
15    Q     And what was -- how was he in the system?
16    A     Well, I have two records of him in the system.  One
17    record is from a legal case in China where we have been
18    trying to put some people in jail that we believe that
19    they have pirated our software, and the second time he
20    was found to be the owner of the company that was a
21    client of --
22    Q     What was the name of that company?
23    A     The name was UGL Exchange Limited.  That is UGL
24    Exchange Limited.
25          MR. SCHECHTER:  Your Honor, at this time I would
```

```
 1    have marked Plaintiff's Exhibit 4, an agreement with

 2    MetaQuotes and UGL.  And I will hand a copy to the clerk.

 3              I will ask my colleague, Mr. Parkhurst, if he

 4    could put what has been marked Plaintiff's 4 on screen

 5    for Mr. Georgiades.

 6    Q    Mr. Georgiades, can you see there what is on

 7    screen?

 8    A    Yes, I can see it.

 9    Q    And have you had an opportunity to see and review

10    that document before today?

11    A    Yes, I have.

12    Q    And is this a document representing the agreement

13    that was entered into with UGL Exchange Limited and

14    MetaQuotes Software Corporation?

15    A    Yes.  However, the name has changed since we

16    established this agreement.

17    Q    Whose name?

18    A    The company name.  The first company was

19    Ultrasimple Global (CY) Limited and after it was changed

20    to UGL Exchange Limited.

21         THE COURT:  And just for the record, Ultrasimple

22    Global Limited is what he referred to.

23              Go ahead, Mr. Schechter.

24         MR. SCHECHTER:  Thank you.

25    Q    And this is a document kept by MetaQuotes Software
```

```
 1   Corporation in the ordinary course of business?

 2   A    Yes, it is an official license agreement issued by

 3   MetaQuotes Software Limited.

 4        THE COURT:  Any objection to its receipt, counsel?

 5        MR. WILLIAMS:  No objection.

 6        THE COURT:  It will be received.

 7        (Exhibit 4 received in evidence.)

 8        MR. SCHECHTER:  Thank you, Your Honor.

 9        And if you could, Mr. Parkhurst, just go to

10   the last page of that document.

11   Q    Mr. Georgiades, you see there are two signatures

12   there for the company at the time, Ultrasimple Global

13   Limited?

14   A    Yes.

15   Q    Can you indicate who the two signatures for that

16   company are?

17   A    Yes.  The one director is Olga Lampadaridou and the

18   second one director is Jian He.

19        THE COURT:  And it is L-A-M-P-A-D-A-R-I-D-O-U.

20   Please continue.

21   Q    BY MR. SCHECHTER:  So Mr. Georgiades -- you can take

22   that down, Mr. Parkhurst.  Thank you.

23        Pursuant to that agreement, is it fair to say

24   that the company that became UGL was a MetaQuotes

25   Software Corporation company?
```

```
 1   A      It was a client of MetaQuotes Software Corp, yes.

 2   Q      I said company.  My apologies.  I did mean to say

 3   client.  Thank you.

 4          As part of signing or entering into that

 5   agreement, did MetaQuotes Software Corporation ask for

 6   any identification or proof of the person who was

 7   signing?

 8   A      Yes.  Of course in our due diligence process we

 9   requested documents such as directors of the company,

10   passport copies, and a lot of other documents to verify

11   who is behind the company.

12   Q      Did you receive any sort of documents such as a

13   passport photo or other identification from Mr. Jian He?

14   A      Yes, we have a passport copy and a copy of his US

15   driving license.

16          THE COURT:  May I ask if there is a stipulation

17   that this is the same Jian He who is a defendant in this

18   case?  Is there a dispute about that?  We need to

19   establish it.

20          MR. WILLIAMS:  We haven't seen those documents.  I

21   think we probably can stipulate to it.

22          THE COURT:  All right.  Do you have the documents?

23          MR. WILLIAMS:  I do have them.  I have to find

24   them, but I know I do have them here with me.

25          THE COURT:  Then just proceed.  The Court's effort
```

```
 1   is not going to short-circuit it.
 2           MR. CHUCK:  Just to clarify, you are talking about
 3   a Jian He in relation to UGL, correct?
 4           THE COURT:  Yes.  Is there a stipulation that it
 5   is the same Jian He that is related to UGL?  I think I
 6   have seen that in prior submissions, which is why I ask
 7   if there is a stipulation.
 8           MR. CHUCK:  Yes.  We so stipulate.
 9           THE COURT:  Then please continue.
10           MR. SCHECHTER:  Thank you, Your Honor.
11   Q     In what role did Mr. He engage with MetaQuotes in
12   his role with UGL?
13   A     He was the director, main director, shareholder of
14   the company.  Main shareholder.
15   Q     Did he have contact or communication with
16   MetaQuotes Software Corporation?
17   A     Yes, of course he did.
18   Q     And what sort of communication or contact did he
19   have?
20   A     From the records we have, he was communicating with
21   MetaQuotes for billing purposes, to purchase other
22   products and for technical support purpose.
23   Q     And when individuals contact your support network,
24   and by that I mean MetaQuotes Software Corporation, is
25   that -- is there any information logged when that takes
```

1   place?

2   A      Yes, it is.

3   Q      What information is logged?

4   A      Every time they connect to the website and they use

5   the user name and passport, their IP address is logged

6   into the website.

7   Q      And does the website also log the user name and

8   password?

9   A      Yes.  Of course.

10  Q      Have you had an opportunity, Mr. Georgiades, to

11  review the connections with the service desk that UGL

12  Exchange Limited had with MetaQuotes Software Corporation

13  while it was a customer or a client?

14  A      Yes, I have.

15  Q      And did Mr. He during that time connect with the

16  MetaQuotes -- withdrawn.

17          Did the records indicate that an individual

18  with the name Jian He connected with the MetaQuotes

19  Software Corporation help desk?

20  A      Yes.  About 50 percent of the time all

21  communication of the company was the name Jian He,

22  president.

23  Q      And where was the IEP address showing that he was

24  connecting from -- or this Mr. He was connecting from on

25  those occasions?

```
 1    A      He was connecting from Cyprus through his IP

 2    address.

 3           THE COURT:  He was connecting from what?

 4           THE WITNESS:  From an IP address located in

 5    Cyprus.

 6    Q    BY MR. SCHECHTER:  While UGL was a client of

 7    MetaQuotes Software Corporation, were they sent bills as

 8    a standard course of business?

 9    A      Yes.

10    Q      And how long was UGL Exchange Limited a client of

11    MetaQuotes Software Corporation?

12    A      For three years.

13    Q      During that time period, did there come a time when

14    UGL Exchange Limited provided your company information

15    about another company or individual who would be paying

16    their bills?

17    A      Yes, there did.

18           MR. SCHECHTER:  I am going to have the next item

19    marked as Plaintiff's Exhibit 5.  Handing a copy to

20    defense counsel and to the clerk.

21           I will just ask Mr. Parkhurst to put that on

22    the screen once he finds that.

23           THE COURT:  Any objection to the receipt of this

24    document?

25           MR. WILLIAMS:  No objection.
```

```
1              THE COURT:  It will be received.

2              (Exhibit 5 received in evidence.)

3    Q    BY MR. SCHECHTER:  Mr. Georgiades, I direct your

4    attention to the document on the screen.  Have you had an

5    opportunity to see that document before today?

6    A    Yes, I have.

7    Q    And is that a document that is kept by MetaQuotes?

8              THE COURT:  Counsel, this has been received in

9    evidence.

10   Q    BY MR. SCHECHTER:  Mr. Georgiades, can you tell the

11   Court what the purpose of this document is?

12   A    Yes.  We have a process in MetaQuotes where if a

13   company has trouble paying us, they can issue another

14   company to pay on their behalf.

15             We received this document from UGL Exchange

16   Limited that Standard Fintech Consulting as a technology

17   firm owned by the same shareholder, meaning Jian He,

18   would pay on behalf of UGL Exchange Limited for the

19   purchase of the license agreement.

20   Q    Let me go back, Mr. Georgiades.  I think

21   Mr. Parkhurst put up the bills previously -- what has

22   been previously marked as Plaintiff's 3.  If you could

23   scroll down to the first Gmail, it's about 14 pages in.

24             Mr. Georgiades, let me direct your attention

25   to the page on the screen there.  And Mr. Parkhurst, if
```

 1    you could scroll just a little bit more down the screen.

 2              Mr. Georgiades, is this an example of how the

 3    MetaQuotes Software Company sends its bills or its

 4    invoices to clients?

 5    A     No, it is not.

 6         MR. SCHECHTER:  Mr. Parkhurst, if you could maybe

 7    bring up the percentage in terms of the -- at the very

 8    top there, the e-mail address towards the top.  Right

 9    there just under Statement from MetaQuotes.  If you could

10    blow that up just to make it clear for everyone to see.

11    Q     Mr. Georgiades, can you see the e-mail address that

12    is listed there?

13    A     Yes, I can.

14    Q     Is that a e-mail address of your company,

15    MetaQuotes Software Corporation, in Cyprus?

16    A     No, it is not.

17    Q     And how do you recognize that it is not a correct

18    e-mail address for your company?

19    A     The domain name is wrong, first of all.  We do not

20    have a MetaQuotes MP5.com domain.

21    Q     Thank you.  You can take that down, Mr. Parkhurst.

22              Mr. Georgiades, did there come a time --

23    strike that.

24              You testified that UGL Exchange Limited was a

25    client of MetaQuotes Software Corporation for

1    approximately three years; correct?

2    A      Correct.

3    Q      When did you stop doing business with them as a

4    client?

5    A      That was December of 2020.

6    Q      What led to that decision?

7    A      We had some problems with the company.

8    Specifically they had provided some forged documents

9    where we requested some clarification of some companies

10   that they wanted to provide further services from us.

11   Q      Did you engage with any e-mails with someone from

12   UGL Exchange Limited during this time period?

13   A      Yes, I did.

14   Q      Was Mr. He one of those individuals that you

15   exchanged e-mails with?

16   A      Actually he was the only one.

17   Q      And did there come a point where Mr. He said to you

18   that he was not in Cyprus, he was located somewhere else?

19   A      Yes.  He specifically said he was in the United

20   States and he couldn't come to meet -- to have a meeting

21   with us.

22          MR. SCHECHTER:  Your Honor, I am going to mark as

23   Plaintiff's 6 the following document.  Handing to copy to

24   defense counsel and to the Court.

25          THE COURT:  Has this previously been provided to

 1    defense counsel before now?

 2           MR. SCHECHTER:  No, Your Honor.

 3           THE COURT:  All right.  Please proceed.

 4           MR. SCHECHTER:  Mr. Park, if you could put that

 5    document on the screen for Mr. Georgiades.

 6    Q     Mr. Georgiades, I direct your attention to the

 7    document there on screen.  Have you had the opportunity

 8    to see this before?

 9    A     Yes, I have.

10    Q     And let me just -- so we are all clear, when the

11    e-mail was received by MetaQuotes, the information that

12    there is in bold, was that in bold in the original or was

13    that something that was done after the fact?

14    A     That was after the fact.

15    Q     Is this the e-mail you are referring to in which

16    Mr. He indicated he was unable to come to Cyprus because

17    he was in the United States?

18    A     Yes, it is.

19           MR. SCHECHTER:  Take that down.  Thank you.

20           THE COURT:  Is there any objection to the receipt

21    of Exhibit 6?

22           MR. CHUCK:  No objection, Your Honor.

23           THE COURT:  It will be received.

24           (Exhibit 6 received in evidence.)

25    Q     BY MR. SCHECHTER:  Mr. Georgiades, you mentioned

1   that you were contacted by a company FXCA Markets

2   Limited.

3   A      Yes, I have.

4   Q      And I think you indicated -- or let me clarify,

5   when do you recall them contacting you?

6   A      In December, 2021.

7   Q      And were you able to learn if FXCA Markets Limited

8   was receiving or using MetaQuotes Software Corporation

9   products?

10  A      Yes, we had -- we had in our records that they were

11  a client of MetaQuotes.

12  Q      And had your company, MetaQuotes Software

13  Corporation, yourself entered into an agreement directly

14  with FXCA Markets limited?

15  A      Yes.

16  Q      Did you learn if that FXCA Markets Limited that you

17  entered into a contract with was the same one that

18  contacted you in December of 2021?

19  A      Well, this is where we started thinking that

20  something was wrong.

21  Q      How so?

22  A      Because Mr. Suzu had contacted us.  He believed he

23  had certain products from MetaQuotes but instead he had

24  something else.

25  Q      And what was your understanding of what he had?

1   A    He was claiming that he had a letter of credit for

2   license, which we have not provided for the last two

3   years before that.

4   Q    And did you ever happen to see e-mails or a license

5   agreement that Mr. Suzu provided to you that he thought

6   had come from MetaQuotes Software Corporation?

7   A    Yes, he did.

8   Q    And that agreement or those e-mails that were

9   provided to you, did they come from your company

10  MetaQuotes Software Corporation in Cyprus?

11  A    No, they did not.  It was very obvious.

12  Q    How so?

13  A    They were fabricated.  As you could see, the

14  agreement that you just showed me, the amount of payment

15  was in red.  We never used red letters anywhere on the

16  agreement.  Also, the amount that was owed to look at the

17  payment was very different of what my company is

18  charging.

19  Q    Have you ever -- strike that.

20       Has MetaQuotes Software Corporation in Cyprus

21  ever authorized a company called Fintech or Standard

22  Fintech Consulting to represent that it could sell or

23  license the Metatrader 4 or Metatrader 5 products?

24  A    No, we have not.

25  Q    Mr. Georgiades, let me ask you, what harm do you

```
 1   believe is suffered by MetaQuotes Software Corporation in

 2   terms of these other invoices, license agreements being

 3   used or provided to customers apparently under your

 4   company's name?

 5   A      Well, I see a big problem there because nobody else

 6   is allowed to use our trademarks, our copyrights, our

 7   invoices or our license agreement.  And this brings a

 8   very big security concern for our company, for our

 9   clients, and then users of our technology.

10   Q      What security concerns are you referring to?

11   A      I am talking about the injury to our brand, our

12   reputation, our goodwill and the trademarks.

13          MR. SCHECHTER:  One moment, Your Honor.

14          THE COURT:  Yes.

15              (Counsel confer.)

16   Q      BY MR. SCHECHTER:  Just a few more questions,

17   Mr. Georgiades.  To your knowledge has MetaQuotes

18   Software Corporation ever employed an individual by the

19   name Peter in the United States?

20   A      No, we have not.

21   Q      Has MetaQuotes Software Corporation in Cyprus ever

22   employed an agent named Peter to sell MetaQuotes Software

23   products anywhere?

24   A      No.  Never.

25   Q      Did MetaQuotes Software Corporation in Cyprus ever
```

```
 1   direct someone named Peter to sell its products to

 2   Mr Suzu's company, FXCA Markets Limited?

 3   A     No.  We have not.

 4   Q     Did MetaQuotes Software Corporation authorize

 5   anyone to create or incorporate a company by the same

 6   name, MetaQuotes Software Corporation, in the State of

 7   California?

 8   A     No.  We have not.

 9   Q     Does MetaQuotes Software Corporation in Cyprus have

10   any bank or financial accounts with any financial

11   institutions in the United States?

12   A     No.  We have not.

13   Q     Does MetaQuotes Software Corporation have any

14   corporate or business offices located in the United

15   States?

16   A     No, we have not.

17        MR. SCHECHTER:  No further questions, Your Honor.

18        THE COURT:  Cross-examination.

19

20                    CROSS-EXAMINATION

21   BY MR. CHUCK:

22   Q     Mr. Georgiades, do you recall submitting a

23   declaration in support of MetaQuotes's TRO application?

24   A     Yes, I do.

25   Q     I will represent to you in paragraph 22 of your
```

```
 1    declaration you stated that, "The Secretary of State's
 2    registration information regarding the counterfeit
 3    MetaQuotes indicates that it was founded by Jian He."
 4              Is that accurate?
 5    A     That is what I remember.  Yes.
 6    Q     Did you personally go to the California Secretary
 7    of State's website to look up the documents you referred
 8    to?
 9    A     Yes, I did.
10    Q     What records did you look at?
11    A     I went into the website and I checked my MetaQuotes
12    Software Corp, and I find the company registered there.
13    Q     Did you look at the Articles of Incorporation?
14    A     I don't remember that.
15    Q     What exactly did you see there that made you
16    believe it was founded by Jian He?
17    A     I saw his name under the company.
18    Q     Could you have seen his name under category called
19    Agent -- Registered Agent for Process?
20    A     Maybe.  Yes.
21    Q     What is your understanding of -- strike that.
22              Did MetaQuotes Cyprus have any help setting up
23    their company from third parties?
24    A     I'm sorry.  Can you go again?
25    Q     I will repeat the question.  Did MetaQuotes have
```

```
 1   any help setting up their company from any third parties?

 2         THE COURT:  You are referring to the California

 3   company?

 4         MR. CHUCK:  I am referring to the MetaQuotes that

 5   Mr. Georgiades is employed at, the plaintiffs.

 6   Q    From accountants or lawyers?

 7   A    I don't understand what you mean by help.

 8         THE COURT:  Counsel, I am going to sustain the

 9   Court's own objection on 403 grounds.  I think I

10   understand the point that you are making, but I don't

11   think you need to make it in this way.

12         MR. CHUCK:  Okay.  I will move on.

13   Q    So, just to clarify, you may have seen that Jian He

14   was listed as an agent for service of process, but you

15   don't recall exactly what else you saw that made you

16   believe the counterfeit MetaQuotes was founded by Jian

17   He; is that accurate?

18   A    I saw his name on the registry under the company

19   name.

20   Q    In that same paragraph, you stated that, "Mr. He

21   has been involved in pirating the company software since

22   at least 2015."  What is your definition of pirating in

23   the context of the allegation?

24   A    He is copying the software that we have.  Hacking

25   is the normal term that is used.  It also requested
```

1    different license key that can be generated by a third

2    party and then provided to clients to use.

3    Q      And what did you mean by saying that Mr. He was

4    involved?  What exactly did you think Mr. He's

5    involvement was?

6    A      From knowledge that I have, he was the mastermind

7    of the operation of hacking the software and providing to

8    third parties in China and elsewhere.

9    Q      What is that information that you have that made

10   you think he was the mastermind?

11   A      Well, specifically, we hired the lawyer in China

12   after we heard in the news that his organization was

13   caught by the police to go to the police station and

14   actually get all the information with regard to the

15   operations of this organization.

16   Q      And that lawyer was someone called Jinping Shi;

17   correct?

18   A      That's correct yes.

19          THE COURT:  Spell that, please

20          MR. CHUCK:  My apologies.  J-I-N-P-I-N-G space

21   S-H-I.

22          THE COURT:  Continue.

23   Q    BY MR. CHUCK:  And Jinping Shi is a patent attorney;

24   correct?

25   A      I guess so.  Yes.

1  Q     So the basis of your understanding is not personal

2  knowledge, but from something that Jinping Shi told you

3  that she had heard from Chinese police; is that correct?

4  A     No, it is not correct.

5  Q     Then, can you tell me what other source of personal

6  knowledge you have of Mr. He's involvement besides what

7  you heard from Jinping Shi?

8  A     Yes.  Jinping Shi provided official documents from

9  the Chinese police station that showed that Mr. Jian He

10 was a fugitive of law in China.

11 Q     Okay.  So to clarify, your only source of knowledge

12 is what Jinping Shi gave you or told you from the Chinese

13 police; is that accurate?

14 A     That's correct.

15 Q     And the last time you -- I believe you attached

16 some e-mails, and that was from February in 2018; is that

17 correct?

18 A     That's correct.

19 Q     Have you spoken to Jinping Shi or anyone else to

20 get any updates on what is going on with this Chinese

21 case since then?

22 A     Yes, I have.

23 Q     When was the last update you got?

24 A     About one month ago.

25 Q     And who did you get that update from one month ago?

```
 1    A      From the same lawyer.

 2    Q      Did that lawyer tell you whether Mr. He was still

 3    being sought after?

 4    A      Yes.  He is still a fugitive of law in China.

 5    Q      And to confirm, Jinping Shi is not a criminal

 6    lawyer; correct?

 7    A      No, she is not.

 8    Q      Do you know how to read Chinese, Mr. Georgiades?

 9    A      No, I don't.

10    Q      So you do not know how to read the Chinese document

11    that Jinping Shi sent you; correct?

12    A      No, I don't.

13    Q      So you do not actually have personal knowledge of

14    seeing Mr. He selling companies of medical stuff or

15    pirating.  All your knowledge is based on what you got

16    from Jinping Shi; correct?

17    A      No, it is not correct.

18    Q      I see.  Then what other information is there?

19    A      I have verified with official translation all the

20    documents provided to me from the Chinese lawyer.

21    Q      Okay.  And in the same declaration, in paragraph

22    23, you also state that Mr. -- let me move on.

23           Actually, in paragraph 24 you state that:

24          "Mr. He was not stopped his efforts to steal money

25           from MetaQuotes.  Mr. He has posed as a company
```

```
1              representative, sent a fake license agreement and

2              invoices to a real customer of the company and

3              collected substantial sums of money that should

4              have been paid to the company."

5         Is that correct?

6    A    This is what I stated.  Yes.

7    Q    What information do you have to give you personal

8    knowledge and to state that Mr. He did these things?

9    A    Well, my personal information comes with the fact

10   that actually Jian He was a client of MetaQuotes.  And I

11   know further fact that he was involved in the operations

12   of the company and knows exactly how MetaQuotes operates.

13   And he would be the one to be able to make such a scheme

14   happen from the United States.

15   Q    So you are stating that you declare here that you

16   knew it must have been Mr. He because Mr. He happened to

17   have been a prior client of MetaQuotes; correct?

18   A    Yes.  That is one of the things that gave me reason

19   to believe that.

20        THE COURT:  Counsel, how much more time do you

21   have because we need to break.

22        MR. CHUCK:  I think I probably have another 15, 20

23   minutes.

24        THE COURT:  We are going to break now.  And the

25   parties should be aware I do have a matter at 1:30, and
```

```
 1  so you may have to come back later on this afternoon, but

 2  for the time being what we are going to do is break

 3  for -- actually let me check.

 4           We are going to break for 30 minutes.  It is

 5  now 12:05.  We will break to 12:35.  And if this matter

 6  doesn't complete by 1:30, the parties are going to have

 7  to come back later on this afternoon.

 8           We are in recess until 12:35.

 9

10      (Luncheon recess from 12:05 p.m. to 12:35 p.m.)

11

12      THE COURT:  We are back on the record in

13  MetaQuotes Ltd. versus MetaQuotes Software Corp et al.,

14  the preliminary injunction matter, with all parties

15  present who were present before the break.

16           Mr. Georgiades, you understand that you remain

17  under oath?

18      THE WITNESS:  Yes, I do.

19      THE COURT:  Please continue, Mr. Chuck, with your

20  cross-examination.

21      MR. WILLIAMS:  Your Honor, this is David Williams.

22  May I address the Court with an issue that popped up

23  during break?

24      THE COURT:  Yes.

25      MR. WILLIAMS:  We had Sarah Sun, our
```

```
 1    court-certified interpreter here.  She has left, in that
 2    she had a 1:30 that she didn't tell us about.  We do have
 3    another interpreter here.  However that interpreter is
 4    not court-certified.
 5         THE COURT:  Are you satisfied that she can
 6    competently and adequately interpret for your client?
 7         MR. WILLIAMS:  Yes.
 8         THE COURT:  And are you waiving any issue in that
 9    regard in the event that it turns out that she doesn't
10    provide him with accurate interpretation?
11         MR. WILLIAMS:  I think we would, yes, Your Honor.
12         THE COURT:  Let's go ahead.  We can have her
13    identify herself, please, and have her sworn in.
14         THE CLERK:  At the lectern, please.  Your full
15    name, and spell it, please.
16         THE WITNESS:  My name is Yvaine Yang.
17    Y-V-A-I-N-E, last name is Y-A-N-G.
18         THE COURT:  What is your language?
19         THE WITNESS:  Mandarin.
20
21              (The interpreter was sworn.)
22
23         THE CLERK:  Thank you.
24         THE COURT:  All right.  And if you could please
25    interpret for Mr. He.  You could go ahead, go back and
```

```
1    sit next to him and interpret for him.
2              Let me just have you ask Mr. He whether he is
3    satisfied with the interpretation that you have been
4    receiving from this interpreter.
5              THE WITNESS:  Yes.
6              THE COURT:  Do you speak English, by the way, even
7    in part?
8              THE WITNESS:  A little bit.
9              THE COURT:  And so your lawyers have waived any
10   objection that you may later have to the quality of
11   interpretation you are receiving.
12             What that means is that if you later complain
13   either to me or to an appellate court that you didn't
14   understand these proceedings because of the interpreter
15   who did a bad job, essentially, you are not going to be
16   able to make the argument that your rights were violated
17   because of this interpretation or poor interpretation.
18             Do you understand and agree to that?  You
19   don't have to, but if you do agree to that I would like
20   you to let me know.
21             Do you agree to that?
22             THE WITNESS:  I agree.
23             THE COURT:  All right.  And he has indicated in
24   English that he agrees.
25             Very well.  I am satisfied both by my direct
```

```
 1   inquiry and also with respect to his counsel's waiver
 2   that there is a knowing, intelligent and voluntary
 3   waiver.
 4            Let's continue to proceed with
 5   cross-examination of Mr. Georgiades.
 6   Q    BY MR. CHUCK:  Mr. Georgiades, before the break, you
 7   stated that you believed that Mr. He was the person who
 8   posed as a MetaQuotes representative and sent fake
 9   license agreements and invoices because Jian He happened
10   to be a client of MetaQuotes's prior, before; is that
11   correct?
12   A    Yes, it is.
13   Q    Is there any other information upon which you base
14   that understanding?
15   A    Based on the information I have from the Chinese
16   lawyer on the Chinese piracy case.
17   Q    So your basis is that, one, your information from
18   the Chinese lawyer from 2017, and two, that he was
19   previously a client of MetaQuotes through UGL.  Is there
20   anything else?
21   A    Yes, there is.
22   Q    Okay.  Can you let me know what else there is?
23   A    Yes.  In part of the UGL, as I said, we were
24   recording the IPs and somebody was logging on our website
25   to receive information about support.  UGL was contacting
```

1    us from a Cyprus IP address up to December 2020.

2                By July of 2021, we were receiving the same or

3    similar IP addresses on behalf of FXCA communicating with

4    MetaQuotes on the same support site with similar IP

5    addresses.

6                This justifies for me that somebody that was

7    working for Jian He December, 2020 was also working for

8    him in July, 2021 for different company.

9    Q      Okay.  So to clarify, what do you mean by similar

10   IP address.  Do you mean an IP address from the same

11   company -- I mean from the same country?

12   A      From the same location.

13   Q      And by location?

14   A      Same town.

15   Q      Same town.  And another thing to clarify is that

16   that did not tell you it was Jian He, but someone you

17   believe was working for Jian He; correct?

18   A      That's correct.

19   Q      So what is your source of personal knowledge to say

20   that it was someone working for Jian He?

21                I will strike that.

22   A      He was the owner.

23   Q      And the only connection you had was that they

24   happened to have been from the same town; correct?

25   A      Yes.

1    Q     And but you did not personally see Mr. He do any of

2    those acts; correct?

3    A     It is a little bit difficult to see somebody

4    through an e-mail.

5    Q     But you never saw his name on any of those e-mails;

6    correct?

7    A     He was talking to me through UGL, through an

8    e-mail, and he was signing as Jian He.

9    Q     So that town that you -- you said it was from the

10   same town, what town was that?

11   A     It was Limassol, Cyprus.

12   Q     Spell that, please?

13   A     L-I-M-A double S, O-L.

14   Q     Where are you located right now, Mr. Georgiades?

15   A     Right now I am in France.

16   Q     Where is MetaQuotes headquartered?  What town in

17   Cyprus is MetaQuotes's headquarters in?

18   A     Limassol, the same town I just referred to before.

19   Q     So to confirm, you have never actually seen

20   Mr. He's name on any of the e-mails or seen him send any

21   of the actual fake license agreements or invoices.  You

22   just assumed he did because he was connected to UGL in a

23   prior case in China; is that correct?

24   A     That's correct.

25   Q     In paragraph 25, you stated that Mr. He

```
 1    incorporated the counterfeit MetaQuotes.  On what do you
 2    base that understanding?
 3    A     Based on the documents we have seen from the
 4    registry of California.
 5    Q     And I believe we covered that before the break, but
 6    from those -- you can't remember exactly what those
 7    documents said that Mr. He was; correct?
 8    A     I remember his name was visible under the company's
 9    name.
10    Q     Was it visible under a section titled Agent for
11    Service of Process?
12    A     It might well be, yes.
13          THE COURT:  Mr. Chuck, we covered this before the
14    break.
15          MR. CHUCK:  Sorry.  I will continue on.
16    Q     In paragraph 30 of your declaration, you stated
17    that, "Mr. He under the guise of the counterfeit
18    MetaQuotes sent fake invoices to the real FXCA directing
19    it to make payments"; is that accurate?
20    A     That is correct.
21    Q     And what do you base your declaration stating that
22    it was Mr. He who directed those payments -- what do you
23    base that on?
24    A     I based it on the fact that Mr. Jian He being a
25    director and shareholder of the UGL Exchange knew exactly
```

```
 1    how we conduct our business in terms of payments,

 2    invoices and statements of accounts.

 3    Q     So, again, that is based solely on the fact that

 4    Mr. He happened to be a customer of MetaQuotes; correct?

 5    A     That's correct.

 6    Q     Would you know how much has UGL paid MetaQuotes as

 7    a customer?

 8    A     I don't have that information handy.

 9    Q     How much does MetaQuotes typically charge for a

10    license every year?

11    A     That depends when you are asking this question.  We

12    have changed our licensing system the last two years.

13    Q     Okay.  How about the last three years?

14    A     The last three years, we only charge a monthly fee,

15    around $5,000 a month.

16    Q     So that's around $60,000 a year; correct?

17    A     Yes, that's correct.

18    Q     So if UGL was a customer of MetaQuotes for three

19    years, they could have paid up to $180,000; correct?

20    A     That may be correct.

21    Q     Does it make sense that you are saying that Mr. He

22    pirated MetaQuotes software at the same time he paid

23    $180,000 for software?

24    A     No.  That is not correct.

25    Q     Then, next you state that -- in paragraph 30 of
```

1   your declaration you also state that, "Mr. He, using a US

2   bank account belonging to the fake FXCA, would send

3   $60,000 back."

4           I represent to you that you say that he was

5   the one that transferred money.  Is that accurate, to

6   your recollection?

7   A    I don't understand the question.  Can you rephrase

8   it?

9   Q    Is it accurate that you stated in your declaration

10  that Mr. He used a US bank account belonging to the fake

11  FXCA to send $60,000 back to the real MetaQuotes, and he

12  would then keep the difference -- i.e., a profit of

13  $110,000 -- and deposit this amount into a bank account

14  in the United States?

15          Is that accurate?

16  A    That's correct.

17  Q    On what do you base this statement?

18  A    I base this statement on the fact that real

19  MetaQuotes received around $60,000 for same -- according

20  to their request of a company named FXCA at the time.

21          However, after they realized from the real

22  FXCA what happened and we saw the invoices, we saw that

23  they charged them over $170,000 for the same service.

24          And from the bank accounts and documents we

25  had in our possession, we could reach that conclusion.

```
1   Q      Okay.  And you mentioned back accounts in your
2   possession.  Just to confirm, did Mr. He's name appear on
3   any of those bank accounts?
4   A      We didn't have names of the bank accounts, no.
5   Q      And have you seen any bank statements showing
6   transfers made to Mr. He's bank accounts?
7   A      No, I haven't.
8   Q      Have you seen anything, any document, with Mr. He's
9   name on it connecting him to any of those bank transfers?
10  A      No, I haven't.
11  Q      So, again, you base that understanding on the fact
12  that Mr. He used to be a customer of MetaQuotes; correct?
13  A      Yes, I do.
14         THE COURT:  Mr. Chuck, I am going to ask you not
15  to continue to ask questions that have been repeatedly
16  answered.
17         MR. CHUCK:  Okay.  My apologies, Your Honor.
18  Q      Do you recall in your reply declaration you
19  attached an invoice from Fintech that was previously
20  entered into the record as Exhibit 2?
21  A      Yes, I do.
22  Q      And on that invoice, do any of MetaQuotes's
23  trademarks appear on that invoice?
24  A      Yes, they do.
25  Q      Can you tell me where they appear?
```

1    A     Well, you can see appreciations of MT4 and MT5

2    throughout this invoice.  MP4 and MP5 stands for

3    Metatrader 4 and 5.  MP4 and MP5 are also covered in the

4    trademarks of my company.

5    Q     Okay.  In the complaint, MetaQuotes states that

6    trademarks are MetaQuotes's, Metatrader, MQL4, MQL5 and

7    Metatrader 5; is that correct?

8    A     Yes.  But we also have MT4 and MT5 registered.

9    Q     And do you read -- I'm sorry.  Since you do not

10   read Chinese, Mr. Georgiades, you cannot tell what the

11   Chinese characters after MT4, MT5 mean; correct?

12   A     I have professional translator explain that to me.

13   Q     And this invoice isn't just for simply selling MT5

14   or MT4 software; correct?

15   A     It is for services that have to do with MT4 and

16   MT5.

17   Q     It is for services to deal with MT4 and MT5.  Okay.

18   I will strike that.

19            And does MetaQuotes's address appear on this

20   invoice anywhere?

21            THE COURT:  Which invoice?

22            THE WITNESS:  Which invoice do you mean?

23            THE COURT:  One second.  Counsel, you are

24   referring to Exhibit 3?

25            MR. CHUCK:  Exhibit 2.

```
 1              THE COURT:  The document does speak for itself.
 2   It is a pretty short document, so I don't think that
 3   question is going to be very useful for the Court.
 4              MR. CHUCK:  Okay.  I will move on.
 5   Q      Earlier you were shown a license agreement from
 6   MetaQuotes between MetaQuotes and FXCA.  Do you recall
 7   that license agreement?
 8   A      Yes, I do.
 9   Q      Does MetaQuotes send Word versions of its license
10   agreements out?
11   A      Yes.  We might send it to check with a client if he
12   agrees with it or he needs any amendments.
13   Q      Okay.  And that agreement was signed by someone
14   named Renat Fatkhullin; right?
15   A      Yes.  That's the CEO of the company.
16   Q      How do you know he did not create that agreement?
17   A      Excuse me?  Come again.
18   Q      How do you know that Renat Fatkhullin did not
19   create that agreement?
20   A      Renat Fatkhullin is the CEO of the company.  He
21   doesn't deal with this kind of things.  He only signs
22   them.
23   Q      All right.  You stated in your declaration earlier
24   that --
25              MR. CHUCK:  Actually, you know what, I think I am
```

```
 1    done with my questioning.

 2            THE COURT:  Redirect?

 3            MR. SCHECHTER:  No redirect, Your Honor.

 4            THE COURT:  All right.  You are excused, sir.

 5            Does the plaintiff have any additional

 6    evidence or plaintiffs that they wish to present in

 7    connection with their application for a preliminary

 8    injunction?

 9            MR. SCHECHTER:  We do not, Your Honor.

10            THE COURT:  All right.  I will hear from the

11    defense.

12            You indicated you are going to be calling

13    Mr. He.

14            MR. CHUCK:  Yes, Your Honor.  That's correct.

15            THE COURT:  Have him step forward, please, along

16    with the interpreter.

17

18        (The witness was sworn.)

19

20            THE CLERK:  Would you please state and spell your

21    full name for the record.

22            THE WITNESS:  My first name Jian, and my last name

23    He, H-E.

24            THE COURT:  Mr. Chuck.

25
```

```
1                        JIAN HE,

2         called as a witness on behalf of the plaintiff,

3      having been first duly sworn, testified as follows:

4

5                      DIRECT EXAMINATION

6   BY MR. CHUCK:

7   Q     Mr. He, did you work for a company called SFC, or

8   Standard Fintech Corporation?

9   A     I just left last Monday.

10  Q     Why did you leave last month?

11  A     I got terminated by the employer.

12  Q     Do you know why you were terminated?

13  A     I don't know.

14  Q     What was your position at Standard Fintech?

15  A     CEO.

16  Q     What is Standard Fintech's -- what does Standard

17  Fintech do?

18  A     We set up the company, register the company and

19  find forms and also host servers.

20        THE COURT:  Those are whole servers?  I didn't

21  understand what you said.  Could the interpreter repeat

22  the interpretation?

23        THE WITNESS:  The last one, host servers.

24        THE COURT:  Host.  My misunderstanding.  My fault.

25  Please continue.
```

1    Q    BY MR. CHUCK:  During your time as CEO of SFC, did

2    you assist with setting up a company called MetaQuotes

3    Software Corporation in California?

4    A    Yes, I did.

5    Q    And FXCA Markets Limited?

6    A    Yes.

7    Q    Was SFC contracted by someone else to form those

8    companies?

9    A    I was authorized by Wen Li Peng to set up these two

10   companies.

11        THE COURT:  And interpreter spelling of the

12   individual's name.

13        THE INTERPRETER:  The last name is L-I, and the

14   first name is W-E-N, P-E-N-G.

15        THE COURT:  Thank you.

16   Q    BY MR. CHUCK:  Did you receive any confirmation of

17   Li Wen Peng's identify?

18   A    I received a ID card.

19        MR. CHUCK:  I would like to submit an exhibit.

20   This would be Exhibit No. -- Tab No. 10.

21        THE COURT:  We are not going to do that from this

22   point forward.  You are going to have to pull out the

23   specific document and mark it as a specific exhibit,

24   please, going next in order.

25        MR. CHUCK:  So I believe this would be D -- no C,

1    I think.

2    Q    Is what I entered as Exhibit C, is that a true and

3    correct copy of the ID you received from Wen Peng Li?

4    A    Yes.

5    Q    And just to confirm, Mr. He, you understand and can

6    read Chinese; correct?

7    A    Yes.

8    Q    And that ID also includes Li Wen Peng's full

9    address; correct?

10   A    Yes.

11   Q    And did SFC have any signed contracts with Wen Peng

12   Li?

13   A    Yes.  Signed -- I signed an authorization contract

14   and also a rental agreement.

15   Q    And after the MetaQuotes and FXCA Markets companies

16   in County of Los Angeles were set up, who owned those

17   companies?

18   A    Li Wen Peng.

19   Q    Are there any documents supporting that Li Wen Peng

20   owned those companies?

21   A    I have stock certificates.

22   Q    Were those stock certificates signed by Li Wen

23   Peng?

24   A    Yes.  He signed it and sent it to me.

25   Q    Did Li Wen Peng represent that he was working with

```
1    other people to set up these two companies?

2    A     No.  Just himself.

3    Q     Did Li Wen Peng say that he had -- never mind.

4          Strike that.

5          Did Li Wen Peng tell you that Tomokazu Suzu or

6    Liu Peijie were his clients?

7    A     He said these two people are the officers of the

8    company.

9    Q     And pursuant -- when FSC set up these two

10   companies, Tomokazu Suzu was the CEO of FXCA in

11   California and Liu Peijie was the CEO of MetaQuotes

12   Software in California; is that correct?

13   A     Yes.

14   Q     Did you receive any documents confirming that Mr.

15   Suzu agreed to set up FXCA in California before SFC help

16   set them up?

17   A     I received Tomokazu's passport from Wen Peng and I

18   considered it form of authorization.

19   Q     And did you receive any document confirming that

20   Liu Peijie agreed to setting up MetaQuotes software in

21   California?

22   A     I also received Liu Peijie's passport from Li Wen

23   Peng, and I also considered it a form of authorization.

24   Q     Did you fill out those documents to incorporate

25   those companies yourself?
```

```
 1   A      I asked the accountant to do it.  I provide the
 2   information.
 3   Q      Did that accountant work for SFC?
 4   A      Yes.  Yes.  SFC employed the accountant.
 5   Q      Just to clarify, did that accountant work for a
 6   third-party accounting firm or was it an actual employee
 7   of SFC?
 8   A      He has his own accounting firm.
 9   Q      Do you have any ownership interest in SFC?
10   A      Not after 2021.
11   Q      What happened in 2021?
12   A      Because I don't have any money.
13   Q      Did you sell your shares of SFC in 2021?
14   A      In 2021, I sold all the shares.
15   Q      Have you ever had any ownership interest in
16   MetaQuotes Software Corporation in California?
17   A      No.
18   Q      And do you have any ownership shares in FXCA
19   Markets Limited in California?
20   A      No.
21   Q      Have you ever sent any e-mails on behalf of
22   MetaQuotes Software Corporation in California?
23   A      No.
24   Q      Before this case was filed, did you even know what
25   e-mail addresses MetaQuotes Software Corporation in
```

1    California had?

2    A      I'm sorry, can you repeat your question?

3    Q      Before this case was filed, did you even know what

4    e-mail addresses MetaQuotes Software Corporation offered?

5    A      No.

6    Q      And before this case was filed, did you know what

7    e-mail address this FXCA California operated?

8    A      No.

9         THE COURT:  While there is a pause in the

10   proceeding, let me ask a question.

11        Mr. He, you indicated that you received proof

12   of identification from Mr. Suzu and Mr. Liu; is that

13   correct?

14        THE WITNESS:  Yes.

15        THE COURT:  And you did so in furtherance of the

16   work you were doing to incorporate MetaQuotes and FXCA as

17   California companies.  Did I understand that correctly

18   too?

19        THE WITNESS:  Yes.

20        THE COURT:  Why?  That is, why did you obtain

21   verification of their identification.  For what purpose?

22        THE WITNESS:  Wen Peng authorized me to set up

23   these two companies and -- Li Wen Peng authorized me to

24   set up these two companies and provide the officers

25   identification.

```
1          THE COURT:  And why didn't you just take the word

2   of -- you said it was Mr. Liu that was giving you this

3   information?

4          THE WITNESS:  No.  It is from Li Wen Pong.

5          THE COURT:  Why didn't he you just take his word

6   for it as opposed to ask for proof of identification?

7          THE WITNESS:  Because when I registered the

8   company I made those documents.

9          THE COURT:  Was this also part of any due

10  diligence effort on your part?

11         THE WITNESS:  Yes.

12         THE COURT:  In the context of the work that you

13  did for SFC, what do you understand to mean the idea of

14  due diligence?

15         THE WITNESS:  We have to check if there is a

16  company that has the same name and provide their

17  identification.

18         THE COURT:  And what is the significance, if any,

19  if another company that you are looking to incorporate

20  has the same name?

21         THE WITNESS:  Because when I check there is no

22  other companies that has the same name, and then I just

23  went ahead and register.

24         THE COURT:  But what significance to you was there

25  that there was no other company with the same name?  Why
```

```
 1   did that matter?
 2        THE WITNESS:  Because if it is the same name, I
 3   cannot register it successfully and those will confuse
 4   with another company.
 5        THE COURT:  And what is your understanding, if
 6   any, of the significance of avoiding confusion?
 7        THE WITNESS:  It just will create a company
 8   confusion, and I checked there is no other company that
 9   has a name, the same name.
10        THE COURT:  Thank you, sir.  Mr. Chuck.
11   Q    BY MR. CHUCK:  Mr. He, did Li Wen Peng tell you that
12   he had any association with MetaQuotes?
13   A    He said he wants to be its agent, agency.  Agent.
14   Q    I am going to talk about something else.
15        Do you own a company -- strike that.
16        You were one of the shareholders of a company
17   called UGL; correct?
18   A    Yes.
19   Q    Did you run UGL on a day-to-day basis?
20   A    Just a shareholder and the CEO that is run on a
21   daily basis.  I have no right to operate.
22   Q    And was who picked who -- strike that.
23        Were you aware that UGL was a MetaQuotes
24   customer?
25   A    Yes, I know.
```

```
1    Q    Who made the decision to use MetaQuotes software?

2    A    The CEO.

3    Q    And did UGL have a board of directors?

4    A    Yes.

5    Q    How many directors were there?

6    A    Seven.

7    Q    And when you were a -- strike that.

8         When you were a shareholder in UGL, did you

9    eve access MetaQuotes's systems?

10   A    I may have, but I never used it.

11   Q    Is UGL still in business?

12   A    No.

13   Q    When did UGL go out of business?

14   A    2020.

15   Q    Why did UGL go out of business?

16   A    So by regulation requirement, there is not enough

17   fund, so I have to close it down.

18   Q    How many businesses have you helped people set up

19   during your time at Standard Fintech?

20   A    Less than 10.

21   Q    How many of those were related to Li Wen Peng?

22   A    Just the MetaQuotes and the FXCA.

23   Q    So they were at least help set up around eight

24   other companies for clients of SFC unrelated to Li Wen

25   Peng; is that accurate?
```

```
 1    A      Yes.
 2    Q      And just as a final run through, have you ever sent
 3    any e-mails to anyone claiming that you were a
 4    representative of MetaQuotes?
 5    A      No.
 6    Q      Have you ever told anyone you were a representative
 7    of MetaQuotes?
 8    A      No.
 9    Q      Have you ever told anyone you were a representative
10    of FXCA?
11    A      No.
12    Q      Have you ever sent any e-mails to anyone claiming
13    that you were a representative of FXCA?
14    A      No.
15    Q      Did you have any control of MetaQuotes Software
16    Corporation in California after you helped set it up?
17    A      No.
18    Q      Have you ever had any control over FXCA in
19    California?
20    A      No.
21    Q      Do you have any knowledge of what MetaQuotes
22    Software Corporation California did?
23    A      I don't know.  I am not involved in running.
24    Q      And did you have any knowledge of what FXCA Markets
25    in California did?
```

```
 1   A      No.

 2   Q      And just one last thing.  Are you aware that

 3   plaintiffs have alleged that you were involved with some

 4   events -- some copyright infringement in China in for a

 5   case in 2017?

 6   A      That Qingdao Sitong, but I don't hold any position

 7   in this company.

 8   Q      And do you know of another company called Qingdao

 9   Create software?

10   A      I set up this company and I sold the shares in

11   October 2016.  The companies may have been merged.  I

12   don't know what I did, but I didn't do anything wrong.

13          THE COURT:  Counsel, spell the name of the company

14   again, please, for the record.

15          MR. CHUCK:  So there is Qingdao Create.  So it

16   is -- sorry I will start from the beginning.

17   Q-I-N-G-D-A-O, and then create is C-R-E-A-T-E.

18              And the other company I mentioned was Qingdao

19   Sitong, Q-I-N-G-D-A-O, S-I-T-O-N-G.

20          THE COURT:  How much more time do you have?  We

21   are breaking at 1:30.  If you need more time, that is

22   fine, but we are going to break for the other case.

23          MR. CHUCK:  I think just one minute.

24          THE COURT:  All right.

25   Q      BY MR. CHUCK:  So Mr. He, to your knowledge, any
```

```
 1   trouble that happened in relation to MetaQuotes in China
 2   happened after you had sold any shares you had in any
 3   company at issue, and the company actually targeted by
 4   police was not one you ever owned at all; is that
 5   accurate?
 6   A     I'm sorry, can you repeat the last sentence?
 7   Q     The other company, Qingdao Sitong, you had no
 8   ownership of at all; is that accurate?
 9   A     Before I sold the shares in October 2016, the
10   company was normal, but after that I don't know.  I have
11   no shares who are position in Sitong.
12   Q     Did you even know police were looking for you?
13   A     No, I didn't know when I left.  And when I am here
14   in America, nobody told me.
15   Q     Mr. He, did you have any computer training?
16   A     My major was geography science.
17   Q     But have you had any training in computer
18   programming or development after that?
19   A     No.
20   Q     Do you have any experience in developing software?
21   A     No.
22   Q     Do you have any experience in hacking software?
23   A     No.
24   Q     You have never been a developer of any software; is
25   that accurate?
```

```
 1    A     Yes.

 2    Q     And do you currently have any family in the United

 3    States?

 4    A     Yes.

 5    Q     How many family members do you have in California?

 6    A     I have four.

 7    Q     And can you tell me how they are related to you and

 8    where they live?

 9    A     My wife and my son.  And I also have another two

10    daughters.

11    Q     Do they live in Southern California?

12    A     Yes, they are all in California.

13    Q     And do you live with your wife?

14    A     Yes.

15    Q     Is your wife is US citizen?

16    A     Yes.

17          MR. CHUCK:  Okay.  Thank you.  No further

18    questions.

19          THE COURT:  All right.  We are going to second

20    call this matter so the Court can take up the 1:30

21    calendar.  So everyone is ordered to remain just outside

22    the courtroom because as soon as I finish up with the

23    criminal matter I intend to re-call this matter.

24             Everyone is ordered back.  And just stay

25    tuned.  Be just outside the courtroom doors, including
```

```
 1   the witness.  Thank you.
 2          (Other unrelated matters were handled by the
 3          Court.)
 4          THE CLERK:  Your Honor, would you like the witness
 5   to take the stand?
 6          THE COURT:  Yes, please.
 7             And will Mr. Williams be joining us?
 8          MR. CHUCK:  Yes, I think he just went to the
 9   restroom.
10          THE COURT:  All right.  We will give him a moment.
11             We remain on the record in the preliminary
12   injunction hearing with all present who were present
13   before the break, including the witness.
14             Mr. He, you understand that you remain under
15   oath?
16          THE WITNESS:  Yes, I do.
17          THE COURT:  All right.  Cross-examination.
18
19                     CROSS-EXAMINATION
20   BY MR. PARKHURST:
21   Q     Good afternoon, Mr. He.
22   A     Good afternoon.
23   Q     So do you recall testimony earlier about a company
24   named Baynet Ultra-Simple Global Limited?
25   A     Yes.
```

1   Q      And that company, was that company always named as

2   UGL or changed to UGL?

3   A      It changed to UGL.

4   Q      Do you recall when that change occurred?

5   A      I can't recall.

6   Q      And when was that?

7   A      I can't recall.  It has been a while.

8   Q      And you stated that you were only a shareholder of

9   that company; correct?

10  A      Yes.

11  Q      You were never the CEO of UGL?

12  A      I am not the CEO.

13  Q      Were you ever at any time?

14  A      When the company was first established, there was a

15  board of directors.  I was never the CEO.

16  Q      Were you ever the CEO of the company when it was

17  called Baynet Ultra-Simple Global Limited?

18  A      I really can't recall.

19  Q      If I showed you a document, would it refresh your

20  recollection of whether or not you were ever the CEO?

21  A      Okay.

22         MR. PARKHURST:  Your Honor, permission to approach

23  the witness and show him plaintiff's Exhibit 1.

24         THE COURT:  You are looking to show him what was

25  previously marked as Exhibit 1?

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          MR. PARKHURST:  Yes, Your Honor.

2          THE COURT:  That is fine.

3          MR. PARKHURST:  Excuse me, Your Honor.  That is

4    Exhibit 4.

5          THE COURT:  All right.  Please approach with

6    Exhibit 4.

7    Q    BY MR. PARKHURST:  Please let me know when you have

8    had time to review the document.

9    A    Okay.  I am done.

10   Q    Looking at the second to last page of the document,

11   does that refresh your recollection of whether or not you

12   were ever the CEO of the company called Ultra-Simple

13   Global?

14   A    Okay.  Now, I recall.  Now, I remember when I first

15   set up the company, I used my name to set up the company,

16   but, then, according to the regulation requirements, I am

17   not qualified to be the CEO.  CEO must have the local

18   license.  So after I set it up, I am not the CEO.

19   Q    Okay.  So you need a license to serve as CEO but

20   not to set up a company as the CEO; is that correct?

21   A    According to local regulations require license to

22   all officers.  After meeting the requirements of the

23   regulators, I am only the shareholder.

24   Q    Okay.  And looking at the second page of this

25   document, were you also the marketing manager?

1   A      This is all filled up before it was set up, and I

2   didn't fill it up.

3   Q      Excuse me.  Just for clarity, so you are saying

4   this license agreement was filled out before you -- I'm

5   sorry.  Can you clarify?

6   A      This was fill out by the, then, CEO Olga.  I just

7   signed on it.

8   Q      Okay.  So you confirm that the signatures on each

9   page are your signature?

10  A      Yes.

11  Q      And the other person listed on the agreement is

12  Olga -- I'm sorry, I can't pronounce her last name.  Who

13  was she?

14  A      Is the CEO of the company.

15  Q      Is he a Chinese citizen?

16  A      No.  He is a Cyprus citizen.

17  Q      And UGL utilized medical software as part of its

18  MetaQuotes software as part of its business; correct?

19  A      Yes.

20  Q      And this license that we were just looking at, that

21  confirms -- that is the license that UGL used to utilize

22  the MetaQuotes software; can correct?

23  A      That is contract confirm MT4 not MT5.

24  Q      But up until the time you left UGL, UGL was using

25  the MetaQuotes software; correct?

1    A    Yes.

2    Q    And the Exhibit 4, the license agreement we were

3    just looking at, did you retain a copy of that with you

4    personally after you left UGL?

5    A    Are you saying this contract, if I received a copy

6    of it?

7    Q    Yes.  Did you receive a copy of it?

8    A    I received this at the very beginning.

9    Q    Okay.  But at the time you left -- you left UGL as

10   a shareholder at some point; correct?

11   A    No.  I am always the shareholder.

12   Q    You are a current shareholder of UGL today?

13   A    Yes.

14   Q    Was it is not your testimony earlier that UGL no

15   longer is in business?

16   A    It is not in business, but is still in the final

17   stage of clearing and I am still the shareholder.  It

18   doesn't have any business, but it is not dissolved

19   completely.

20   Q    So do you still have access to UGL's servers?

21   A    No.

22   Q    Do you have a UGL e-mail address?

23   A    No.

24   Q    If you wanted to today, could you access a copy of

25   the agreement that we were just looking at?

```
 1   A      I'm sorry.  Can you repeat your question?
 2   Q      If you wanted to today, could you access a copy of
 3   the document we were just looking at, the license
 4   agreement?
 5   A      I don't have any UGL e-mails.  I only have all the
 6   information on the public websites.
 7   Q      Okay.  So I don't quite think that was my question.
 8   My question was, the document we are looking at, the
 9   license agreement, could you access that document if you
10   wanted to today?
11   A      I don't have the access, and I don't have the
12   e-mail.
13   Q      But at the time you signed that agreement, you had
14   a copy of it; correct?
15   A      This document?
16   Q      Yes.
17   A      This is MT4.  It is MT5.  It is two different
18   documents.
19   Q      Because there is two separate license agreements
20   for MetaQuotes software.  Is that what you are saying?
21   A      Yes.
22   Q      And this one is for MT4; correct?
23   A      Yes.
24   Q      And there is a separate one for MT5; correct?
25   A      Only sold MT5 in your contract.  I have never
```

```
 1   received any MT5 contract.

 2   Q     You don't recall signing a separate license

 3   agreement for MT5?

 4   A     I confirm I have never signed any contracts

 5   regarding MT5.

 6   Q     So to this day, does UGL utilize the MetaQuotes

 7   software?

 8   A     No longer since 2020.

 9   Q     Do you recall when in 2020, what month?

10   A     I can't recall.

11   Q     Do you recall why UGL no longer used the medical

12   software in 2020?

13   A     Because UGL stopped running business.

14   Q     So it isn't the case that UGL's license to use

15   MetaQuotes software was terminated.  Is that what you are

16   saying?

17   A     If you don't pay, you will be terminated.

18   Q     Was that why UGL was terminated?

19   A     Because we are no longer use it.

20   Q     So your testimony is that UGL stopped using the

21   MetaQuotes software and stopped paying and therefore the

22   license was terminated; is that correct?

23   A     Yes.  There is a monthly fee.  If you stop paying,

24   you will be terminated.

25   Q     Did you receive any e-mail communications around
```

```
 1   December, 2020, from MetaQuotes leading up to the

 2   termination?

 3   A     I don't think so, and I think the e-mail is being

 4   used by other people.

 5   Q     So in December of 2020 -- well, strike that.  Prior

 6   to UGL ceasing to use its MetaQuotes license, did

 7   MetaQuotes ever inform UGL that it believed the company

 8   was forging documents?

 9   A     I don't know.

10   Q     Do you recall whether prior to termination of the

11   license, MetaQuotes accused UGL of hacking its software?

12   A     I don't know.

13   Q     Did MetaQuotes accuse UGL of violating its

14   copyrights on its software products?

15   A     UGL has been using the MetaQuotes software.  What

16   you are talking about I am not aware of.

17   Q     So, one last one, you are not aware of MetaQuotes

18   ever accusing, prior to termination, accusing UGL or --

19   excuse me.  I will rephrase the question.

20           You are not aware of MetaQuotes ever stating

21   that it was getting complaints from customers that UGL

22   was misusing the software; correct?

23   A     I don't know.

24       MR. PARKHURST:  Your Honor, at this time I would

25   like to introduce Plaintiff's Exhibit 7 and provide it to
```

```
 1    the witness.

 2          THE COURT:  Please give at least some description

 3    as to what Exhibit 7 is going to be.

 4          MR. PARKHURST:  Yes, Your Honor.  This is an

 5    e-mail, it says from Jian He to several individuals at

 6    MetaQuotes.net.

 7          THE COURT:  All right.  That is sufficient.

 8    Please make sure that you have given a copy to the

 9    defense.

10          I will assume that the other side has not

11    received a copy unless counsel indicates that it has

12    already been provided to counsel.

13          MR. PARKHURST:  For the record, the e-mail was

14    sent it looks like the 28th of December, 2020, in the

15    European format of dates, and it should be in Your

16    Honor's stack of exhibits that we provided prior to the

17    hearing today.

18    Q     Mr. He, do you recognize this e-mail.

19    A     I don't know.

20    Q     At the very top, on the from line, is that your

21    name?

22    A     Yes, it is my name.

23    Q     And right next to it, it says

24    peter@uglexchange.com; correct?

25    A     The e-mail they gave me is jian.he@ugl, and I never
```

```
 1    used the other e-mail.
 2    Q    So your testimony is that you have never used the
 3    e-mail address peter@uglexchange.com?
 4    A    Yes.
 5    Q    So does it concern you that somebody would send an
 6    e-mail with your name, Jian He, under the address
 7    peter@uglexchange.com?
 8    A    Because I am only the shareholder.  I didn't run
 9    the company.  When I was told to pay, I would just pay.
10         THE COURT:  When you say you were the shareholder,
11    you were the sole owner?
12         THE WITNESS:  Yes.
13         THE COURT:  Please continue.
14         MR. PARKHURST:  Thank you, Your Honor.
15    Q    So the body of the e-mail below that, where it
16    starts, "Dear Sirs", you didn't write that e-mail?
17    A    I have never seen this e-mail before.
18    Q    And down at the bottom where it says "Yours Truly,
19    Jian He", you didn't write that?
20    A    No.  I have never seen this e-mail.
21    Q    Was there ever a time you authorized anyone at UGL
22    to use your name and sign an e-mail correspondence?
23    A    Since it stopped running, I was asked to pay some
24    fees and asked me to close the company, and I agreed.
25    Q    Okay.  That doesn't really answer my question,
```

1    though.  Did you ever authorize anyone at UGL to sign

2    your name on e-mail correspondence?

3    A      No.

4    Q      So would it be fair to say it is surprising to you

5    to see that somebody would sign your name on an e-mail

6    correspondence without your authorization?

7    A      This is the first time I saw this e-mail.

8    Q      Okay.  So not concerning to you; is that correct?

9    A      This business has stopped for almost two years.  No

10   matter how I am concerned now, it doesn't seem matter.

11   Q      Okay.  Well, if you go down to the bottom of the

12   page, and we look at the e-mail that that is responding

13   to.

14           It says it is from someone named Mariana G,

15   and I probably mispronounced that name, but the domain

16   for the e-mail address is lloydslaw.com.  And the e-mail

17   says:

18           "Dear Sirs, we act on behalf of our client at

19   MetaQuotes Software Corp.  Despite our client's repeated

20   requests, you have failed as of today to comply with the

21   terms of the software license agreement dated 4

22   September, 2017.  Between our client and your company,

23   the agreement, you have repeatedly breached the terms of

24   the agreement and failed to provide satisfactory

25   explanations in this respect despite having repeatedly

 1    requested to do so."

 2            THE COURT:  Slow down, please.

 3            MR. PARKHURST:  Yes, Your Honor.

 4                 Continuing on in the e-mail, it says:

 5                 "In support of the above, we note the

 6    following:  One, you have provided to MetaQuotes forged

 7    company and white label documents which constitutes

 8    misrepresentation and potentially a criminal offense."

 9                 And scrolling down to 2.

10                 "Your license with CYSEC has been revoked for

11    reasons that we are not aware of.  Furthermore" --

12            THE COURT:  Just be mindful that the interpreter

13    has to interpret, please.

14            MR. PARKHURST:  Apologize, Your Honor.

15                 "Furthermore, despite the revocation of your

16    license, you have continuously misrepresented to the

17    public that you are a complied, duly licensed with

18    CYSEC."

19            THE COURT:  We are going to have to have a

20    question at this point.

21            MR. PARKHURST:  Yes, Your Honor.

22    Q     What I am getting at, Mr. He, these are serious

23    allegations that were received at the e-mail address

24    peter@uglexchange.com; correct?

25    A     UGL has never received any notice from the CYSEC.

1   UGL has never received any complaints.  And I don't run

2   the company.  I am only a shareholder.

3   Q      Okay.  But the statements I have read to you so far

4   that e-mail, do they give you any cause for concern as

5   the shareholder of UGL?

6   A      Because what you just said says that public website

7   says there is no such information.  UGL has a good record

8   on CYSEC regulation websites.  I am only paying.  But it

9   doesn't cause me any loss what you just mentioned.

10          THE COURT:  Let's move on to another subject,

11  please

12  Q      BY MR. PARKHURST:  Did MetaQuotes ever ask you to

13  meet with them in Cyprus?

14  A      Yes.

15  Q      Do you recall when they asked you to meet with them

16  at Cyprus?

17  A      I can't recall.  I don't recall it properly.

18  Q      And did you make a trip to Cyprus to meet with

19  MetaQuotes personnel?

20  A      No.

21  Q      So at the time around December, 2020, would you

22  agree with me that it appears MetaQuotes software

23  terminated the license with UGL not that UGL decided to

24  end its license agreement?

25  A      This I am not aware?  I just know somebody ask

```
 1    me -- nobody notified me to keep paying.

 2    Q      Have you ever done business under the name Peter?

 3    A      Yes, I have.

 4    Q      And what were those instances?

 5    A      I'm sorry?

 6    Q      What were the instances in which Mr. He had used

 7    the alias Peter to do business?

 8    A      I don't remember.

 9    Q      Have you ever used the name Peter to to business in

10    connection with UGL?

11    A      Not to my knowledge.

12    Q      Would it be fair to say that Peter is a common

13    alias you use for conducting business?

14    A      This I don't know.

15    Q      Have you ever used an e-mail address

16    peter@MetaQuotesMT5.com?

17    A      No.

18    Q      Do you know whether anyone else has?

19    A      No, I don't know.

20    Q      You started the company called Standard Fintech

21    Consulting; correct?

22    A      Yes.

23    Q      And is that company still in business?

24    A      I left the company last Monday.

25    Q      Yes.  But the company itself is still in existence;
```

```
 1   correct?

 2   A     I don't know after I left.

 3   Q     Do you have any contact with the current owners of

 4   the SFC?

 5   A     Yes.

 6   Q     And who is the owner of SFC?

 7   A     Sumao Wang.

 8         THE COURT:  Spell it please.

 9         THE WITNESS:  The last name is W-A-N-G, the first

10   name is S-U-M-A-O.

11         THE COURT:  How much longer do you have on

12   cross-examination?

13         MR. PARKHURST:  Your Honor, I would hope 10 to 15

14   minutes.

15         THE COURT:  All right.

16   Q     BY MR. WILLIAMS:  How many employees does SFC have?

17   A     There is -- there should be none after I left.

18   Q     You were the only employee at the company?

19   A     Yes.

20   Q     So Sumao Wang -- I'm sorry if I mispronounced

21   that -- doesn't participate in the management or

22   operation of SFC at all?

23   A     I'm sorry.  Can you repeat your question?

24   Q     So Sumao Wang, the owner of SFC, doesn't

25   participate in the management or operation of SFC at all?
```

```
 1   A     I am only responsible for the American part.

 2   Q     So it was Sumao Wang that terminated you from the

 3   business; correct?

 4   A     Yes.

 5   Q     Were you told why you were terminated?

 6   A     No.

 7   Q     Were you terminated via e-mail?

 8   A     No.  Phone call.

 9   Q     And SFC does business out of an office space at the

10   address 3300 Irvine Avenue, Suite 220, Newport Beach,

11   California; correct?

12   A     We used to be.

13   Q     So it no longer utilizes the office space?

14   A     The rental agreement is due.

15   Q     Okay.  But is the business still there as of today?

16   A     I don't know after I left.

17   Q     And you stated in your declaration that SFC

18   operates through a website called PWallace.com; is that

19   correct?

20   A     Yes.

21   Q     Did you make that website?

22   A     The shareholder did.

23   Q     Do you know whether that website is still active

24   today?

25   A     I don't know after I left.
```

| | |
|---|---|
| 1 | THE COURT:  Please tie your questions to as of |
| 2 | Monday when you left, please |
| 3 | MR. PARKHURST:  Yes, Your Honor. |
| 4 | Q   So Monday would have been the 18th; correct? |
| 5 | A   Last Monday, I am not sure. |
| 6 | Q   Well, I will just note for the record that last |
| 7 | Monday was April 18th.  So if I had logged into |
| 8 | PWallace.com on April 5th at 5:02 p.m., would the website |
| 9 | have still been live? |
| 10 | A   Based on last Monday, should be the 8th. |
| 11 | THE COURT:  The question has to do with a date of |
| 12 | April 5th when you would have still been there by your |
| 13 | account. |
| 14 | The question is would the website have been |
| 15 | operational on April 5th when you were there? |
| 16 | THE WITNESS:  Yes. |
| 17 | Q   BY MR. PARKHURST:  What about on April 8th at |
| 18 | 12:39 p.m., was the website active then? |
| 19 | A   I don't know. |
| 20 | Q   Was the PWallace website the primary method by |
| 21 | which SFC got new business? |
| 22 | A   Yes. |
| 23 | A   Yes. |
| 24 | Q   How often did you check the website when you were |
| 25 | working for SFC? |

```
 1   A     Every day.

 2   Q     Did you log into the website on April 8th?

 3   A     So can you clarify the April 8th as the Beijing

 4   time or the American time?

 5   Q     Were you in Beijing on April 8th?

 6   A     I left the company April 8th Beijing time.

 7   Q     April 8th.  Not April 18th?

 8   A     Yes.  April 8th.

 9        THE COURT:  Let me just seek clarification.  So,

10   Mr. He, I will tell you that this past Monday was

11   April 18th.  Last Monday, that is the Monday before that

12   date was April 11th.  Did you testify that you left last

13   Monday which would have been presumably April 11th, or

14   did I misunderstand?

15        THE WITNESS:  What is the date today?

16        THE COURT:  What is today's date?

17        THE WITNESS:  Yes.

18        THE COURT:  Today is the 22nd.

19        THE WITNESS:  It is April, so it should be

20   April 11.

21        THE COURT:  All right.  Let's please bring this to

22   a close.

23        MR. PARKHURST:  I can move on, Your Honor.

24   Q     Last topic I want to get to, Mr. He, Li Wen Peng,

25   how did he first reach out to you about setting up the
```

```
 1    company's MetaQuotes software corp and FXCA in
 2    California?
 3    A      Is through a manager, manager.
 4    Q      So he didn't reach out to you directly.  Did he
 5    reach out through a manager?
 6    A      So is Johnson, so he is the boss of the company.
 7    Q      Okay.  And did he reach out to you through the
 8    e-mail address that is provided on the SFC website the
 9    PWallace.com?
10    A      No.  He added me to my chat app through Mr. Jian.
11    Q      And what is that chat app?
12    A      Telegram.
13    Q      And do you still have a record of him reaching out
14    to you through that chat app?
15    A      I have his contact.
16    Q      Do you have -- have you ever e-mailed with Li Wen
17    Peng directly?
18    A      Chinese don't use e-mail often.
19    Q      Have you ever communicated with Li Wen Peng over
20    the phone?
21    A      The phone call through the chat app.
22    Q      So you have spoken to Li Wen Peng over the phone
23    through the chat app.  Is that what your testimony is?
24    A      Yes.
25    Q      Have you ever met him in person?
```

```
 1   A      No.

 2   Q      Have you ever communicated with him over a video

 3   chat?

 4   A      No.

 5   Q      To your knowledge, has he ever come to the United

 6   States?

 7   A      I am not sure.

 8   Q      The license that we looked at earlier defense's

 9   Exhibit D, do you recall when you first received a copy

10   of the license?

11          If you don't have it, I can -- just so the

12   record is correct.

13          THE CLERK:  Exhibit what, counsel?

14          MR. PARKHURST:  Exhibit D, defense's Exhibit D.

15          THE WITNESS:  Yes.  I received a copy.

16   Q   BY MR. PARKHURST:  Do you recall when you received

17   this copy?

18   A      When we signed the contract.

19   Q      And which contract was that?

20   A      The contract where he authorized me to sign up

21   these two companies and to help him rent a place.

22   Q      And did he send you a copy of the identification

23   card via e-mail?

24   A      I'm sorry?

25   Q      The copy of the identification card.  How did you
```

1   receive that copy?

2   A       It is all through the chat app.

3   Q       And does that chat app keep a record, a time stamp

4   of when something is sent and received?

5   A       Telegram doesn't keep the record.

6          THE COURT:  And, counsel, just remind you that you

7   are about 20 minutes into your 10 to 15 minute estimate.

8   A lot of this really has been by way of discovery and

9   somewhat collateral.  So please focus and wind down.

10         MR. PARKHURST:  Yes, Your Honor.

11  Q       So as of -- and this is my last series, Your Honor.

12  As of June, July of 2021, you were aware of the company

13  MetaQuotes Software Corp.; Correct?

14  A       I'm sorry.  Can you repeat your question?  I don't

15  understand what you are asking.

16  Q       I can ask one question before that that gives you a

17  little more background.  You started the company

18  MetaQuotes Software Corp. in June of 2021; correct?

19  A       Yes.

20         MR. CHUCK:  Objection.  Misstates testimony.

21         THE COURT:  He has answered the question yes so it

22  is overruled.  I think it might, but he answered yes so I

23  am going to overrule.

24  Q       BY MR. PARKHURST:  To put a finer point on it, you

25  incorporated the business MetaQuotes Software Corp. in

1  June of 2021; correct?

2  A     I received the authorization to assist to set up

3  these two companies.  I don't have any control over these

4  two companies, and I am not the owner and I am not the

5  officer.

6  Q     And that was when he asked you to open those

7  companies, that was June of 2021; correct?

8  A     I recall it was in May.

9  Q     The May, June timeframe is when you were asked to

10  start those two companies, and you did start the

11  MetaQuotes Software Corp. in California; correct?

12  A     I fulfilled my obligation to help the client set up

13  these two companies.

14  Q     Okay.  As of July of 2021, you also incorporated

15  with the State of California the business FXCA Markets

16  Limited; correct?

17  A     That was also part of the contract.  I am only

18  fulfilling my contractual obligations.

19  Q     At the time you formed those two companies, you

20  were aware of a company named MetaQuotes Software Corp.

21  from your time at UGL; correct?

22  A     (Unintelligible) was have different companies in

23  different countries.  He said he is going to be the

24  agent.  I checked.  There was no other name.  That is why

25  I can register successfully.  I am only fulfilling my

1    obligation.

2    Q     So at the time Li Wen Peng asked you to form

3    MetaQuotes Software Corp. in California, you knew

4    MetaQuotes existed in Cyprus because of your dealings at

5    UGL; correct?

6    A     Yes, I know.

7    Q     Were you aware that MetaQuotes Software Corp. had a

8    trademark on that night as of the time Li Wen Peng asked

9    you to form a company by the same name?

10   A     I don't know if they have any trademark in the US.

11   I only check the company's name to see if there are other

12   companies that have the same name.

13   Q     Did it concern you at all that somebody you never

14   met before was asking to start a company in California in

15   the same name as a company you had already done business

16   with at UGL?

17   A     I am doing what I am supposed to do.  When I

18   checked the name, there was no problem, no similar or the

19   same name.  Otherwise, I won't register successfully.

20         MR. PARKHURST:  That is all I have, Your Honor?

21         THE COURT:  Any redirect?

22         MR. CHUCK:  Just three questions, Your Honor.

23             ///

24                  REDIRECT EXAMINATION

25   BY MR. CHUCK:

1    Q      Mr. He, is Peter a common name for Chinese people

2    to use as an English name or American name?

3    A      Yes.  Chinese use it a lot.

4    Q      Did you ever reach out to Mr. Suzu to say you were

5    a developer as Peter?

6    A      No.

7    Q      And how many employees were did SFC have, Standard

8    Fintech Consulting have in 2021?

9    A      Just myself.

10         MR. CHUCK:  Okay.  Thank you.

11         THE COURT:  Anything further from this witness?

12              Very well.  You are excused, sir.  Please

13   watch your step going down.

14              Any further evidence for the defense?

15         MR. WILLIAMS:  No, Your Honor.

16         THE COURT:  All right.  So the matter at least

17   stands submitted for argument, and let me hear briefly

18   from both sides starting with the plaintiffs.

19         MR. SCHECHTER:  Thank you, Your Honor.

20         THE COURT:  And what would be helpful to the Court

21   is if you would assume for purposes of this question that

22   I find that Mr. He was involved, not just with creating

23   the companies but, in fact, with dealing with the --

24   participating in what appears to be a fraud.  Tell me

25   how, based upon your claims, I should find in your favor.

 1              You shouldn't assume that I have concluded

 2    what the assumed portion of my question is.

 3              MR. SCHECHTER:  Well, Your Honor, I think

 4    obviously a preliminary injunction it is likely to

 5    succeed on the merits.  Admittedly, a lot of the evidence

 6    in this case is circumstantial as was testified to by the

 7    witnesses.  I do think there is that circumstantial

 8    evidence altogether paints a fairly clear picture.

 9              There were invoices and documents sent to or

10    signed by Mr. Suzu/FXCA that had the MetaQuotes logo or

11    name on it.  Those were not authentic or actual bills or

12    licenses as Mr. Georgiades testified to.

13              FXCA has, of course, has no presence or any

14    connection or anything here in the United States, and Mr.

15    Suzu did testify as to why there was a passport photo

16    that he sent to an individual for identification.

17              We have Mr. Suzu testifying that he spoke to

18    this developer named Peter.  We do have the e-mail

19    address, Peter at UGL Exchange with Mr. Jian He's name on

20    it, his signature signing those e-mails.  He has admitted

21    that he has used the name Peter in conducting business.

22    I recognize he says not with either of those two

23    companies to which I would say that is somewhat

24    convenient.

25              He had involvement with UGL in terms of

1    setting it up, signing documents, receiving the bills,

2    receiving invoices.  These are bills and invoices from

3    the MetaQuotes company in Cyprus that are not available

4    to the public.  They are not public knowledge.  They are

5    not publicly accessible.

6              This, of course, would give Mr. He information

7    and understanding of how these invoices would look or how

8    those agreements would be drafted and, then, to use those

9    in terms of communicating with in this case FXCA and Mr.

10   Suzu to try and gain their business and get money from

11   them.

12             He was familiar obviously with MetaQuotes in

13   Cyprus.  We had Mr. Georgiades testify that multiple

14   contacts with their servers, with their help desk came

15   from a Jian He.  It came from an IP address located in

16   Cyprus.  Granted, obviously, over e-mail, there is no way

17   to -- or online there is no way to see Mr. He, but, if it

18   is not him, it is certainly someone who would have access

19   to his password information that was provided to him so

20   that he, through 4UGL, could access and contact

21   MetaQuotes Software Company in Cyprus.

22             Neither MetaQuotes or FXCA has authorized any

23   third parties or agents or anyone to do business here in

24   California or the United States to set up any sort of

25   corporations.  I do think it is telling that we have this

1   information about this Wen Ping Li who was supposedly the

2   individual who contacted Mr. He, asked him to set up

3   these companies, asked him to do all these things, and we

4   have a declaration that was submitted as part of the

5   opposition papers to the TRO by the defense.

6          Mr. Li is not present before this court.  He

7   has never appeared in this court.  Mr. He has admitted he

8   is not present to be crossed by the plaintiffs.  We have

9   no idea if he is able to read English, to write English.

10  We have no idea how this declaration was prepared if he

11  even knows what it said, who wrote it for him.

12  Apparently, even the communication was through a third

13  party to begin with.  It appears we are not sure if he

14  has ever been in the United States.

15         And according to Mr. He's testimony, the this

16  Telegram app where everything was conducted doesn't

17  maintain records or time stamps.  It doesn't sound like

18  he has maintained the communication logs so we have no

19  way of verifying any of this.  For all we know, this

20  Mr. Li is a ghost in the wind.  We do have his ID photo.

21         THE COURT:  Let me see if I can boil it down a

22  little bit.

23         MR. SCHECHTER:  I'm sorry.  Go ahead, please.

24         THE COURT:  If I believe Mr. He's testimony, then

25  I should rule in the defense's favor.  If I credit what

 1    he tells the Court which is that he simply opened up

 2    these, I will call them sham companies, that these mirror

 3    companies, and was simply doing a service for which he

 4    was paid, he otherwise had no other involvement.

 5              Obviously, he should win; correct?

 6         MR. SCHECHTER:  If the Court is going to take

 7    Mr. He at his word that he had truly no involvement, yes,

 8    I think the Court would have to do that.  I don't think

 9    that is what the evidence points to.

10         THE COURT:  No.  I appreciate that.  Now, let's

11    say I reached the opposite conclusion, that he was

12    involved, point to the claims and the evidence that would

13    show he violated the laws that you are relying upon in

14    your pleading.  You are largely bringing a claim for

15    trademark infringement and other violations of your

16    client's trademarks; correct?

17         MR. SCHECHTER:  Yes, Your Honor.  I would say,

18    certainly, obviously, representing himself and putting

19    himself out there as some sort of agent or doing business

20    as MetaQuotes Software in terms of fraud.

21              Obviously, the invoices and the license

22    agreement that has the MetaQuotes and MetaQuotes Software

23    logo on it that were not MetaQuotes documents so they are

24    using those marks, those symbols in documents that were

25    not from the company.

```
 1              THE COURT:  And just to be clear, first, there is
 2    no fraud claim.  You opted not to bring a fraud claim.
 3              MR. SCHECHTER:  There is the UCL, the fraud
 4    allegation in the UCL state claim.
 5              THE COURT:  All right.
 6              MR. SCHECHTER:  But in terms of federal, I think
 7    it was the false advertising and the trademarks.
 8              THE COURT:  And what you are relying upon in terms
 9    of at least the written documentation for trademark
10    infringement would be in Exhibit 1, there is a licensing
11    agreement which purports to come from MetaQuotes and your
12    client has a trademark with regard to MetaQuotes as
13    depicted on this license?
14              MR. SCHECHTER:  Correct, Your Honor.
15              THE COURT:  And with regard to Exhibit 2, there is
16    no claim of a trademark violation in connection with that
17    document, or is there?
18              MR. SCHECHTER:  I think the testimony from
19    Mr. Georgiades is that the MT4 and MT5 are trademarked.
20    It does not have the MetaQuotes, the logo itself.
21              I do think it is important to mention just one
22    side note there, the Standard Fintech Consulting, a
23    company that Mr. He has acknowledged was his company, he
24    is now -- this Fintech invoice that is being sent to FXCA
25    for products at that time that were no longer in
```

1   existence.

2         Of course, there is that third party agreement

3   between UGL and Standard Fintech that they would be

4   paying the bills for MetaQuotes.  And, again, this is

5   Mr. He saying he is the one --

6         THE COURT:  But that really supports essentially

7   what I am referring to as your fraud claim, and when I

8   say fraud, that would include claims that in pursuit of

9   the fraud there were also trademark violations.

10        MR. SCHECHTER:  Correct, Your Honor.  The other

11   one would be Exhibit 3 were the bills, the e-mails that

12   were received.  They didn't have the MetaQuotes logo on

13   there albeit from the wrong e-mail address.

14        THE COURT:  And I do recall that.  So it would be

15   from those two documents, at least where there was an

16   alleged violation of your client's trademark rights.

17        MR. SCHECHTER:  Yes, Your Honor.

18        THE COURT:  All right.  Anything further, counsel?

19        MR. SCHECHTER:  Unless the court has other

20   questions, no, Your Honor.

21        THE COURT:  I do not at this point.

22            I will hear from the defense.

23            Mr. Chuck, would you agree with Mr. Schechter

24   that if I find for your client to be credible, I should

25   find for your client on this matter; correct?

1           MR. CHUCK:  Yes, I agree, Your Honor.

2           THE COURT:  Would you also agree the converse is

3    true as well?  If I find your client not to be credible

4    that I should grant this motion?

5           MR. CHUCK:  I would not, Your Honor.

6           THE COURT:  Let me elaborate further which is not

7    to say that I have reached this conclusion.  We will have

8    this discussion momentarily, but if I find that your

9    client is not credible that, in fact, there either is no

10   Mr. Lee or Mr. Lee is nothing more than a creation of

11   your client in furtherance of a scheme to defraud the

12   MetaQuotes by faking identity and ultimately entering

13   into an arrangement deceptively with Mr. Suzu in order to

14   obtain money as if Mr. Suzu was stealing with the word

15   MetaQuotes, your client at that point should lose;

16   correct?

17          MR. CHUCK:  Well, first, that would -- to win on a

18   trademark infringement claim, there has to be

19   documentation here of an actual trademark infringement.

20   What we have is some e-mails that look like they were

21   from MetaQuotes but also invoices that make it clear that

22   whoever Mr. Suzu was dealing with, it was not MetaQuotes.

23          THE COURT:  All right.  So the only -- I don't

24   want to put words in your mouth, but I do want an answer

25   to my question.  So the answer would be that I shouldn't

```
 1   find in favor of the plaintiffs even if I conclude your
 2   client is not credible in the way I described because
 3   there is no evidence of a trademark violation?
 4        MR. CHUCK:  At least there isn't a clear showing
 5   of a high likelihood of success.
 6        THE COURT:  Okay.  So let's say that I conclude
 7   that your client was fundamentally instrumental in
 8   preparing the license which is Exhibit 1 which contains
 9   MetaQuotes as well as its logo.
10          Would that be a trademark violation?
11        MR. CHUCK:  It may be, but it is hard to tell
12   without knowing exactly when that was sent, what was said
13   around it, what did they represent this agreement was.
14        THE COURT:  Let me make it easy for you.  If I
15   were to conclude that your client misrepresented to
16   Mr. Suzu that essentially he represented the real
17   MetaQuotes and was going to send a license agreement on
18   behalf of MetaQuotes and then sent Exhibit 1 with
19   MetaQuotes at the top prominently with their logo and
20   that logo and name repeated on virtually every page if
21   not every page of this document, is that a trademark
22   violation?
23        MR. CHUCK:  If that was taken in isolation, I
24   could see that.  However, I do note that Mr. Suzu
25   testified that even from -- if he did hear from someone
```

1    called Peter, Peter told him he was not an employee or a

2    representative of MetaQuotes and, two, even this license

3    agreement is not in isolation.  It came along with

4    apparently an invoice that was very clear that whoever

5    Mr. Suzu was dealing with, it was not MetaQuotes.

6            THE COURT:  So is it your position that someone

7    can represent to someone that they are not an employee or

8    an agent of MetaQuotes and yet still use MetaQuotes on a

9    licensing agreement with their logo as long as they say

10   they are not with MetaQuotes?

11            Is that your position?

12       MR. CHUCK:  My position, Your Honor, is that the

13   standard is whether there was a likelihood of confusion.

14   So all of the documents and communications need to be

15   taken into account together.

16       THE COURT:  And wouldn't a reasonable person be

17   somewhat confused if receiving a license agreement that

18   says MetaQuotes with a logo from MetaQuotes that also has

19   the licensor as MetaQuotes Software Corporation with the

20   director's name of MetaQuotes Software Corporation, might

21   that not cause a reasonable consumer to be confused and

22   think that this licensing agreement was with MetaQuotes?

23       MR. CHUCK:  I agree with that, Your Honor.  I just

24   meant, for example, if someone sent this but with an

25   e-mail saying this is not a real MetaQuotes invoice, do

```
 1   not think that this is, then you would say there isn't a
 2   likelihood of confusion.
 3        THE COURT:  So is it your view that you could use
 4   someone else's trademark as long as you disclosed to
 5   them, disclosed to the person you are dealing with that,
 6   in fact, it is fake?
 7        MR. CHUCK:  My understanding is that the test
 8   requires there to be actual confusion.  So if no
 9   consumers were actually confused, then there wouldn't be
10   trademark infringement.  There might be some other claim.
11        THE COURT:  The test is likelihood of confusion
12   first of all, is it not?
13        MR. CHUCK:  I may have misspoken but yes.  But
14   there would also be no likelihood of confusion if there
15   was some clarity as to --
16        THE COURT:  Let's move on to Exhibit 2.
17        MR. CHUCK:  Yes.
18        THE COURT:  Is it just coincidental that this
19   invoice came from Fintech, and your client was associated
20   with Fintech or was?  Is that coincidental?
21        MR. CHUCK:  Well, what I think -- we don't really
22   know the provenance of this invoice.  What we do know is
23   that SFC was contacted by someone called Li Wen Peng,
24   presumably Li Wen Peng would also know, may have used
25   Fintech's name for the invoice.
```

1    THE COURT:  And what evidence is before me to

2    suggest that remarkable coincidence?

3    MR. CHUCK:  There isn't any direct evidence, Your

4    Honor, but at the same place there is no evidence that

5    Mr. He sent or created this invoice either.

6    THE COURT:  Well, what is the Court to make of the

7    fact that your client clearly was well aware of the real

8    MetaQuotes.  This person out of the blue sends a check to

9    him and says I would like to create a company called

10   MetaQuotes.  And he now knows that there is a real

11   MetaQuotes.  He claims that he believed that he had to do

12   some due diligence.

13        Wouldn't that in a reasonable person's mind

14   raise some suspicions as to whether there was fraud going

15   on here?

16   MR. CHUCK:  Well, my understanding is that my

17   client testified that he was told that Li Wen Peng was an

18   agent of MetaQuotes or was going to be a third party

19   agent or distributor.  I understand MetaQuotes says that

20   they do not use third party agents, but that is not

21   something that an average person would know.

22   THE COURT:  And explain that to me.  So someone

23   comes to your client, he doesn't know this person, never

24   heard of him before, he gets a picture of him, doesn't

25   ever speak to him on the phone as I recall, or did he say

1   he did.  He did speak with him on the phone, he never saw

2   him by video is what he testified.  So he knows very

3   little about the person, and the person just simply

4   represents, assuming this is even true, that he is an

5   agent or going to be an agent and so I want to open up a

6   company that has the very same name as the real

7   MetaQuotes.

8          You don't think that warrants at least some

9   further follow-up to see whether it is true or not?

10      MR. CHUCK:  Well, my understanding is he did

11  obtain -- he did search through and make sure that

12  MetaQuotes was not operating in the US and didn't have a

13  US company already.

14      THE COURT:  That is not really the point of the

15  question if I wasn't clear.

16          The point is whether the circumstances were

17  sufficiently suspicious to put your client on notice,

18  assuming this was even factually what happened, that he

19  was dealing potentially with a fraudster if he himself

20  wasn't the fraudster.

21      MR. CHUCK:  Well, first, I don't think there is a

22  claim against my client for that, nor am I aware of any

23  particular liability he would have for doing that.  But

24  my client is not a trademark lawyer.  And he did what --

25  he did just the basic requirements which was just to

```
 1    check no other company with this name is in the US.

 2         THE COURT:  Here is what the Court is driving at

 3    if I am not clear is not whether he has legal liability,

 4    but rather whether I believe him.  That is, all of a

 5    sudden, this person comes out of the blue who you don't

 6    know, says I wants to open up a company with whom you

 7    have done business and arguably which ended on a bad note

 8    but with whom you did business frequently so you know the

 9    company, you know some of the players in the company, and

10    they say, look, I want to open up a company that has a

11    duplicate name in California.

12              So all do you is check is there a name like

13    this in California, and so you say, sure, fine, I will go

14    ahead and look to incorporate it.

15              I am having a hard time finding that to be

16    very credible.

17         MR. CHUCK:  Well, I would just would like to point

18    out for Your Honor that it seems me client Mr. He, he had

19    a company in the foreign exchange kind of markets, and

20    MetaQuotes is the biggest company in that markets.  So he

21    seems like he does have contacts involved in this

22    industry.  So it wouldn't be that surprising that the

23    kind of personal connections he has or people to reach

24    out to help him set up these things would have contact

25    with MetaQuotes.
```

1    THE COURT:  But the point is he could have reached

2    out to the real MetaQuotes to find out whether they had

3    authorized a mirror name in California being

4    incorporated, couldn't he have?

5    MR. CHUCK:  MetaQuotes is a large corporation.  I

6    don't know if -- it would be like me trying to e-mail

7    Microsoft.

8    THE COURT:  Let's turn to Exhibit 6.  Exhibit 6

9    appears to be an exchange between your client and

10   MetaQuotes.  Is that correct or not correct?

11   MR. CHUCK:  I believe that was from the time he

12   was at UGL, and I think my clients stated that he didn't

13   have access to that UGL company e-mails anymore.

14   THE COURT:  Let's say I just don't believe that,

15   particularly since he indicates that he did -- he was

16   asked to go meet with the company and he was not able to

17   do so.  And I see Peter in the e-mail address which would

18   be fairly coincidental that he goes by the name Peter.

19   It happens to be in the e-mail address, and I conclude

20   that in fact this was your client.

21         He is able to e-mail and have an e-mail

22   communication.  Is he not with people in MetaQuotes, has

23   dealt with people in MetaQuotes?

24   MR. CHUCK:  Yes.  That is my understanding is in

25   the past he had -- I do not know whether he still kept

```
 1   that up or cut off contact with that in 2021 when this
 2   was occurring or and, you know, whether or not he had any
 3   obligation to.
 4           THE COURT:  All right.  Those are the questions
 5   that I have.  If you wish to sum up, you can.
 6           MR. CHUCK:  Well, I just want to point out that
 7   the question, the main question for the Court is did
 8   Mr. He send those allegedly infringing e-mails and
 9   invoices.  And Mr. He has his -- says it wasn't him, but
10   I do want to point out that Mr. He has presented
11   extensive documentary evidence supporting that including
12   judicially noticeable public records.  He has submitted
13   the actual Secretary of State filings, contracts, stock
14   certificates and, as pointed out, IDs.
15           And I want to note that, on the other hand,
16   plaintiff's story is only supported by unsupported
17   declarations, and --
18           THE COURT:  Well, let me just stop you for a
19   moment because the Court is considering the evidence
20   before it which is the viva voce, the live testimony that
21   the Court just heard.
22           MR. CHUCK:  And I do want to note for that live
23   testimony both Mr. Georgiades and Mr. Suzu confirmed that
24   they had no personal knowledge that it was Mr. He that
25   sent those documents, those e-mails.
```

1          Mr. Georgiades said that, well, he assumed it

2    must have been Mr. He because Mr. He was a prior customer

3    of MetaQuotes.  MetaQuotes has hundreds of thousands of

4    customers.

5          THE COURT:  To the extent that this is helpful,

6    there is no direct evidence.

7          MR. CHUCK:  There is no direct evidence, yes.

8          THE COURT:  There is circumstantial evidence.

9    There is no direct evidence.

10          MR. CHUCK:  Yes, that's correct.  And, on that

11    point, on the one hand, we have no direct evidence from

12    plaintiffs that Mr. He was informed and plenty of direct

13    evidence that Mr. He was not involved.

14          It seems that plaintiffs were convinced it

15    must have been Mr. He because Mr. Georgiades and Mr. Suzu

16    said they saw his name on some incorporation documents,

17    but the actual incorporation documents show that the only

18    way Mr. He appeared was as agent for service of process.

19          I understand how for a nonlawyer reading a

20    foreign language they could confuse that into thinking

21    Mr. He had a larger involvement than he did, but --

22          THE COURT:  The issue before the Court is not what

23    either Mr. Georgiades or his lawyers suspect or think,

24    but whether I am persuaded by the evidence given the

25    applicable standard, that, in fact, it was your client

1    and not this Mr. Li who was really involved in what I am

2    referring to as a fraud.  And I am doing that because I

3    think even your co-counsel acknowledged that the facts

4    alleged are fraud in our prior colloquy.

5         MR. CHUCK:  Yes.  So, well, I will just sum it up.

6              Essentially, what I want to point out overall

7    is that plaintiff's burden is to present a crystal clear

8    showing of a high likelihood of success, and, here, there

9    is a muddy puddle at best.  There is evidence on both

10   sides, and most of the documentary evidence shows that

11   Mr. He was not involved.

12             The only -- plaintiff didn't really submit

13   any -- maybe we go back a little bit.  For a fraud claim,

14   plaintiffs have to allege the who, what, where, when, why

15   of at least one communication, an actual

16   misrepresentation.

17             The only one in the record that is an e-mail

18   that was allegedly sent from Cyprus, and we know that it

19   cannot have been Mr. He because he was not in Cyprus.

20        THE COURT:  Well, didn't that argument really get

21   deflated especially if I conclude that the Exhibit 6 was

22   sent by your client?

23        MR. CHUCK:  Well, not entirely.  First of all,

24   Exhibit 6, I think is I believe an e-mail from Mr. He

25   saying, no, I can not meet you in Cyprus, I am in the US

```
 1    and I am not leaving.
 2           THE COURT:  Maybe I am misreferring to the
 3    exhibit.  There is an exhibit I believe where he had a
 4    Cyprus address; correct?
 5                Assume that is what the evidence shows.
 6           MR. CHUCK:  Yes.  So I am looking at Exhibit 6,
 7    and he is saying I am stuck in America, I can not see you
 8    in Cyprus.  But I will assume that is what it says, but
 9    the point is we have submitted judicially noticeable
10    Department of Homeland Security website printouts that
11    confirm that Mr. He was not left the country since 2017.
12    So it cannot have been him.
13           THE COURT:  So you are saying that if someone uses
14    an address from a different country, they necessarily
15    have to be at that location.  That is the presupposition;
16    correct?
17           MR. CHUCK:  If an e-mail was sent, and this is
18    what plaintiff's own testimony was that e-mails were sent
19    from Cyprus, then that person had to have been in Cyprus.
20           THE COURT:  Is there any evidence before the Court
21    that in order for a person to use a Cyprus address, they
22    must be located in Cyprus at the time.  Is there any
23    evidence before me that says that?
24           MR. CHUCK:  Well, we have Mr. Georgiades, and I
25    believe that is what he stated.  And, if there isn't,
```

1    then on the same vein, plaintiffs don't have any evidence

2    to show that the e-mails were sent from anywhere other

3    than where they were supposed to be.

4            THE COURT:  All right.  Please conclude.

5            MR. CHUCK:  Okay.

6            THE COURT:  I will give you one more minute.

7            MR. CHUCK:  I just want to point out really

8    quickly that what the record currently is, is that there

9    is an e-mail that could not have been sent by Mr. He and

10   an invoice that was sent before the trademark.  But for

11   the reasons that were stated here and the other arguments

12   in the filings which I note that there are also

13   additional issues in that there was lack of mandatory

14   notice to all affected parties which is required before a

15   PI can be entered and lack of irreparable harm.  Mr. He

16   respectfully requests the Court to deny the PI.

17           THE COURT:  Thank you, counsel.

18            Let me hear with respect to -- from the

19   plaintiffs with respect to the discovery and other issues

20   that are outstanding.

21            The Court is inclined to grant the preliminary

22   injunction.  I don't find Mr. He to be at all credible.

23   The circumstantial evidence, in this Court's judgment,

24   substantially contradict what I was hearing from Mr. He,

25   and just my interpretation of his testimony observing his

1    demeanor, much of his demeanor was, in my view, and the

2    substance of his testimony, quite self-serving and not

3    credible.

4              So, in my view, looking at the evidence

5    itself, looking at his demeanor, I simply don't find him

6    to be credible.  I believe that Mr. He was the person

7    behind this entire scheme.

8              Having said that, where does that leave us

9    with regard to discovery and the other issues beyond the

10   core aspect of the injunction itself?

11        MR. SCHECHTER:  Your Honor, we did receive the

12   report for Mr. He pursuant to the TRO I think it was last

13   week.  It indicated a few bank accounts, some with Chase,

14   two with Bank of America.  Chase has provided us some

15   information including it does appear that one of the bank

16   accounts that was listed on the e-mail in Exhibit 3 is a

17   bank account that has been frozen by Chase.  Bank of

18   America initially did not have any record of the accounts

19   under Mr. He's name.  We provided the two account numbers

20   after we received those.  Those accounts have been frozen

21   by Bank of America and their -- further information

22   pursuant to the TRO would be received by us on Monday

23   which would be the fifth business day.

24             Mr. He's statement did not provide any other

25   companies or anything that he was involved in so,

1    obviously, there is no one we can send to from that

2    perspective.  With respect to the MetaQuotes corporate

3    defendant and the Peijie Liu, they have not been served.

4    And this was an issue I was hoping to raise with the

5    Court so I will take this opportunity.  Mr. Li's papers

6    indicate that they are in China, both the corporation and

7    Mr. Liu.

8              Our process server who has attempted to serve

9    the papers at the Irvine Avenue, the Suite 220 address in

10   Newport Beach on multiple occasions, even though that is

11   still listed as the agent of service of process and the

12   business address for MetaQuotes and where Mr. Lew is the

13   agent, there has never been anybody at the address.  The

14   last time they were there, they were told by a business

15   owner in that building that there has been no one at that

16   office for months.  Although, the Secretary of State

17   website is still showing it.

18             So we were going to ask the Court if the Court

19   had any suggestions or ideas in terms of how we can go

20   about getting those two defendants served.  They were

21   both named in the TRO in terms of providing additional

22   expedited discovery once they were served.  Obviously, if

23   they are in China and we would have no idea where, that

24   would present its own set of difficulties.

25             THE COURT:  Who are the defendants that you have

 1    served?  You have served Mr. He obviously.  Anyone else?

 2         MR. SCHECHTER:  We served Mr. He, and we served

 3    Standard Fintech Consulting via Mr. He who was listed at

 4    the time as agent of service of process for that

 5    corporation.

 6         THE COURT:  So those are the only two companies

 7    that this order is going to extend to?

 8         MR. SCHECHTER:  Understood, Your Honor.

 9         THE COURT:  Do you have any basis to suggest that

10    I can extend an injunction to a company that has not been

11    served with a preliminary injunction?

12         MR. SCHECHTER:  I am not, Your Honor.  I was

13    simply really more raising the issue in terms of the

14    Court had any assistance in terms of just how to get them

15    served just for purposes of the lawsuit irrespective of

16    the restraining order.  I understand the Court's

17    position.

18         THE COURT:  Well, my position is quite simple is

19    that I am neutral, and I can't advise counsel as to how

20    to go about serving especially when there may be a

21    dispute that I will have to adjudicate.  So I can't

22    provide you with advice.

23              What I am going to have you do is provide the

24    Court with a proposed preliminary injunction.  You will

25    need to do so by no later than -- I will have you do it

1   by Wednesday morning at 9:00 o'clock of next week which

2   will be I believe on the 27th of April.

3            In the meantime, the Court is going to

4   continue the injunction that I currently have in place

5   through then with potentially being or it will be

6   modified with the proposed order that you provide.

7            I won't necessarily sign the order that you

8   provide, but I will take a look and see what the scope of

9   the relief that you are seeking including the issues of

10  discovery, expedited discovery as well as the freeze.

11           And I am going to order the parties to meet

12  and confer.  You will do so starting this afternoon while

13  you are here, to meet and confer to see if you can come

14  up with an agreed upon scope of the injunction especially

15  with regard to the freeze.

16           I have allowed $4500, and there may be a

17  request for me to allow for more.  And I am going to be

18  inclined to do so unless I have a basis not to do so.

19           So the parties are to meet and confer and

20  provide that to me by Wednesday morning.  If the Court

21  needs to speak with counsel again, I will have all

22  counsel in here again.  But let me ask Mr. -- I guess I

23  will address this to you Mr. Chuck since you are taking

24  the lead.

25           Is there any objection to my simply holding

1   the current state of the injunction in place until

2   Wednesday, and, then, if I need to address the parties I

3   will with regard to the contours of the permanent

4   injunction?

5        MR. CHUCK:  There is no objection, Your Honor.  We

6   will meet and confer regarding the carve out for living

7   expenses.

8        THE COURT:  Then with that, this matter is

9   concluded.  I will note that the court started this

10   matter at 10:00 o'clock this morning, and it is now just

11   about 3:20, and the Court did take two breaks, a

12   30-minute lunch break and a 15-minute break for the

13   criminal matter.

14            Have a good weekend everyone.  We are in

15   recess.

16        (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

```
1                           CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  May 6, 2022

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MR. CHUCK: [69]**
**MR. PARKHURST: [16]**  88/21
88/25 89/2 94/23 95/3 95/12
96/13 98/2 98/13 98/20
101/12 103/2 104/22 106/13
107/9 109/19
**MR. SCHECHTER: [53]**  4/11
6/8 6/24 7/6 8/8 11/1 11/5
12/5 13/2 16/3 17/24 18/4
18/21 21/19 31/1 31/14 31/18
31/22 36/1 36/10 37/8 37/21
38/22 40/24 41/23 42/7 44/9
46/17 48/5 49/21 50/1 50/3
50/18 53/12 54/16 73/2 73/8
110/18 111/2 113/22 114/5
114/16 115/2 115/5 115/13
115/17 116/9 116/16 116/18
130/10 132/1 132/7 132/21
**MR. WILLIAMS: [13]**  4/16 5/9
5/22 19/1 42/4 43/19 43/22
46/24 61/20 61/24 62/6 62/10
110/14
**THE CLERK: [8]**  4/3 7/7 7/24
62/13 62/21 73/18 87/3
106/12
**THE COURT: [204]**
**THE INTERPRETER: [5]**  7/15
7/22 9/24 14/21 75/12
**THE PROSPECTIVE JUROR: [1]**
7/10
**THE WITNESS: [46]**  9/1 10/17
10/20 11/20 18/10 18/13
18/17 19/21 26/17 26/19 30/5
30/7 32/16 32/23 33/12 33/17
38/14 38/17 46/3 61/17 62/15
62/18 63/4 63/7 63/21 71/21
73/21 74/22 79/13 79/18
79/21 80/3 80/6 80/10 80/14
80/20 81/1 81/6 87/15 96/11
101/8 103/15 104/14 104/16
104/18 106/14

**$**

**$110,000 [1]**  69/13
**$170,000 [1]**  69/23
**$180,000 [2]**  68/19 68/23
**$4500 [1]**  133/16
**$5,000 [1]**  68/15
**$60,000 [4]**  68/16 69/3 69/11
69/19
**$80,000 [2]**  17/4 37/6

**/**

**/s [1]**  135/12

**1**

**10 [6]**  13/20 22/6 75/20
82/20 101/13 107/7
**100 [1]**  2/17
**10:00 o'clock [1]**  134/10
**10:13 [1]**  4/2
**10th [1]**  2/8
**11 [2]**  3/13 104/20
**110 [1]**  3/10
**11th [2]**  104/12 104/13
**12 [1]**  34/4
**1200 [1]**  2/17
**12:05 [2]**  61/5 61/10
**12:35 [3]**  61/5 61/8 61/10
**12:39 p.m [1]**  103/18
**13th [1]**  13/7
**14 [1]**  47/23
**14th [1]**  13/7
**15 [3]**  60/22 101/13 107/7
**15-minute [1]**  134/12
**18 [1]**  3/13
**18th [4]**  103/4 103/7 104/7

104/11
**18th [1]**  103/5
**1:30 [5]**  60/25 61/6 62/2
84/21 86/20
**1st [1]**  1/20

**2**

**20 [2]**  60/22 107/7
**2015 [1]**  56/22
**2016 [2]**  84/11 85/9
**2017 [4]**  64/18 84/5 97/22
128/11
**2018 [1]**  58/16
**2020 [11]**  49/5 65/1 65/7
82/14 93/8 93/9 93/12 94/1
94/5 95/14 99/21
**2021 [22]**  19/22 20/9 20/10
22/9 22/12 38/7 40/2 51/6
51/18 65/3 65/8 78/10 78/11
78/13 78/14 107/12 107/18
108/1 108/7 108/14 110/8
125/1
**2022 [3]**  1/15 4/1 135/10
**21 [2]**  3/13 3/13
**22 [3]**  1/15 4/1 54/25
**22-462 [1]**  1/8
**220 [2]**  102/10 131/9
**22CV462 [1]**  4/8
**22nd [1]**  104/18
**23 [1]**  59/22
**24 [3]**  3/14 3/14 59/23
**25 [2]**  3/14 66/25
**26 [1]**  3/14
**27th [1]**  133/2
**28 [1]**  135/4
**28th [1]**  95/14

**3**

**30 [3]**  61/4 67/16 68/25
**30-minute [1]**  134/12
**31 [1]**  3/5
**32 [1]**  3/7
**3300 [1]**  102/10
**350 [1]**  1/20
**3:20 [1]**  134/11

**4**

**403 [1]**  56/9
**41 [2]**  3/15 3/15
**4311 [1]**  1/20
**46 [1]**  3/15
**462 [1]**  1/8
**47 [1]**  3/15
**4UGL [1]**  112/20

**5**

**50 [3]**  2/8 3/16 3/16
**50 percent [1]**  45/20
**54 [1]**  3/7
**5:02 p.m [1]**  103/8
**5th [3]**  103/8 103/12 103/15

**6**

**6.1 [2]**  36/22 37/2

**7**

**74 [1]**  3/9
**753 [1]**  135/4

**8**

**87 [1]**  3/9
**8th [8]**  103/10 103/17 104/2
104/3 104/5 104/6 104/7
104/8

**9**

**90012 [1]**  1/21
**92618 [1]**  2/18

**95113 [1]**  2/9
**9850 [2]**  2/15 2/17
**9:00 o'clock [1]**  133/1

**A**

**A.M [1]**  4/2
**ability [1]**  33/10
**able [14]**  5/14 5/25 23/6
23/6 29/21 32/15 32/21 33/23
51/7 60/13 63/16 113/9
124/16 124/21
**about [32]**  13/7 16/9 18/16
27/19 27/20 28/15 33/20 34/4
38/3 38/17 39/20 43/18 44/2
45/20 46/15 47/23 53/11
58/24 62/2 64/25 68/13 81/14
87/23 94/16 103/17 104/25
107/7 113/1 122/3 131/20
132/20 134/11
**above [2]**  98/5 135/7
**above-entitled [1]**  135/7
**access [10]**  10/10 82/9 91/20
91/24 92/2 92/9 92/11 112/18
112/20 124/13
**accessible [1]**  112/5
**according [4]**  69/19 89/16
89/21 113/15
**account [12]**  10/12 10/13
13/18 13/19 23/2 69/2 69/10
69/13 103/13 119/15 130/17
130/19
**accountant [4]**  78/1 78/3
78/4 78/5
**accountants [1]**  56/6
**accounting [2]**  78/6 78/8
**accounts [13]**  16/2 22/24
54/10 68/2 69/24 70/1 70/3
70/4 70/6 130/13 130/16
130/18 130/20
**accurate [14]**  22/10 27/7
55/4 56/17 58/13 62/10 67/19
69/5 69/9 69/15 82/25 85/5
85/8 85/25
**accuse [1]**  94/13
**accused [1]**  94/11
**accusing [2]**  94/18 94/18
**acknowledged [2]**  115/23
127/3
**act [1]**  97/18
**active [2]**  102/23 103/18
**activities [3]**  14/9 20/3
22/16
**activity [1]**  10/22
**acts [1]**  66/2
**actual [10]**  5/4 22/19 66/21
78/6 111/11 117/19 120/8
125/13 126/17 127/15
**actually [17]**  9/17 10/10
22/11 23/1 23/6 23/14 30/8
49/16 57/14 59/13 59/23
60/10 61/3 66/19 72/25 85/3
120/9
**added [2]**  28/14 105/10
**additional [5]**  5/16 5/24
73/5 129/13 131/21
**address [39]**  5/3 5/6 31/9
45/5 45/23 46/2 46/4 48/8
48/11 48/14 48/18 61/22 65/1
65/10 65/10 71/19 76/9 79/7
91/22 96/3 96/6 97/16 98/23
100/15 102/10 105/8 111/19
112/15 116/13 124/17 124/19
128/4 128/14 128/21 131/9
131/12 131/13 133/23 134/2
**addressed [1]**  5/9
**addresses [4]**  65/3 65/5
78/25 79/4
**adequately [1]**  62/6
**adjudicate [1]**  132/21

**A**

admitted [2]   111/20 113/7
Admittedly [1]   111/5
advertising [1]   115/7
advice [1]   132/22
advise [1]   132/19
affected [1]   129/14
after [27]   5/21 6/1 11/25
13/10 16/21 22/20 41/19
50/13 50/14 57/12 59/3 69/21
71/11 76/15 78/10 83/16 85/2
85/10 85/18 89/18 89/22 91/4
101/2 101/17 102/16 102/25
130/20
afternoon [5]   61/1 61/7
87/21 87/22 133/12
Afterwards [1]   5/14
again [12]   21/2 26/7 29/8
30/18 55/24 68/3 70/11 72/17
84/14 116/4 133/21 133/22
against [1]   122/22
agency [1]   81/13
agent [22]   18/19 19/13 29/14
29/19 53/22 55/19 55/19
56/14 67/10 81/13 81/13
108/24 114/19 119/8 121/18
121/19 122/5 122/5 126/18
131/11 131/13 132/4
agents [3]   35/3 112/23
121/20
ago [3]   15/4 58/24 58/25
agree [9]   63/18 63/19 63/21
63/22 99/22 116/23 117/1
117/2 119/23
agreed [4]   77/15 77/20 96/24
133/14
agreement [53]   10/25 11/17
11/23 11/25 12/14 16/12
16/15 16/22 17/1 17/15 36/19
41/1 41/12 41/16 42/2 42/23
43/5 47/19 51/13 52/5 52/8
52/14 52/16 53/7 60/1 72/5
72/7 72/13 72/16 72/19 76/14
90/4 90/11 91/2 91/25 92/4
92/9 92/13 93/3 97/21 97/23
97/24 99/24 102/14 114/22
115/11 116/2 118/13 118/17
119/3 119/9 119/17 119/22
agreements [7]   35/25 53/2
64/9 66/21 72/10 92/19 112/8
agrees [2]   63/24 72/12
ahead [16]   6/3 6/23 7/13
21/2 21/12 21/16 25/20 31/24
33/22 41/23 62/12 62/25
80/23 113/23 123/14
aiding [1]   20/3
al [5]   1/6 1/9 4/8 4/9 61/13
albeit [1]   116/13
alias [2]   100/7 100/15
all [76]
allegation [2]   56/23 115/4
allegations [1]   98/23
allege [1]   127/14
alleged [3]   84/3 116/16
127/4
allegedly [2]   125/8 127/18
allow [2]   39/10 133/17
allowed [2]   53/6 133/16
allowing [2]   5/2 6/5
almost [1]   97/9
along [3]   6/17 73/15 119/3
already [4]   21/18 95/12
109/15 122/13
also [36]   7/3 7/21 12/15
19/18 27/1 27/4 28/13 30/14
32/20 38/3 45/7 52/16 56/25
59/22 64/1 65/7 69/1 71/3
71/8 74/19 76/8 76/14 77/22

77/23 80/9 86/9 89/25 108/14
108/22 111/21 114/23 114/24
119/18 120/14 120/24 129/12
Although [2]   17/3 131/16
altogether [1]   111/8
always [2]   88/1 91/11
am [70]
amendments [1]   72/12
America [6]   14/1 85/14 128/7
130/14 130/18 130/21
American [3]   102/1 104/4
110/2
Americodes [1]   35/12
amount [3]   52/14 52/16 69/13
amounts [1]   23/1
Andrew [2]   2/5 4/13
ANGELES [5]   1/14 1/21 4/1
39/15 76/16
another [13]   5/18 9/3 23/23
46/15 47/13 60/22 62/3 65/15
80/19 81/4 84/8 86/9 99/10
answer [6]   8/24 10/16 33/22
96/25 117/24 117/25
answered [3]   70/16 107/21
107/22
anticipate [1]   6/14
any [105]
anybody [1]   131/13
anymore [1]   124/13
anyone [17]   15/19 15/22
20/14 39/4 39/5 39/9 54/5
58/19 83/3 83/6 83/9 83/12
96/21 97/1 100/18 112/23
132/1
anything [8]   28/9 64/20 70/8
84/12 110/11 111/14 116/18
130/25
anywhere [4]   52/15 53/23
71/20 129/2
apologies [10]   18/5 21/14
23/22 24/8 24/18 25/18 26/5
43/2 57/20 70/17
Apologize [1]   98/14
app [8]   105/10 105/11 105/14
105/21 105/23 107/2 107/3
113/16
apparently [3]   53/3 113/12
119/4
appear [5]   70/2 70/23 70/25
71/19 130/15
appearance [1]   4/10
APPEARANCES [1]   2/1
appeared [2]   113/7 126/18
appearing [2]   6/11 31/22
appears [5]   4/25 99/22
110/24 113/13 124/9
appellate [1]   63/13
applicable [1]   126/25
application [2]   54/23 73/7
appreciate [1]   114/10
appreciations [1]   71/1
approach [3]   20/23 88/22
89/5
approximately [1]   49/1
APRIL [20]   1/15 4/1 103/7
103/8 103/12 103/15 103/17
104/2 104/3 104/5 104/6
104/7 104/7 104/8 104/11
104/12 104/19 104/19 104/20
133/2
April 11 [1]   104/20
April 11th [2]   104/12 104/13
April 18th [3]   103/7 104/7
104/11
April 5th [3]   103/8 103/12
103/15
April 8th [3]   103/17 104/2
104/3 104/5 104/7 104/8
are [131]

arguably [1]   123/7
argument [1]   123/6
argue [1]   110/17 127/20
arguments [1]   129/11
around [11]   19/20 22/9 34/20
38/7 63/15 68/16 69/19 82/23
93/25 99/21 118/13
arrangement [1]   117/13
Articles [4]   23/19 25/8
26/13 55/13
as [119]
ask [24]   5/14 8/23 11/3
11/22 16/19 16/24 16/25
17/16 41/3 43/5 43/16 44/6
46/21 52/25 63/2 70/14 70/15
79/10 80/6 99/12 99/25
107/16 131/18 133/22
asked [16]   10/15 15/19 17/24
18/8 18/11 78/1 96/23 96/24
99/15 108/6 108/9 109/2
109/8 113/2 113/3 124/16
asking [7]   18/3 18/4 28/23
38/16 68/11 107/15 109/14
aspect [1]   130/10
assist [2]   75/2 108/2
assistance [1]   132/14
associate [5]   38/12 38/13
38/17 38/21 39/1
associated [3]   18/16 28/21
120/19
association [1]   81/12
assume [5]   95/10 110/21
111/1 128/5 128/8
assumed [2]   66/22 111/2
126/1
assuming [2]   122/4 122/18
attached [3]   25/22 58/15
70/19
attempted [1]   131/8
attention [5]   36/5 36/21
47/4 47/24 50/6
attorney [1]   57/23
August [1]   12/22
authentic [1]   111/11
authority [1]   15/22
authorization [5]   76/13
77/18 77/23 97/6 108/2
authorize [3]   39/5 54/4 97/1
authorized [8]   52/21 75/9
79/22 79/23 96/21 106/20
112/22 124/3
available [4]   35/19 35/22
35/25 112/3
Avenue [2]   102/10 131/9
average [1]   121/21
avoiding [1]   81/6
aware [16]   9/15 22/11 22/13
60/25 81/23 84/2 94/16 94/17
94/20 98/11 99/25 107/12
108/20 109/7 121/7 122/22

**B**

back [15]   10/23 16/8 27/2
30/24 37/25 47/20 61/1 61/7
61/12 62/25 69/3 69/11 70/1
86/24 127/13
background [1]   107/17
bad [2]   63/15 123/7
Bahamas [1]   34/15
bank [18]   14/1 16/2 54/10
69/2 69/10 69/13 69/24 70/3
70/4 70/5 70/6 70/9 130/13
130/14 130/15 130/17 130/17
130/21
base [7]   64/13 67/2 67/21
67/23 69/17 69/18 70/11
based [10]   28/16 28/19 29/6
59/15 64/15 67/3 67/24 68/3
103/10 110/25

**B**
**basic [1]**  122/25
**basis [6]**  58/1 64/17 81/19 81/21 132/9 133/18
**Baynet [2]**  87/24 88/17
**be [104]**
**Beach [2]**  102/10 131/10
**became [3]**  9/15 22/11 42/24
**because [33]**  5/19 10/21 22/14 28/24 29/2 30/3 32/20 50/16 51/22 53/5 60/16 60/21 63/14 63/17 64/9 66/22 78/12 80/7 80/21 81/2 86/22 92/19 93/13 93/19 96/8 99/6 109/4 118/2 125/19 126/2 126/15 127/2 127/19
**become [1]**  22/13
**been [52]**  6/4 8/13 9/12 11/9 12/8 15/3 26/3 26/9 32/8 34/3 36/3 36/18 37/11 37/18 40/17 41/4 47/8 47/22 49/25 56/21 60/4 60/16 60/17 63/3 65/24 70/15 74/3 84/11 85/24 88/7 94/15 95/12 98/10 103/4 103/9 103/12 103/14 104/13 107/8 113/14 126/2 126/15 127/19 128/12 128/19 129/9 130/17 130/20 131/3 131/13 131/15 132/10
**before [41]**  16/21 16/23 20/10 20/12 22/1 25/14 26/16 26/17 36/9 41/10 47/5 50/1 50/8 52/3 61/15 64/6 64/10 66/18 67/5 67/13 77/15 78/24 79/3 79/6 85/9 87/13 90/1 90/4 96/17 104/11 107/16 109/14 113/6 121/1 121/24 125/20 126/22 128/20 128/23 129/10 129/14
**began [1]**  39/21
**begin [1]**  113/13
**beginning [3]**  16/16 84/16 91/8
**behalf [11]**  4/13 4/18 8/12 32/7 47/14 47/18 65/3 74/2 78/21 97/18 118/18
**behind [3]**  25/3 43/11 130/7
**Beijing [3]**  104/3 104/5 104/6
**being [11]**  13/25 24/8 36/6 53/2 59/3 61/2 67/24 94/3 115/24 124/3 133/5
**belief [1]**  29/5
**believe [23]**  7/19 30/2 36/22 38/19 38/24 40/18 53/1 55/16 56/16 58/15 60/19 65/17 67/5 75/25 113/24 123/4 124/11 124/14 127/24 128/3 128/25 130/6 133/2
**believed [6]**  29/2 29/25 51/22 64/7 94/7 121/11
**belonging [2]**  69/2 69/10
**below [1]**  96/15
**besides [1]**  58/6
**best [3]**  16/20 26/8 127/9
**better [1]**  33/17
**between [6]**  20/4 34/8 72/6 97/22 116/3 124/9
**beyond [1]**  130/9
**big [2]**  53/5 53/8
**biggest [1]**  123/20
**billing [3]**  37/23 37/24 44/21
**bills [18]**  12/1 12/25 13/11 13/15 13/17 13/18 13/22 13/24 35/16 46/7 46/16 47/21 48/3 111/11 112/1 112/2 116/4 116/11

**binder [7]**  21/5 21/9 21/18 21/24 22/4 26/13 30/11
**binders [1]**  21/14
**bit [9]**  10/23 11/16 23/4 25/14 48/1 63/8 66/3 113/22 127/13
**blow [1]**  48/10
**blue [2]**  121/8 123/5
**BLUMENFELD [1]**  1/3
**board [2]**  82/3 88/15
**body [1]**  96/15
**boil [1]**  113/21
**bold [2]**  50/12 50/12
**boss [1]**  105/6
**both [6]**  63/25 110/18 125/23 127/9 131/6 131/21
**bottom [2]**  96/18 97/11
**boy [1]**  25/1
**brand [1]**  53/11
**breached [1]**  97/23
**break [14]**  60/21 60/24 61/2 61/4 61/5 61/15 61/23 64/6 67/5 67/14 84/22 87/13 134/12 134/12
**breaking [1]**  84/21
**breaks [1]**  134/11
**Brennan [1]**  2/16
**brief [2]**  5/3 5/15
**briefly [4]**  31/2 34/16 35/10 110/17
**bring [3]**  48/7 104/21 115/2
**bringing [1]**  114/14
**brings [1]**  53/7
**building [1]**  131/15
**burden [1]**  127/7
**business [38]**  20/6 22/8 23/8 42/1 46/8 49/3 54/14 68/1 82/11 82/13 82/15 90/18 91/15 91/16 91/18 93/13 97/9 100/2 100/7 100/9 100/13 100/23 102/3 102/9 102/15 103/21 107/25 108/15 109/15 111/21 112/10 112/23 114/19 123/7 123/8 130/23 131/12 131/14
**businesses [1]**  82/18

**C**
**C-R-E-A-T-E [1]**  84/17
**CA [3]**  1/21 2/9 2/18
**calendar [1]**  86/21
**CALIFORNIA [48]**  1/2 1/14 4/1 7/24 15/20 15/24 22/9 23/13 26/14 26/23 27/12 27/17 38/3 39/7 39/25 40/5 54/7 55/6 56/2 67/4 75/3 77/11 77/12 77/15 77/21 78/16 78/19 78/22 79/1 79/7 79/17 83/16 83/19 83/22 83/25 86/5 86/11 86/12 102/11 105/12 108/11 108/15 109/3 109/14 112/24 123/11 123/13 124/3
**call [9]**  6/8 6/24 7/1 31/19 86/20 86/23 102/8 105/21 114/2
**called [28]**  8/12 9/2 9/4 9/16 19/13 19/19 19/24 23/19 25/7 29/24 32/7 38/11 39/2 52/21 55/18 57/16 74/2 74/7 75/2 81/17 84/8 88/17 89/12 100/20 102/18 119/1 120/23 121/9
**calling [3]**  4/7 6/14 73/12
**came [8]**  14/2 22/19 22/22 23/2 112/14 112/15 119/3 120/19
**can [61]**  5/6 6/24 7/25 8/2 25/18 28/1 32/17 32/18 33/13 33/16 34/16 35/10 37/2 37/4

37/9 37/14 37/15 41/6 41/8 47/13 48/11 48/13 48/21 55/24 57/1 58/5 62/5 62/12 64/22 69/7 70/25 71/1 76/5 79/2 85/6 86/7 86/20 90/5 90/22 92/1 101/23 104/3 104/23 106/11 107/14 107/16 108/25 113/21 119/7 125/5 127/25 128/7 129/15 131/1 131/19 132/10 133/13
**can't [11]**  20/11 21/11 67/6 88/5 88/7 88/18 90/12 93/10 99/17 132/19 132/21
**cannot [6]**  11/21 38/18 71/10 81/3 127/19 128/12
**card [3]**  75/18 106/23 106/25
**carefully [1]**  10/15
**carve [1]**  134/6
**case [15]**  4/7 20/20 40/17 43/18 58/21 64/16 66/23 78/24 79/3 79/6 84/5 84/22 93/14 111/6 112/9
**category [1]**  55/18
**caught [1]**  57/13
**cause [3]**  99/4 99/9 119/21
**ceasing [1]**  94/6
**Center [1]**  2/17
**CENTRAL [1]**  1/2
**CEO [26]**  9/11 9/12 9/14 19/24 34/11 72/15 72/20 74/15 75/1 77/10 77/11 81/20 82/2 88/11 88/12 88/15 88/16 88/20 89/12 89/17 89/17 89/18 89/19 89/20 90/6 90/14
**certain [2]**  10/1 51/23
**certainly [2]**  112/18 114/18
**CERTIFICATE [1]**  135/1
**certificates [3]**  76/21 76/22 125/14
**certification [1]**  7/24
**certified [4]**  7/6 7/15 62/1 62/4
**certify [2]**  7/19 135/4
**change [1]**  88/4
**changed [5]**  41/15 41/19 68/12 88/2 88/3
**characters [1]**  71/11
**charge [2]**  68/9 68/14
**charged [1]**  69/23
**charges [2]**  35/22 37/7
**charging [1]**  52/18
**Chase [3]**  130/13 130/14 130/17
**chat [8]**  105/10 105/11 105/14 105/21 105/23 106/3 107/2 107/3
**check [9]**  61/3 72/11 80/15 80/21 103/24 109/11 121/8 123/1 123/12
**checked [5]**  23/1 55/11 81/8 108/24 109/18
**China [10]**  40/17 57/8 57/11 58/10 59/4 66/23 84/4 85/1 131/6 131/23
**Chinese [18]**  6/17 58/3 58/9 58/12 58/20 59/8 59/10 59/20 64/15 64/16 64/18 71/10 71/11 76/6 90/15 105/18 110/1 110/3
**Chuck [19]**  2/14 3/5 3/7 3/9 4/18 22/2 22/3 24/4 24/9 24/11 61/19 67/13 70/14 73/24 81/10 84/25 109/25 116/23 133/22 133/23
**circuit [1]**  44/1
**circumstances [2]**  22/20 122/16
**circumstantial [4]**  111/6

**C**

circumstantial... [3] 111/7 126/8 129/23
citizen [3] 86/15 90/15 90/16
claim [10] 114/14 115/2 115/2 115/4 115/16 116/7 117/18 120/10 122/22 127/13
claiming [3] 52/1 83/3 83/12
claims [4] 110/25 114/12 116/8 121/11
clarification [2] 49/9 104/9
clarify [15] 16/7 18/2 23/4 27/11 28/1 38/23 44/2 51/4 56/13 58/11 65/9 65/15 78/5 90/5 104/3
clarity [2] 90/3 120/15
clear [14] 24/7 24/25 31/6 33/4 48/10 50/10 111/8 115/1 117/21 118/4 119/4 122/15 123/3 127/7
clearing [1] 91/17
clearly [1] 121/7
clerk [4] 11/3 21/4 41/2 46/20
client [42] 30/3 30/7 40/21 43/1 43/3 45/13 46/6 46/10 48/25 49/4 51/11 60/10 60/17 62/6 64/10 64/19 72/11 97/18 97/22 108/12 115/12 116/24 116/25 117/3 117/9 117/11 117/15 118/2 118/7 118/15 120/19 121/7 121/17 121/23 122/17 122/22 122/24 123/18 124/9 124/20 126/25 127/22
client's [3] 97/19 114/16 116/16
clients [6] 48/4 53/9 57/2 77/6 82/24 124/12
close [3] 82/17 96/24 104/22
closer [1] 32/19
CMS [3] 30/5 30/14 40/11
co [1] 127/3
co-counsel [1] 127/3
Code [1] 135/5
coincidence [1] 121/2
coincidental [3] 120/18 120/20 124/18
collateral [1] 107/9
colleague [1] 41/3
collected [1] 60/3
colloquy [1] 127/4
come [17] 9/15 9/18 37/25 38/2 46/13 48/22 49/17 49/20 50/16 52/6 52/9 61/1 61/7 72/17 106/5 115/11 133/13
comes [3] 60/9 121/23 123/5
coming [1] 33/11
common [2] 100/12 110/1
commonly [1] 30/5
communicated [2] 105/19 106/2
communicating [4] 17/13 44/20 65/3 112/9
communication [8] 17/5 44/15 44/18 45/21 113/12 113/18 124/22 127/15
communications [3] 27/7 93/25 119/14
companies [35] 28/17 28/21 34/20 49/9 59/14 75/8 75/10 76/15 76/17 76/20 77/1 77/10 77/25 79/17 79/23 79/24 80/22 82/24 84/11 106/21 108/3 108/4 108/7 108/10 108/13 108/19 108/22 109/12 110/23 111/23 113/3 114/2 114/3 130/25 132/6

company [145]
company's [3] 40/22 75/2 105/1 109/11
competently [1] 62/6
complain [1] 63/12
complaint [1] 71/5
complaints [2] 94/21 99/1
complete [1] 61/6
completely [1] 91/19
complied [2] 5/19 98/17
comply [1] 97/20
computer [2] 85/15 85/17
concern [4] 53/8 96/5 99/4 109/13
concerned [4] 17/10 39/13 39/16 97/10
concerning [1] 97/8
concerns [3] 14/3 14/6 53/10
conclude [6] 118/1 118/6 118/15 124/19 127/21 129/4
concluded [3] 111/1 134/9 134/16
conclusion [4] 29/9 69/25 114/11 117/7
conduct [1] 68/1
conducted [1] 113/16
conducting [2] 100/13 111/21
confer [6] 16/6 53/15 133/12 133/13 133/19 134/6
Conference [1] 135/9
confirm [10] 19/14 30/18 59/5 66/19 70/2 76/5 90/8 90/23 93/4 128/11
confirmation [2] 13/21 75/16
confirmations [1] 37/24
confirmed [1] 125/23
confirming [2] 77/14 77/19
confirms [1] 90/21
conformance [1] 135/8
confuse [2] 81/3 126/20
confused [4] 26/4 119/17 119/21 120/9
confusing [1] 25/15
confusion [8] 38/24 81/6 81/8 119/13 120/2 120/8 120/11 120/14
connect [2] 45/4 45/15
connected [2] 45/18 66/22
connecting [5] 45/24 45/24 46/1 46/3 70/9
connection [6] 12/1 65/23 73/7 100/10 111/14 115/16
connections [2] 45/11 123/23
consider [1] 5/20
considered [2] 77/18 77/23
considering [1] 125/19
consisting [1] 20/23
constitutes [1] 98/7
Consulting [6] 47/16 52/22 100/21 110/8 115/22 132/3
consumer [1] 119/21
consumers [1] 120/9
contact [14] 9/22 10/20 14/11 14/12 22/18 22/18 44/15 44/18 44/23 101/3 105/15 112/20 123/24 125/1
contacted [16] 9/18 9/19 9/21 10/2 10/6 14/20 14/24 22/14 38/11 38/25 39/19 51/1 51/18 51/22 113/2 120/23
contacting [2] 51/5 64/25
contacts [4] 9/22 40/10 112/14 123/21
contained [1] 25/2
contains [1] 118/8
context [2] 56/23 80/12
continue [14] 9/5 12/25 32/18 38/22 42/20 44/9 57/22 61/19 64/4 67/15 70/15 74/25

96/13 133/4
Continuing [1] 98/4
continuously [1] 98/16
contours [1] 134/3
contract [11] 30/13 51/17 76/13 90/23 91/5 92/25 93/1 106/18 106/19 106/20 108/17
contracted [1] 75/7
contracts [3] 76/11 93/4 125/13
contractual [1] 108/18
contradict [1] 129/24
control [3] 83/15 83/18 108/3
convenient [1] 111/24
converse [1] 117/2
convinced [1] 126/14
copies [2] 21/22 43/10
copy [26] 11/6 20/24 21/18 21/24 24/16 25/18 41/2 43/14 43/14 46/19 49/23 76/3 91/3 91/5 91/7 91/24 92/2 92/14 95/8 95/11 106/9 106/15 106/17 106/22 106/25 107/1
copying [1] 56/24
copyright [1] 84/4
copyrights [2] 53/6 94/14
core [1] 130/10
corner [1] 36/16
corp [14] 1/9 4/9 43/1 55/12 61/13 97/19 105/1 107/13 107/18 107/25 108/11 108/20 109/3 109/7
corporate [2] 54/14 131/2
corporation [70]
Corporation's [1] 35/24
corporations [1] 112/25
correct [102]
correctly [1] 79/17
correspondence [3] 96/22 97/2 97/6
could [33] 7/21 8/19 11/8 13/6 14/22 36/2 36/11 37/10 37/23 41/4 42/9 47/22 48/1 48/6 48/9 50/4 52/13 52/22 55/18 62/24 62/25 68/19 69/25 74/21 91/24 92/2 92/9 112/20 118/24 120/3 124/1 126/20 129/9
couldn't [2] 49/20 124/4
counsel [29] 2/1 4/10 11/7 14/22 16/6 18/7 21/17 21/18 25/14 42/4 46/20 47/8 49/24 50/1 53/15 56/8 60/20 71/23 84/13 95/11 95/12 106/13 107/6 116/18 127/3 129/17 132/19 133/21 133/22
counsel's [1] 64/1
counterfeit [4] 55/2 56/16 67/1 67/17
countries [1] 108/23
country [4] 13/25 65/11 128/11 128/14
County [2] 39/14 76/16
course [9] 34/22 42/1 43/8 44/17 45/9 46/8 111/13 112/6 116/2
court [52] 1/1 1/19 4/22 4/25 5/1 5/11 5/14 5/22 6/1 6/6 6/19 7/18 18/25 21/7 21/17 21/19 32/20 35/10 47/11 49/24 61/22 62/1 62/4 63/13 72/3 86/20 87/3 110/20 113/6 113/7 114/1 114/6 114/8 116/19 121/6 123/2 125/7 125/19 125/21 126/22 128/20 129/16 129/21 131/5 131/18 131/18 132/14 132/24

**C**

**court...** **[4]** 133/3 133/20 134/9 134/11
**Court's** **[7]** 4/21 5/1 5/7 43/25 56/9 129/23 132/16
**court-certified** **[2]** 62/1 62/4
**courtroom** **[4]** 6/10 6/17 86/22 86/25
**covered** **[3]** 67/5 67/13 71/3
**create** **[8]** 54/5 72/16 72/19 81/7 84/9 84/15 84/17 121/9
**created** **[13]** 10/12 27/5 27/13 27/18 27/22 28/10 28/13 28/17 28/25 29/2 29/5 30/3 121/5
**creating** **[1]** 110/22
**creation** **[1]** 117/10
**credible** **[8]** 116/24 117/3 117/9 118/2 123/16 129/22 130/3 130/6
**credit** **[2]** 52/1 113/25
**criminal** **[4]** 59/5 86/23 98/8 134/13
**CRM** **[2]** 30/6 30/14
**cross** **[12]** 3/5 3/7 3/9 19/5 19/8 54/18 54/20 61/20 64/5 87/17 87/19 101/12
**cross-examination** **[12]** 3/5 3/7 3/9 19/5 19/8 54/18 54/20 61/20 64/5 87/17 87/19 101/12
**crossed** **[1]** 113/8
**CRR** **[1]** 135/12
**crystal** **[1]** 127/7
**CSR** **[2]** 1/19 135/12
**current** **[4]** 8/19 91/12 101/3 134/1
**currently** **[5]** 19/23 33/6 86/2 129/8 133/4
**customer** **[8]** 45/13 60/2 68/4 68/7 68/18 70/12 81/24 126/2
**customers** **[8]** 35/15 35/22 37/7 37/20 40/12 53/3 94/21 126/4
**cut** **[1]** 125/1
**CV** **[1]** 1/8
**CY** **[1]** 41/19
**Cyprus** **[39]** 14/19 14/21 14/25 15/3 33/7 34/14 39/10 46/1 46/5 48/15 49/18 50/16 52/10 52/20 53/21 53/25 54/9 55/22 65/1 66/11 66/17 90/16 99/13 99/16 99/18 109/4 112/3 112/13 112/16 112/21 127/18 127/19 127/25 128/4 128/8 128/19 128/19 128/21 128/22
**CYSEC** **[4]** 98/10 98/18 98/25 99/8

**D**

**D-A-L-I-C-H-U** **[1]** 9/3
**daily** **[1]** 81/21
**Dalichu** **[4]** 9/2 19/24 20/1 20/4
**date** **[6]** 20/11 103/11 104/12 104/15 104/16 135/10
**dated** **[2]** 26/24 97/21
**dates** **[1]** 95/15
**daughters** **[1]** 86/10
**David** **[3]** 2/15 4/17 61/21
**day** **[5]** 81/19 81/19 93/6 104/1 130/23
**day-to-day** **[1]** 81/19
**deal** **[2]** 71/17 72/21
**dealing** **[6]** 34/1 110/23 117/22 119/5 120/5 122/19

**dealings** **[1]** 109/4
**dealt** **[1]** 54/13
**Dear** **[2]** 96/16 97/18
**December** **[12]** 19/20 22/12 38/7 49/5 51/6 51/18 65/1 65/7 94/1 94/5 95/14 99/21
**December 2020** **[1]** 65/1
**deceptively** **[1]** 117/13
**decided** **[1]** 99/23
**decision** **[2]** 49/6 82/1
**declaration** **[28]** 20/19 20/23 21/8 22/1 22/4 22/6 24/3 24/4 24/9 24/12 24/20 25/3 25/6 25/25 27/3 27/21 54/23 55/1 59/21 67/16 67/21 69/1 69/9 70/18 72/23 102/17 113/4 113/10
**declarations** **[3]** 21/6 21/21 125/17
**declare** **[1]** 60/15
**defendant** **[5]** 1/9 2/12 4/18 43/17 131/3
**defendants** **[2]** 131/20 131/25
**defense** **[13]** 4/24 5/3 6/6 6/14 11/6 46/20 49/24 50/1 73/11 95/9 110/14 113/5 116/22
**defense's** **[3]** 106/8 106/14 113/25
**definition** **[1]** 56/22
**deflated** **[1]** 127/21
**defraud** **[1]** 117/11
**demeanor** **[3]** 130/1 130/1 130/5
**deny** **[1]** 129/16
**Department** **[1]** 128/10
**depends** **[1]** 68/11
**depicted** **[1]** 115/13
**deposit** **[1]** 69/13
**described** **[1]** 118/2
**description** **[1]** 95/2
**desk** **[3]** 45/11 45/19 112/14
**despite** **[3]** 97/19 97/25 98/15
**detail** **[1]** 18/16
**developer** **[9]** 17/11 18/14 18/15 18/19 29/25 30/2 85/24 110/5 111/18
**developing** **[1]** 85/20
**development** **[1]** 85/18
**did** **[175]**
**didn't** **[19]** 25/15 62/2 63/13 70/4 74/20 80/1 80/5 84/12 85/13 90/2 96/8 96/16 96/19 105/4 116/12 122/12 124/12 127/12 127/20
**difference** **[1]** 69/12
**different** **[10]** 11/16 22/25 28/4 52/17 57/1 65/8 92/17 108/22 108/23 128/14
**difficult** **[2]** 33/1 66/3
**difficulties** **[1]** 131/24
**diligence** **[4]** 43/8 80/10 80/14 121/12
**direct** **[20]** 3/4 3/7 3/9 8/15 9/22 32/10 36/5 36/21 47/3 47/24 50/6 54/1 63/25 74/5 121/3 126/6 126/7 126/9 126/11 126/12
**directed** **[2]** 18/7 67/22
**directing** **[1]** 67/18
**directly** **[4]** 22/14 51/13 105/4 105/17
**director** **[6]** 34/10 42/17 42/18 44/13 44/13 67/25
**director's** **[1]** 119/20
**directors** **[4]** 43/9 82/3 82/5 88/15
**disclosed** **[2]** 120/4 120/5

**discover** **[1]** 14/15
**discovered** **[1]** 14/12
**discovering** **[1]** 40/8
**discovery** **[6]** 107/8 129/19 130/9 131/22 133/10 133/10
**discuss** **[1]** 5/12
**discussed** **[2]** 5/15 6/1
**discussing** **[1]** 5/24
**discussion** **[1]** 117/8
**dispute** **[2]** 43/18 132/21
**dissolved** **[1]** 91/18
**distributor** **[1]** 121/19
**DISTRICT** **[3]** 1/1 1/2 1/4
**DIVISION** **[1]** 1/2
**do** **[163]**
**document** **[42]** 11/3 16/10 23/19 23/19 25/7 25/9 25/11 26/17 26/19 26/23 29/6 36/8 37/14 41/10 41/12 41/25 42/10 46/24 47/4 47/5 47/7 47/11 47/15 49/23 50/5 50/7 59/10 70/8 72/1 72/2 75/23 77/19 88/19 89/8 89/10 89/25 92/3 92/8 92/9 92/15 115/17 118/21
**documentary** **[2]** 125/11 127/10
**documentation** **[3]** 17/17 115/9 117/19
**documents** **[31]** 22/22 31/11 33/4 43/9 43/10 43/12 43/20 43/22 49/8 55/7 58/8 59/20 67/3 67/7 69/24 76/19 77/14 77/24 80/8 92/18 94/8 98/7 111/9 112/1 114/23 114/24 116/15 119/14 125/25 126/16 126/17
**does** **[35]** 4/25 7/18 15/16 16/1 20/1 21/18 31/6 31/8 31/22 34/23 35/1 35/2 35/6 35/9 37/21 45/7 54/9 54/13 68/9 68/21 71/19 72/1 72/9 73/5 74/16 89/11 93/6 96/5 101/16 102/9 107/3 115/20 123/21 130/8 130/15
**doesn't** **[16]** 25/13 37/8 61/6 62/9 72/21 91/18 96/25 97/10 99/9 101/21 101/24 107/5 113/16 113/17 121/23 121/24
**dog** **[1]** 24/15
**doing** **[8]** 5/8 49/3 79/16 109/17 114/3 114/19 122/23 127/2
**domain** **[14]** 27/5 27/14 27/18 27/19 27/20 27/22 28/3 28/4 28/11 28/13 28/24 48/19 48/20 97/15
**don't** **[66]** 10/4 15/11 15/13 15/18 17/3 17/14 18/23 23/14 23/21 25/10 26/22 30/8 33/5 33/9 55/14 56/7 56/10 56/15 59/9 59/12 63/19 68/8 69/7 72/2 74/13 78/12 83/23 84/6 84/12 85/10 92/5 92/7 92/11 92/11 93/2 93/17 94/3 94/9 94/12 94/23 95/19 99/1 99/17 100/8 100/14 100/19 101/2 102/16 102/25 103/19 105/18 106/11 107/14 108/3 109/10 114/8 117/23 120/21 122/8 122/21 123/5 124/6 124/14 129/1 129/22 130/5
**done** **[7]** 15/21 50/13 73/1 89/9 100/2 109/15 123/7
**doors** **[1]** 86/25
**double** **[1]** 66/13
**down** **[17]** 31/16 36/12 37/9 37/22 42/22 47/23 48/1 48/21 50/19 82/17 96/18 97/11 98/2

**D**

**down... [4]** 98/9 107/9 110/13 113/21
**drafted [1]** 112/8
**Drive [1]** 2/17
**driving [2]** 43/15 123/2
**dubious [1]** 10/8
**due [5]** 43/8 80/9 80/14 102/14 121/12
**duly [4]** 8/13 32/8 74/3 98/17
**duplicate [2]** 25/17 123/11
**during [5]** 45/15 46/13 49/12 61/23 75/1 82/19

**E**

**e-mail [55]** 48/8 48/11 48/14 48/18 50/11 50/15 66/4 66/8 78/25 79/4 79/7 91/22 92/12 93/25 94/3 95/5 95/13 95/18 95/25 96/1 96/3 96/6 96/15 96/16 96/17 96/20 96/22 97/2 97/5 97/7 97/12 97/16 97/16 98/4 98/23 99/4 100/15 102/7 105/8 105/18 106/23 111/18 112/16 116/13 119/25 124/6 124/17 124/19 124/21 124/21 127/17 127/24 128/17 129/9 130/16
**e-mailed [1]** 105/16
**e-mails [21]** 20/16 30/21 49/11 49/15 52/4 52/8 58/16 66/5 66/20 78/21 83/3 83/12 92/5 111/20 116/11 117/20 124/13 125/8 125/25 128/18 129/2
**each [1]** 90/8
**earlier [12]** 14/2 17/5 19/12 19/18 20/13 21/4 29/23 72/5 72/23 87/23 91/14 106/8
**early [1]** 27/10
**easier [1]** 25/19
**easy [1]** 118/14
**effect [1]** 10/20
**effort [2]** 43/25 80/10
**efforts [1]** 59/24
**eFiling [1]** 21/23
**eight [1]** 82/23
**either [6]** 40/2 63/13 111/22 117/9 121/5 126/23
**elaborate [1]** 117/6
**else [12]** 35/5 49/18 51/24 53/5 56/15 58/19 64/20 64/22 75/7 81/14 100/18 132/1
**else's [1]** 120/4
**elsewhere [1]** 57/8
**employ [1]** 34/23
**employed [6]** 33/6 33/7 53/18 53/22 56/5 78/4
**employee [5]** 19/15 78/6 101/18 119/1 119/7
**employees [2]** 101/16 110/7
**employer [2]** 8/19 74/11
**end [2]** 24/12 99/24
**ended [1]** 123/7
**engage [2]** 44/11 49/11
**engaged [1]** 20/2
**English [13]** 11/20 23/16 29/21 29/22 30/9 31/12 31/22 39/3 63/6 63/24 110/2 113/9 113/9
**enough [1]** 82/16
**enter [2]** 24/1 24/19
**entered [11]** 10/24 11/22 11/25 17/15 24/9 41/13 51/13 51/17 70/20 76/2 129/15
**entering [2]** 43/4 117/12
**entire [2]** 25/25 130/7

**entirely [1]** 127/23
**unentitled [1]** 126/22
**equivalent [1]** 35/14
**especially [5]** 5/21 6/6 127/21 132/20 133/14
**essentially [4]** 63/15 116/6 118/16 127/6
**establish [1]** 43/19
**established [3]** 20/10 41/16 88/14
**estimate [1]** 107/7
**et [5]** 1/6 1/9 4/8 4/9 61/13
**European [1]** 95/15
**eve [1]** 82/9
**even [14]** 5/24 63/6 78/24 79/3 85/12 113/11 113/12 118/1 118/25 119/2 122/4 122/18 127/3 131/10
**event [1]** 62/9
**events [1]** 84/4
**ever [48]** 10/2 14/12 15/3 15/7 15/8 15/12 15/19 15/22 20/14 20/16 22/14 39/5 39/10 52/4 52/19 52/21 53/18 53/21 53/25 78/15 78/21 83/2 83/6 83/9 83/12 83/18 85/4 88/13 88/16 88/20 89/12 94/7 94/18 94/20 96/21 97/1 99/12 100/2 100/9 100/15 105/16 105/19 105/25 106/2 106/5 110/4 113/14 121/25
**every [6]** 7/3 45/4 68/10 104/1 118/20 118/21
**everybody [2]** 24/13 35/4
**everyone [6]** 24/18 33/3 48/10 86/21 86/24 134/14
**everything [1]** 113/16
**EVID [1]** 3/11
**evidence [40]** 5/16 5/25 6/6 18/25 19/6 21/13 25/5 26/15 36/7 42/7 47/2 47/9 50/24 73/6 110/14 111/5 111/8 114/9 114/12 118/3 121/1 121/3 121/4 125/11 125/19 126/6 126/7 126/8 126/9 126/11 126/13 126/24 127/9 127/10 128/5 128/20 128/23 129/1 129/23 130/4
**exact [2]** 17/3 22/7
**exactly [8]** 26/23 55/15 56/15 57/4 60/12 67/6 67/25 118/12
**examination [22]** 3/4 3/5 3/5 3/7 3/7 3/9 3/9 3/10 8/15 19/5 19/8 31/4 32/10 54/18 54/20 61/20 64/5 74/5 87/17 87/19 101/12 109/24
**example [5]** 20/3 37/16 37/19 48/2 119/24
**examples [1]** 13/11
**exceeded [1]** 5/7
**excessive [1]** 23/1
**exchange [16]** 20/8 40/23 40/24 41/13 41/20 45/12 46/10 46/14 47/15 47/18 48/24 49/12 67/25 111/19 123/19 124/9
**exchanged [1]** 49/15
**excuse [5]** 10/9 72/17 89/3 90/3 94/19
**excused [2]** 73/4 110/12
**exhibit [76]**
**exhibits [9]** 18/24 19/6 21/2 21/5 21/11 24/16 25/16 25/17 95/16
**existed [1]** 109/4
**existence [2]** 100/25 116/1
**existing [1]** 39/14
**expedited [2]** 131/22 133/10

**expenses [1]** 134/7
**experience [2]** 7/11 132/3
**explain [3]** 34/16 71/12 121/22
**explanation [1]** 5/8
**explanations [1]** 97/25
**extend [2]** 132/7 132/10
**extensive [1]** 125/11
**extent [2]** 23/21 126/5

**F**

**fabricated [1]** 52/13
**fact [17]** 16/14 28/12 28/20 50/13 50/14 60/9 60/11 67/24 68/3 69/18 70/11 110/23 117/9 120/6 121/7 124/20 126/25
**facts [2]** 22/19 127/3
**factually [1]** 122/18
**failed [2]** 97/20 97/24
**faint [1]** 33/11
**fair [4]** 39/21 42/23 97/4 100/12
**fairly [2]** 111/8 124/18
**fake [7]** 60/1 64/8 66/21 67/18 69/2 69/10 120/6
**faking [1]** 117/12
**false [1]** 115/7
**familiar [2]** 34/5 112/12
**family [2]** 86/2 86/5
**far [3]** 9/22 17/10 99/3
**fashion [1]** 32/22
**Fatkhullin [3]** 72/14 72/18 72/20
**Faulkner [1]** 2/7
**fault [1]** 74/24
**favor [3]** 110/25 113/25 118/1
**February [1]** 58/16
**federal [2]** 7/18 115/6
**fee [7]** 12/14 12/15 17/2 37/6 37/6 68/14 93/23
**fees [1]** 96/24
**Fernando [1]** 2/8
**few [3]** 13/10 53/16 130/13
**fifth [1]** 130/23
**figure [2]** 22/21 27/23
**figures [1]** 17/3
**file [1]** 7/20
**filed [3]** 78/24 79/3 79/6
**filings [2]** 125/13 129/12
**fill [3]** 77/24 90/2 90/6
**filled [2]** 90/1 90/4
**final [3]** 29/23 83/2 91/16
**financial [3]** 34/20 54/10 54/10
**find [14]** 23/11 43/23 55/12 74/19 110/22 110/25 116/24 116/25 117/3 117/8 118/1 124/2 129/22 130/5
**finding [1]** 123/15
**finds [1]** 46/22
**fine [3]** 84/22 89/2 123/13
**finer [1]** 107/24
**finish [1]** 86/22
**Fintech [17]** 37/13 47/16 52/21 52/22 70/19 74/8 74/14 74/17 82/19 100/20 110/8 115/22 115/24 116/3 120/19 120/20 132/3
**Fintech's [2]** 74/16 120/25
**firm [3]** 47/17 78/6 78/8
**first [32]** 6/24 7/9 8/13 9/24 12/19 13/6 13/20 15/13 20/25 21/3 21/7 22/24 28/12 32/8 37/2 41/18 47/23 48/19 73/22 74/3 75/14 88/14 89/14 97/7 101/9 104/25 106/9 115/1 117/17 120/12 122/21

**F**

first... **[1]** 127/23
**FIVOS [2]** 3/6 32/6
**Floor [1]** 2/8
**focus [1]** 107/9
**focused [1]** 6/21
**follow [1]** 122/9
**follow-up [1]** 122/9
**following [2]** 49/23 98/6
**follows [3]** 8/13 32/8 74/3
**foregoing [1]** 135/5
**foreign [2]** 123/19 126/20
**forged [2]** 49/8 98/6
**forging [1]** 94/8
**form [6]** 28/7 75/7 77/18
77/23 109/2 109/9
**format [2]** 95/15 135/8
**formed [1]** 108/19
**forms [1]** 74/19
**forth [1]** 18/21
**forward [2]** 73/15 75/22
**found [2]** 40/13 40/20
**founded [4]** 20/9 55/3 55/16
56/16
**four [2]** 15/4 86/6
**France [1]** 66/15
**fraud [12]** 110/24 114/20
115/2 115/2 115/3 116/7
116/8 116/9 121/14 127/2
127/4 127/13
**fraudster [2]** 122/19 122/20
**freeze [2]** 133/10 133/15
**frequently [1]** 123/8
**FRIDAY [2]** 1/15 4/1
**front [1]** 33/4
**frozen [2]** 130/17 130/20
**FSC [1]** 77/9
**fugitive [2]** 58/10 59/4
**fulfilled [1]** 108/12
**fulfilling [2]** 108/18 108/25
**full [4]** 9/7 62/14 73/21
76/8
**function [1]** 10/11
**functions [1]** 10/8
**fund [1]** 82/17
**fundamentally [1]** 118/7
**further [14]** 5/3 6/5 18/22
31/15 49/10 54/17 60/11
86/17 110/11 110/14 116/18
117/6 122/9 130/21
**furtherance [2]** 79/15 117/11
**Furthermore [2]** 98/11 98/15
**future [1]** 26/2
**FXCA [55]** 9/4 9/6 9/9 9/14
12/16 13/18 15/16 15/19
15/23 16/1 17/2 20/4 20/6
20/9 23/2 26/14 27/5 27/22
28/11 28/24 29/2 29/5 30/13
31/7 51/1 51/7 51/14 51/16
54/2 65/3 67/18 69/2 69/11
69/20 69/22 72/6 75/5 76/15
77/10 77/15 78/18 79/7 79/16
82/22 83/10 83/13 83/18
83/24 105/1 108/15 111/10
111/13 112/9 112/22 115/24
**FXCA.com [2]** 28/14 31/10

**G**

**gain [1]** 112/10
**gave [4]** 21/4 58/12 60/18
95/25
**General [1]** 25/7
**generally [1]** 34/16
**generated [1]** 57/1
**geography [1]** 85/16
**GEORGIADES [49]** 3/6 31/20
31/21 32/6 32/12 32/16 33/3
33/9 33/15 33/24 36/3 36/5

36/14 36/24 38/2 38/25 41/5
42/14 43/10 44/3 46/20 47/4
47/10 47/20 47/24 48/2 48/11
48/22 50/5 50/6 50/25 52/25
53/17 54/22 56/5 59/8 61/16
64/5 64/6 66/14 71/10 111/12
112/13 115/19 125/23 126/1
126/15 126/23 128/24
**Georgitis [1]** 6/11
**get [12]** 10/13 23/5 23/6
24/13 32/19 57/14 58/20
58/25 104/24 112/10 127/20
132/14
**gets [1]** 121/24
**getting [5]** 16/16 25/14
94/21 98/22 131/20
**ghost [1]** 113/20
**Gilmore [1]** 2/16
**give [13]** 11/6 15/22 24/13
27/13 27/17 33/13 33/18 60/7
87/10 95/2 99/4 112/6 129/6
**given [2]** 95/8 126/24
**gives [1]** 107/16
**giving [1]** 80/2
**Global [6]** 41/19 41/22 42/12
87/24 88/17 89/13
**Gmail [3]** 13/8 37/24 47/23
**go [32]** 6/3 6/23 7/13 16/8
21/2 21/12 21/16 22/25 23/25
24/11 25/20 31/24 33/22
36/23 41/23 42/9 47/20 55/6
55/24 57/13 62/12 62/25
62/25 82/13 82/15 97/11
113/23 123/13 124/16 127/13
131/19 132/20
**goes [1]** 124/18
**going [46]** 5/20 18/6 21/1
24/23 25/15 25/21 26/4 31/21
32/21 32/25 37/25 44/1 46/18
49/22 56/8 58/20 60/24 61/2
61/4 61/6 63/15 70/14 72/3
73/12 75/21 75/22 75/24
81/14 84/22 86/19 95/3 98/19
107/23 108/23 110/13 114/6
118/17 121/14 121/18 122/5
131/18 132/7 132/23 133/3
133/11 133/17
**good [13]** 4/12 4/17 4/20
7/16 8/17 8/18 32/12 32/13
32/17 87/21 87/22 99/7
134/14
**goodwill [1]** 53/12
**got [4]** 58/23 59/15 74/11
103/21
**grab [1]** 23/22
**grant [3]** 39/10 117/4 129/21
**granted [2]** 6/1 112/16
**great [1]** 33/22
**grounds [1]** 56/9
**guess [2]** 57/25 133/22
**guise [1]** 67/17

**H**

**H-E [2]** 40/7 73/23
**hacking [4]** 56/24 57/7 85/22
94/11
**had [61]** 9/17 16/9 17/5 26/1
28/5 28/23 38/24 40/9 40/10
41/9 45/10 45/12 47/4 49/7
49/8 50/7 51/10 51/10 51/12
51/22 51/23 51/23 51/25 52/1
52/6 58/3 61/25 62/2 65/23
69/25 77/3 78/15 79/1 81/12
83/18 85/2 85/2 85/7 85/17
89/8 92/13 100/6 103/7 109/7
109/15 111/10 111/25 112/13
114/4 114/7 121/11 123/18
124/2 124/25 125/2 125/24
126/21 128/3 128/19 131/19

132/14
**hammer [1]** 4/4
**hand [11]** 11/2 12/7 13/3
20/24 25/18 26/1 30/24 36/15
41/2 125/15 126/11
**Handing [2]** 46/19 49/23
**handled [1]** 87/2
**handling [1]** 20/7
**handy [1]** 68/8
**happen [2]** 52/4 60/14
**happened [9]** 60/16 64/9
65/24 68/4 69/22 78/11 85/1
85/2 122/18
**happens [1]** 124/19
**hard [3]** 32/20 118/11 123/15
**harm [2]** 52/25 129/15
**has [78]**
**have [287]**
**haven't [3]** 43/20 70/7 70/10
**having [10]** 8/13 11/17 14/3
29/10 31/12 32/8 74/3 97/25
123/15 130/8
**he [296]**
**He's [15]** 25/12 26/24 28/7
28/20 57/4 58/6 66/20 70/2
70/6 70/8 111/19 113/15
113/24 130/19 130/24
**heading [1]** 37/13
**headquartered [3]** 34/13
34/14 66/16
**headquarters [1]** 66/17
**hear [10]** 6/7 6/13 32/15
32/17 33/16 73/10 110/17
116/22 118/25 129/18
**heard [6]** 15/7 57/12 58/3
58/7 121/24 125/21
**hearing [6]** 6/4 6/4 32/21
87/12 95/17 129/24
**held [1]** 135/6
**help [10]** 45/19 55/22 56/1
56/7 77/15 82/23 106/21
108/12 112/14 123/24
**helped [2]** 82/18 83/16
**helpful [2]** 110/20 126/5
**her [3]** 62/12 62/13 90/12
**here [21]** 4/20 6/8 6/10 6/14
6/21 21/22 25/24 43/24 60/15
62/1 62/3 85/13 111/14
112/23 117/19 121/15 123/2
127/8 129/11 133/13 133/22
**hereby [1]** 135/4
**herself [2]** 7/6 62/13
**high [2]** 118/5 127/8
**him [40]** 7/8 17/13 20/24
22/1 25/14 26/1 28/25 31/25
40/16 62/10 63/1 63/1 65/8
66/20 70/9 73/15 87/10 88/23
88/24 105/13 105/25 106/2
106/21 112/18 112/19 113/2
113/3 113/11 119/1 121/9
121/24 121/24 121/25 122/1
122/2 123/4 123/24 125/9
128/12 130/5
**himself [10]** 7/5 7/10 7/14
10/5 18/15 20/17 77/2 114/14
114/19 122/19
**hired [1]** 57/11
**his [32]** 21/25 28/8 38/11
38/17 43/14 44/12 46/1 55/17
55/18 56/18 57/12 59/24 64/1
66/5 67/8 77/6 78/8 80/5
105/15 111/20 112/19 113/20
114/7 115/23 125/9 126/16
126/23 129/25 129/25 130/1
130/2 130/5
**hold [1]** 84/6
**holding [1]** 133/25
**Homeland [1]** 128/10
**Hong [1]** 9/4

**H**

Honor **[73]**
Honor's **[1]**  95/16
HONORABLE **[1]**  1/3
hope **[1]**  101/13
hopelessly **[1]**  26/4
hoping **[1]**  131/4
host **[3]**  74/19 74/23 74/24
how **[49]**  9/12 9/21 21/1
22/13 22/21 23/5 23/8 33/20
34/3 37/16 38/8 38/10 40/15
46/10 48/2 48/17 51/21 52/12
59/8 59/10 60/12 60/20 68/1
68/6 68/9 68/13 72/16 72/18
82/5 82/18 82/21 84/20 86/5
86/7 97/10 101/11 101/16
103/24 104/25 106/25 110/7
110/25 112/7 112/7 113/10
126/19 131/19 132/14 132/19
However **[5]**  9/3 41/15 62/3
69/21 118/24
huge **[1]**  40/11
hundreds **[1]**  126/3

**I**

I'm **[16]**  14/22 27/15 37/12
55/24 71/9 79/2 85/6 90/4
90/12 92/1 100/5 101/20
101/23 106/24 107/14 113/23
I-K-E-U-C-H-I **[1]**  7/24
I.D **[1]**  3/11
i.e **[1]**  69/12
ID **[4]**  75/18 76/3 76/8
113/20
idea **[4]**  80/13 113/9 113/10
131/23
ideas **[1]**  131/19
identification **[12]**  17/24
18/9 43/6 43/13 79/12 79/21
79/25 80/6 80/17 106/22
106/25 111/16
identified **[2]**  10/4 25/2
identify **[10]**  7/5 7/9 7/14
20/25 21/1 23/7 25/24 26/11
62/13 75/17
identifying **[1]**  20/17
identity **[2]**  17/17 117/12
IDs **[1]**  125/14
IEP **[1]**  45/23
Ikeuchi **[1]**  7/17
impersonating **[1]**  27/6
important **[2]**  10/15 115/21
inclined **[2]**  129/21 133/18
include **[2]**  34/21 116/8
includes **[1]**  76/8
including **[6]**  4/23 86/25
87/13 125/11 130/15 133/9
incorporate **[7]**  15/19 15/23
54/5 77/24 79/16 80/19
123/14
incorporated **[5]**  23/7 67/1
107/25 108/14 124/4
incorporation **[7]**  20/11
23/20 25/8 26/14 55/13
126/16 126/17
indicate **[3]**  42/15 45/17
131/6
indicated **[7]**  16/9 50/16
51/4 63/23 73/12 79/11
130/13
indicates **[4]**  37/5 55/3
95/11 124/15
indicating **[1]**  25/13
individual **[8]**  15/8 17/6
22/9 45/17 46/15 53/18
111/16 113/2
individual's **[1]**  75/12
individuals **[3]**  44/23 49/14

95/5
uently [1] 94/24
inform **[1]**  94/7
information **[32]**  23/7 23/11
27/17 27/25 28/2 38/8 39/18
39/20 44/25 45/3 46/14 50/11
55/2 57/9 57/14 59/18 60/7
60/9 64/13 64/15 64/17 64/25
68/8 78/2 80/3 92/6 99/7
112/6 112/19 113/1 130/15
130/21
informed **[1]**  126/12
infringement **[7]**  5/4 84/4
114/15 115/10 117/18 117/19
120/10
infringing **[1]**  125/8
initial **[1]**  17/1
initially **[4]**  6/2 10/4 10/23
130/18
injunction **[15]**  4/22 6/22
61/14 73/8 87/12 111/4
129/22 130/10 132/10 132/11
132/24 133/4 133/14 134/1
134/4
injury **[1]**  53/11
inquire **[1]**  8/8
inquiry **[1]**  64/1
install **[1]**  19/14
installation **[1]**  18/20
instances **[2]**  100/4 100/6
instead **[2]**  25/1 51/23
institutions **[1]**  54/11
instrumental **[1]**  118/7
intelligent **[1]**  64/2
intend **[2]**  6/8 86/23
interest **[2]**  78/9 78/15
international **[1]**  20/7
interpret **[4]**  62/6 62/25
63/1 98/13
interpretation **[7]**  62/10
63/3 63/11 63/17 63/17 74/22
129/25
interpreter **[20]**  6/11 6/17
7/5 7/5 7/14 7/18 8/1 8/4
9/2 9/25 62/1 62/3 62/3
62/21 63/4 63/14 73/16 74/21
75/11 98/12
introduce **[1]**  94/25
introduced **[3]**  21/1 36/7
37/11
investigation **[3]**  39/21
39/23 40/3
invoice **[24]**  5/4 12/9 12/12
12/16 12/17 16/21 37/12
37/19 70/19 70/22 70/23 71/2
71/13 71/20 71/21 71/22
115/24 119/4 119/25 120/19
120/22 120/25 121/5 129/10
invoices **[18]**  12/1 35/18
48/4 53/2 53/7 60/2 64/9
66/21 67/18 68/2 69/22 111/9
112/2 112/2 112/7 114/21
117/21 125/9
involved **[12]**  56/21 57/4
60/11 83/23 84/3 110/22
114/12 123/21 126/13 127/1
127/11 130/25
involvement **[7]**  40/10 57/5
58/6 111/25 114/4 114/7
126/21
IP **[9]**  45/5 46/1 46/4 65/1
65/3 65/4 65/10 65/10 112/15
IPs **[1]**  64/24
irreparable **[1]**  129/15
irrespective **[1]**  132/15
Irvine **[3]**  2/18 102/10 131/9
is **[453]**
isn't **[6]**  71/13 93/14 118/4
120/1 121/3 128/25

isolation **[2]**  118/23 119/3
issei [1] 42/22
issuance **[1]**  4/21
issue **[11]**  5/2 5/3 5/13 5/15
47/13 61/22 62/8 85/3 126/22
131/4 132/13
issued **[1]**  42/2
issues **[6]**  6/21 14/3 129/13
129/19 130/9 133/9
it **[247]**
it's **[1]**  47/23
item **[2]**  4/7 46/18
its **[16]**  34/24 42/4 48/3
48/3 54/1 72/9 81/13 90/17
90/18 94/6 94/11 94/13 94/14
99/24 118/9 131/24
itself **[6]**  28/19 72/1 100/25
115/20 130/5 130/10

**J**

J-I-A-N **[1]**  40/6
J-I-N-P-I-N-G **[1]**  57/20
jail **[1]**  40/18
Japanese **[3]**  6/10 7/19 31/13
JIAN **[50]**  3/8 4/18 6/16
20/14 20/17 22/10 22/23 23/5
24/20 25/3 25/7 25/12 26/24
28/7 28/10 28/13 29/2 29/6
30/19 30/22 40/6 42/18 43/13
43/17 44/3 44/5 45/18 45/21
47/17 55/3 55/16 56/13 56/16
58/9 60/10 64/9 65/7 65/16
65/17 65/20 66/8 67/24 73/22
74/1 95/5 96/6 96/19 105/10
111/19 112/15
jian.he **[1]**  95/25
Jinping **[10]**  57/16 57/23
58/2 58/7 58/8 58/12 58/19
59/5 59/11 59/16
job **[1]**  63/15
John **[1]**  2/15
Johnson **[1]**  105/6
joining **[1]**  87/7
Jose **[1]**  2/9
JR **[1]**  1/3
JUDGE **[1]**  1/4
judgment **[2]**  29/9 129/23
Judicial **[1]**  135/9
judicially **[2]**  125/12 128/9
July **[7]**  12/22 22/9 40/2
65/2 65/8 107/12 108/14
July 2021 **[1]**  40/2
June **[6]**  40/2 107/12 107/18
108/1 108/7 108/9
just **[92]**
justifies **[1]**  65/6
Justin **[1]**  2/14

**K**

KATIE **[2]**  1/19 135/12
keep **[4]**  69/12 100/1 107/3
107/5
Keith **[1]**  2/5
kept **[3]**  41/25 47/7 124/25
key **[1]**  57/1
kind **[4]**  20/6 72/21 123/19
123/23
knew **[3]**  60/16 67/25 109/3
know **[63]**  15/11 17/3 17/12
17/14 18/24 23/5 23/14 25/10
29/14 30/8 31/9 33/9 43/24
59/8 59/10 60/11 63/20 64/22
68/6 72/16 72/18 72/25 74/12
74/13 78/24 79/3 79/6 81/25
83/23 84/8 84/12 85/10 85/12
85/13 89/7 94/9 94/12 94/23
95/19 99/25 100/14 100/18
100/19 101/2 102/16 102/23

**K**

know... [17]   102/25 103/19
109/6 109/10 113/19 120/22
120/22 120/24 121/21 121/23
123/6 123/8 123/9 124/6
124/25 125/2 127/18
knowing [2]   64/2 118/12
knowledge [16]   53/17 57/6
58/2 58/6 58/11 59/13 59/15
60/8 65/19 83/21 83/24 84/25
100/11 106/5 112/4 125/24
known [1]   9/17
knows [4]   60/12 113/11
121/10 122/2
Kong [1]   9/4

**L**

L-A-M-P-A-D-A-R-I-D-O-U [1]
42/19
L-I [2]   15/10 75/13
L-I-M-A [1]   66/13
L-I-U [1]   15/14
label [1]   98/7
lack [2]   129/13 129/15
Lampadaridou [1]   42/17
language [4]   7/18 7/19 62/18
126/20
language-skilled [1]   7/18
large [1]   124/5
largely [1]   114/14
larger [1]   126/21
last [38]   7/12 7/23 11/9
12/22 12/23 14/23 15/9 15/14
40/6 42/10 52/2 58/15 58/23
62/17 68/12 68/13 68/14
73/22 74/9 74/10 74/23 75/13
84/2 85/6 89/10 90/12 94/7
100/24 101/9 103/5 103/6
103/10 104/11 104/12 104/24
107/11 130/12 131/14
later [5]   61/1 61/7 63/10
63/12 132/25
law [2]   58/10 59/4
laws [1]   114/13
lawsuit [1]   132/11
lawyer [9]   57/11 57/16 59/11
59/2 59/6 59/20 64/16 64/18
122/24
lawyers [3]   56/6 63/9 126/23
lead [1]   133/24
leading [1]   94/1
learn [6]   27/9 38/10 39/23
40/3 51/7 51/16
learned [9]   22/7 27/4 27/22
27/23 38/3 38/6 38/8 39/13
39/17
least [9]   56/22 82/23 95/2
110/16 115/9 116/15 118/4
122/8 127/15
leave [2]   74/10 130/8
leaving [1]   128/1
lectern [2]   7/2 62/14
led [2]   14/6 49/6
Lee [2]   117/10 117/10
left [17]   11/14 62/1 74/9
85/13 90/24 91/4 91/9 91/9
100/24 101/2 101/17 102/16
102/25 103/2 104/6 104/12
128/11
legal [3]   34/2 40/17 123/3
Less [1]   82/20
let [33]   6/7 6/13 10/23
11/22 16/7 16/19 16/24 16/25
18/2 23/4 36/21 37/16 38/23
47/20 47/24 50/10 51/4 52/25
59/22 61/3 63/2 63/20 64/22
79/10 89/7 104/9 110/17
121/13 117/6 118/14 125/18

129/18 133/22
letter [21]   7/10 7/11 7/12
7/13 21/12 29/11 31/24 33/1
33/21 33/22 33/23 62/12 64/4
99/10 104/21 114/10 118/6
126/18 124/8 124/14
letter [1]   52/1
lettered [1]   25/16
letters [3]   21/3 35/14 52/15
level [1]   32/19
Lew [1]   131/12
Li [31]   15/9 75/9 75/17 76/3
76/8 76/12 76/18 76/19 76/22
76/25 77/3 77/5 77/22 79/23
80/4 81/11 82/21 82/24
104/24 105/16 105/19 105/22
109/2 109/8 113/1 113/6
113/20 120/23 120/24 121/17
127/1
Li's [1]   131/5
liability [2]   122/23 123/3
license [59]   10/24 11/17
11/23 11/25 12/14 12/24
16/12 16/21 17/1 17/2 17/15
36/4 36/18 37/5 37/6 42/2
43/15 47/19 52/2 52/4 52/23
53/2 53/7 57/1 60/1 64/9
66/21 68/10 72/5 72/7 72/9
89/18 89/19 89/21 90/4 90/20
90/21 91/2 92/3 92/9 92/19
93/2 93/14 93/22 94/6 94/11
97/21 98/10 98/16 99/23
99/24 106/8 106/10 114/21
115/13 118/8 118/17 119/2
119/17
licensed [1]   98/17
licenses [1]   111/12
licensing [5]   35/25 68/12
115/10 119/9 119/22
licensor [1]   119/19
light [3]   22/19 22/22 23/2
like [23]   7/1 7/8 12/6 13/3
15/4 17/4 18/19 19/13 20/22
24/1 36/20 63/19 75/19 87/4
94/25 95/14 113/17 117/20
121/9 123/12 123/17 123/21
124/6
likelihood [6]   118/5 119/13
120/2 120/11 120/14 127/8
likely [1]   111/4
Limassol [2]   66/11 66/18
limited [46]   4/14 5/2 5/12
5/15 6/2 9/7 9/10 9/14 12/17
13/18 15/16 15/20 15/23 16/1
17/2 26/14 28/24 31/7 33/7
33/25 34/9 40/23 40/24 41/13
41/19 41/20 41/22 42/3 42/13
45/12 46/10 46/14 47/16
47/18 48/24 49/12 51/2 51/7
51/14 51/16 54/2 75/5 78/19
87/24 88/17 108/16
line [1]   95/20
listed [6]   48/12 56/14 90/11
130/16 131/11 132/3
listen [1]   10/15
little [10]   9/13 10/8 36/12
48/1 63/8 66/3 107/17 113/22
122/3 127/13
Liu [8]   77/6 77/11 77/20
77/22 79/12 80/2 131/3 131/7
live [6]   86/8 86/11 86/13
103/9 125/20 125/22
living [1]   134/6
lloydslaw.com [1]   97/16
local [2]   89/17 89/21
located [12]   14/16 14/18
14/21 15/1 16/2 17/12 46/4
49/18 54/14 66/14 112/15
128/22

location, [3]   65/12 65/13
locations [1]   15/17
locked [1]   10/13
log [2]   45/7 104/2
logged [4]   44/25 45/3 45/5
103/7
logging [1]   64/24
logo [9]   111/10 114/23
115/20 116/12 118/9 118/19
118/20 119/9 119/18
logs [1]   113/18
long [5]   9/12 34/3 46/10
119/9 120/4
longer [7]   91/15 93/8 93/11
93/19 101/11 102/13 115/25
look [16]   5/18 11/9 12/8
13/6 22/22 23/10 52/16 55/7
55/10 55/13 97/12 112/7
117/20 123/10 123/14 133/8
looked [2]   29/10 106/8
looking [16]   13/20 16/19
31/11 80/19 85/12 88/24
89/10 89/24 90/20 91/3 91/25
92/3 92/8 128/6 130/4 130/5
looks [2]   36/20 95/14
LOS [5]   1/14 1/21 4/1 39/15
76/16
lose [1]   117/15
loss [1]   99/9
lot [4]   43/10 107/8 110/3
111/5
loud [1]   32/24
loudly [1]   32/15
Ltd [3]   1/6 4/8 61/13
lunch [1]   134/12
Luncheon [1]   61/10

**M**

made [7]   8/25 55/15 56/15
57/9 70/6 80/8 82/1
mail [55]   48/8 48/11 48/14
48/18 50/11 50/15 66/4 66/8
78/25 79/4 79/7 91/22 92/12
93/25 94/3 95/5 95/13 95/18
95/25 96/1 96/3 96/6 96/15
96/16 96/17 96/20 96/22 97/2
97/5 97/7 97/12 97/16 97/16
98/4 98/23 99/4 100/15 102/7
105/8 105/18 106/23 111/18
112/16 116/13 119/25 124/6
124/17 124/19 124/21 124/21
127/17 127/24 128/17 129/9
130/16
mailed [1]   105/16
mails [21]   20/16 30/21 49/11
49/15 52/4 52/8 58/16 66/5
66/20 78/21 83/3 83/12 92/5
111/20 116/11 117/20 124/13
125/8 125/25 128/18 129/2
main [3]   44/13 44/14 125/7
mainly [1]   21/5
maintain [2]   31/7 113/17
maintained [1]   113/18
major [1]   85/16
make [17]   6/20 7/3 24/6 29/9
48/10 56/11 60/13 63/16
67/19 68/21 95/8 99/18
102/21 117/21 118/14 121/6
122/11
making [4]   5/17 5/21 24/6
56/10
management [4]   30/4 34/10
101/21 101/25
manager [5]   30/7 89/25 105/3
105/3 105/5
Mandarin [1]   62/19
mandatory [1]   129/13
many [6]   82/5 82/18 82/21

**M**

**many...** **[3]** 86/5 101/16 110/7
**Mariana** **[1]** 97/14
**mark** **[3]** 26/2 49/22 75/23
**marked** **[17]** 11/3 11/9 12/7 12/8 13/4 16/19 26/1 26/9 36/3 36/18 36/25 37/18 41/1 41/4 46/19 47/22 88/25
**marketing** **[3]** 20/2 20/3 89/25
**markets** **[27]** 9/7 9/10 9/14 12/16 13/18 15/16 15/20 15/23 16/1 17/2 26/14 28/24 29/2 29/5 31/7 51/1 51/7 51/14 51/16 54/2 75/5 76/15 78/19 83/24 108/15 123/19 123/20
**marks** **[1]** 114/24
**Maschoff** **[1]** 2/16
**mastermind** **[2]** 57/6 57/10
**materials** **[1]** 4/22
**matter** **[7]** 60/25 61/5 61/14 81/1 86/20 86/23 86/23 97/10 97/10 110/16 116/25 134/8 134/10 134/13 135/7
**matters** **[2]** 34/2 87/2
**Matthew** **[2]** 2/6 4/12
**may** **[26]** 5/11 8/8 8/23 11/2 20/9 20/10 20/23 23/22 31/16 32/4 43/16 56/13 61/1 61/22 63/10 68/20 82/10 84/11 108/8 108/9 118/11 120/13 120/24 132/20 133/16 135/10
**maybe** **[4]** 48/6 55/20 127/13 128/2
**McManis** **[1]** 2/7
**me** **[77]**
**mean** **[10]** 43/2 44/24 56/7 57/3 65/9 65/10 65/11 71/11 71/22 80/13
**meaning** **[1]** 47/17
**means** **[1]** 63/12
**meant** **[2]** 28/1 119/24
**meantime** **[1]** 133/3
**medical** **[3]** 59/14 90/17 93/11
**meet** **[10]** 92/10 99/13 99/15 99/18 124/16 127/25 133/11 133/13 133/19 134/6
**meeting** **[2]** 49/20 89/22
**members** **[1]** 86/5
**mention** **[1]** 115/21
**mentioned** **[7]** 17/5 22/15 29/23 50/25 70/1 84/18 99/9
**merged** **[1]** 84/11
**merits** **[1]** 111/5
**met** **[3]** 22/18 105/25 109/14
**Meta** **[1]** 35/12
**MetaQuote** **[1]** 4/14
**MetaQuotes** **[235]**
**MetaQuotes's** **[11]** 27/24 28/1 28/14 35/15 54/23 64/10 66/17 70/22 71/6 71/19 82/9
**MetaQuotes.net** **[1]** 95/6
**MetaQuotesMT5.com** **[1]** 100/16
**Metatrader** **[5]** 52/23 52/23 71/3 71/6 71/7
**method** **[2]** 35/21 103/20
**microphone** **[4]** 32/15 32/19 33/8 33/9
**Microsoft** **[1]** 124/7
**might** **[5]** 67/12 72/11 107/22 119/20 120/10
**mind** **[2]** 77/3 121/13
**mindful** **[1]** 98/12
**mine** **[1]** 22/8
**minute** **[5]** 84/23 107/7 129/6

134/12 134/12
**minutes** **[4]** 11/19 101/6 101/14 107/7
**mirror** **[2]** 114/2 124/3
**mispronounce** **[1]** 15/13
**mispronounced** **[2]** 97/15 101/20
**misreferring** **[1]** 128/2
**misrepresentation** **[2]** 98/8 127/16
**misrepresented** **[2]** 98/16 118/15
**misspoken** **[1]** 120/13
**Misstates** **[1]** 107/20
**mistaken** **[1]** 12/22
**misunderstand** **[1]** 104/14
**misunderstanding** **[1]** 74/24
**misunderstood** **[1]** 38/20
**misusing** **[1]** 94/22
**modified** **[1]** 133/6
**Mohammad** **[1]** 9/24
**Mohammed** **[2]** 19/19 19/19
**moment** **[7]** 13/7 16/4 24/13 38/1 53/13 87/10 125/19
**momentarily** **[1]** 117/8
**Monday** **[12]** 74/9 100/24 103/2 103/4 103/5 103/7 103/10 104/10 104/11 104/11 104/13 130/22
**money** **[7]** 13/25 59/24 60/3 69/5 78/12 112/10 117/14
**month** **[6]** 12/20 58/24 58/25 68/15 74/10 93/9
**monthly** **[2]** 68/14 93/23
**months** **[1]** 131/16
**more** **[15]** 18/16 29/13 32/15 33/10 39/20 48/1 53/16 60/20 84/20 84/21 107/17 117/10 129/6 132/13 133/17
**morning** **[14]** 4/12 4/17 4/20 6/8 6/15 7/16 8/17 8/18 32/12 32/13 32/17 133/1 133/20 134/10
**most** **[1]** 127/10
**motion** **[1]** 117/4
**mouth** **[1]** 117/24
**move** **[10]** 18/24 29/11 37/25 38/1 56/12 59/22 72/4 99/10 104/23 120/16
**movements** **[1]** 14/9
**moving** **[1]** 21/8
**MP4** **[2]** 71/2 71/3
**MP5** **[2]** 71/2 71/3
**MP5.com** **[1]** 48/20
**MQ** **[1]** 35/14
**MQL4** **[1]** 71/6
**MQL5** **[1]** 71/6
**Mr** **[101]**
**Mr Suzu's** **[1]** 54/2
**Mr.** **[158]**
**Mr. Chuck** **[8]** 22/2 61/19 67/13 70/14 73/24 81/10 116/23 133/23
**Mr. Georgiades** **[10]** 31/20 31/21 32/12 32/16 33/3 41/5 42/11 53/17 56/5 115/19
**Mr. Georgitis** **[1]** 6/11
**Mr. Hammon** **[1]** 4/15
**Mr. He** **[79]**
**Mr. He's** **[9]** 57/4 58/6 66/20 70/6 70/8 113/15 113/24 130/19 130/24
**Mr. Jian** **[9]** 6/16 26/24 28/7 30/19 43/13 58/9 67/24 105/10 111/19
**Mr. Lee** **[2]** 117/10 117/10
**Mr. Lew** **[1]** 131/12
**Mr. Li** **[3]** 113/6 113/20 127/1

**Mr. Li's** **[1]** 131/5
**Mr. Liu** **[1]** 131/9
**Mr. Park** **[1]** 50/4
**Mr. Parkhurst** **[9]** 36/11 37/10 41/3 42/9 42/22 46/21 47/21 47/25 48/6
**Mr. Peter** **[5]** 17/10 18/11 18/12 30/15 30/16
**Mr. Schechter** **[6]** 6/23 31/1 33/1 33/8 41/23 116/23
**Mr. Suzu** **[8]** 10/14 11/8 11/20 18/8 39/1 117/13 118/16 125/23
**Mr. Williams** **[2]** 5/9 87/7
**MT** **[1]** 35/14
**MT4** **[10]** 71/1 71/8 71/11 71/14 71/15 71/17 90/23 92/17 92/22 115/19
**MT5** **[14]** 71/1 71/8 71/11 71/13 71/16 71/17 90/23 92/17 92/24 92/25 93/1 93/3 93/5 115/19
**much** **[6]** 60/20 68/6 68/9 84/20 101/11 130/1
**muddy** **[1]** 127/9
**MUFG** **[1]** 13/20
**multiple** **[2]** 112/13 131/10
**must** **[5]** 60/16 89/17 126/2 126/15 128/22
**my** **[63]** 4/15 5/11 5/23 5/25 7/17 7/19 13/19 18/5 18/18 21/9 21/14 23/22 24/8 24/18 25/18 26/5 26/8 27/6 41/3 43/2 52/17 55/11 57/20 60/9 62/16 63/25 70/17 71/4 73/1 73/22 73/22 74/24 74/24 85/16 86/9 86/9 89/15 92/7 92/8 95/22 96/25 100/11 105/10 107/11 108/12 108/18 108/25 111/2 117/25 119/12 120/7 121/16 121/16 122/10 122/22 122/24 124/12 124/24 129/25 130/1 130/4 132/18 133/25
**myself** **[1]** 110/9

**N**

**N-A-O-Y-U-K-I** **[1]** 7/23
**name** **[110]**
**named** **[13]** 17/6 20/14 22/10 53/22 54/1 69/20 72/14 87/24 88/1 97/14 108/20 111/18 131/21
**names** **[5]** 27/5 27/22 28/11 40/12 70/4
**Naoyuki** **[1]** 7/17
**necessarily** **[2]** 128/14 133/7
**need** **[9]** 32/14 43/18 56/11 60/21 84/21 89/19 119/14 132/25 134/2
**needed** **[1]** 30/25
**needs** **[2]** 72/12 133/21
**Neither** **[1]** 112/22
**network** **[1]** 44/23
**neutral** **[1]** 132/19
**never** **[26]** 30/18 30/21 39/8 39/12 52/15 53/24 66/5 66/19 77/3 82/10 85/24 88/11 88/15 92/25 93/4 95/25 96/2 96/17 96/20 98/25 99/1 109/13 113/7 121/23 122/1 131/13
**new** **[1]** 103/21
**Newport** **[2]** 102/10 131/10
**news** **[1]** 57/12
**next** **[8]** 26/6 31/18 46/18 63/1 68/25 75/24 95/23 133/1
**night** **[1]** 109/8
**no** **[133]**
**No.** **[4]** 4/7 24/1 24/19 75/20

## N

**No. 10 [1]** 75/20
**No. 4 [1]** 24/19
**No. 5 [1]** 24/1
**No. 6 [1]** 4/7
**nobody [4]** 35/5 53/5 85/14 100/1
**none [1]** 101/17
**nonlawyer [1]** 126/19
**normal [2]** 56/25 85/10
**not [160]**
**note [9]** 98/5 103/6 115/22 118/24 123/7 125/15 125/22 129/12 134/9
**nothing [2]** 31/15 117/10
**notice [3]** 98/25 122/17 129/14
**noticeable [2]** 125/12 128/9
**notified [1]** 100/1
**now [25]** 12/6 21/24 24/11 24/20 25/20 26/4 26/8 26/11 29/16 33/11 33/16 33/20 34/4 50/1 60/24 61/5 66/14 66/15 89/14 89/14 97/10 114/10 115/24 121/10 134/10
**number [2]** 4/7 21/9
**numbered [2]** 25/16 25/16
**numbers [1]** 130/19

## O

**o'clock [2]** 133/1 134/10
**O-L [1]** 66/13
**oath [3]** 7/19 61/17 87/15
**objection [13]** 19/1 19/2 42/4 42/5 46/23 46/25 50/20 50/22 56/9 63/10 107/20 133/25 134/5
**obligation [3]** 108/12 109/1 125/3
**obligations [1]** 108/18
**observing [2]** 4/16 129/25
**obtain [3]** 79/20 117/14 122/11
**obvious [1]** 52/11
**obviously [10]** 21/20 111/4 112/12 112/16 114/5 114/18 114/21 131/1 131/22 132/1
**occasions [2]** 45/25 131/10
**occurred [2]** 5/5 88/4
**occurring [1]** 125/2
**October [2]** 84/11 85/9
**October 2016 [2]** 84/11 85/9
**off [1]** 125/1
**offense [1]** 98/8
**offered [1]** 79/4
**offhand [1]** 20/11
**office [4]** 35/8 102/9 102/13 131/16
**officer [2]** 34/1 108/5
**officers [3]** 77/7 79/24 89/22
**offices [2]** 15/17 54/14
**official [5]** 1/19 23/15 42/2 58/8 59/19
**often [2]** 103/24 105/18
**Oh [1]** 24/18
**Okay [38]** 10/17 10/18 21/4 28/6 28/15 29/12 30/24 56/12 58/11 59/21 64/22 65/9 68/13 70/1 70/17 71/5 71/17 72/4 72/13 86/17 88/21 89/9 89/14 89/19 89/24 90/8 91/9 92/7 96/25 97/8 97/11 99/3 102/15 105/7 108/14 110/10 118/6 129/5
**Olga [3]** 42/17 90/6 90/12
**once [4]** 12/24 26/7 46/22 131/22

**one [46]** 5/15 9/4 10/14 13/6 19/9 19/14 20/15 28/2 31/4 33/18 33/19 40/16 42/17 42/18 49/14 49/16 51/17 53/13 58/24 58/25 60/13 60/18 64/17 69/5 71/23 74/23 81/16 84/2 84/23 85/4 92/22 92/24 94/17 94/17 98/6 107/16 115/21 116/5 116/11 126/11 127/15 127/17 129/6 130/15 131/1 131/15
**online [1]** 117/17
**only [26]** 10/16 24/16 33/18 49/16 58/11 65/23 68/14 72/21 88/8 89/23 92/5 92/25 96/8 99/2 99/8 101/18 102/1 108/17 108/25 109/11 117/23 125/16 126/17 127/12 127/17 129/24
**open [4]** 108/6 122/5 123/6 123/10
**opened [1]** 114/1
**operate [1]** 81/21
**operated [1]** 79/7
**operates [2]** 60/12 102/18
**operating [1]** 122/12
**operation [3]** 57/7 101/22 101/25
**operational [1]** 103/15
**operations [2]** 57/15 60/11
**opportunity [5]** 41/9 45/10 47/5 50/7 131/5
**opposed [1]** 80/6
**opposite [1]** 114/11
**opposition [3]** 24/10 24/21 113/5
**opted [1]** 115/2
**order [11]** 5/1 5/7 28/3 75/24 117/13 128/21 132/7 132/16 133/6 133/7 133/11
**ordered [2]** 86/21 86/24
**ordinary [1]** 42/1
**organization [2]** 57/12 57/15
**original [1]** 50/12
**OSC [1]** 4/21
**other [37]** 9/6 25/17 38/16 43/10 43/13 44/21 53/2 58/5 59/18 64/13 77/1 80/22 80/25 81/8 82/24 84/18 84/22 85/7 87/2 90/11 94/4 95/10 96/1 108/24 109/11 114/4 114/15 116/10 116/19 120/10 123/1 125/15 129/2 129/11 129/19 129/20 130/24
**otherwise [3]** 5/20 109/19 114/4
**our [25]** 6/12 40/13 40/19 43/8 51/10 53/6 53/6 53/6 53/7 53/8 53/8 53/9 53/11 53/11 53/12 61/25 64/24 68/1 68/12 69/25 97/18 97/19 97/22 127/4 131/8
**out [30]** 22/21 27/23 62/9 72/10 75/22 77/24 82/13 82/15 90/4 90/6 102/9 104/25 105/4 105/5 105/7 105/13 110/4 114/19 121/8 123/5 123/18 123/24 124/2 124/2 125/6 125/10 125/14 127/6 129/7 134/6
**outside [2]** 86/21 86/25
**outstanding [1]** 129/20
**over [11]** 9/13 20/24 25/18 37/17 69/23 83/18 105/19 105/22 106/2 108/3 112/16
**overall [3]** 25/22 25/23 127/6
**overlapping [1]** 21/11
**overrule [1]** 107/23

**overruled [1]** 107/22
**own [7]** 21/25 35/5 56/9 78/8 81/15 128/18 131/24
**owned [4]** 47/17 76/16 76/20 85/4
**owner [7]** 40/20 65/22 96/11 101/6 101/24 108/4 131/15
**owners [1]** 101/3
**ownership [4]** 78/9 78/15 78/18 85/8

## P

**P-E-I-J-I-E [1]** 15/14
**P-E-N-G [2]** 15/9 75/14
**p.m [4]** 61/10 61/10 103/8 103/18
**packet [1]** 24/12
**page [16]** 3/3 11/9 11/12 13/7 36/13 36/21 36/22 42/10 47/25 89/10 89/24 90/9 97/12 118/20 118/21 135/7
**pages [3]** 13/10 13/20 47/23
**paid [9]** 13/17 13/18 13/24 23/1 60/4 68/6 68/19 68/22 114/4
**paints [1]** 111/8
**papers [4]** 21/8 113/5 131/5 131/9
**paragraph [9]** 22/6 37/2 54/25 56/20 59/21 59/23 66/25 67/16 68/25
**Paragraph 10 [1]** 22/6
**paragraph 22 [1]** 54/25
**paragraph 24 [1]** 59/23
**paragraph 25 [1]** 66/25
**paragraph 30 [1]** 68/25
**Park [1]** 50/4
**Parkhurst [13]** 2/5 3/9 4/13 36/11 37/10 41/3 42/9 42/22 46/21 47/21 47/25 48/6 48/21
**part [13]** 14/7 14/23 39/23 43/4 63/7 64/23 80/9 80/10 90/17 90/18 102/1 108/17 113/4
**participate [2]** 101/21 101/25
**participating [2]** 4/16 110/24
**particular [1]** 122/23
**particularly [1]** 124/15
**parties [13]** 4/23 6/5 55/23 56/1 57/8 60/25 61/6 61/14 112/23 129/14 133/11 133/19 134/2
**party [8]** 35/3 39/10 57/2 78/6 113/13 116/2 121/18 121/20
**passport [8]** 17/22 43/10 43/13 43/14 45/5 77/17 77/22 111/15
**password [2]** 45/8 112/19
**past [2]** 104/10 124/25
**patent [2]** 35/8 57/23
**pause [1]** 79/9
**pay [9]** 12/17 13/15 17/2 47/14 47/18 93/17 96/9 96/9 96/23
**paying [7]** 46/15 47/13 93/21 93/23 99/8 100/1 116/4
**payment [3]** 13/22 52/14 52/17
**payments [3]** 67/19 67/22 68/1
**Peijie [4]** 67/19 77/11 77/20 131/3
**Peijie's [1]** 77/22
**Peng [26]** 15/9 75/9 76/3 76/11 76/18 76/19 76/23

**P**

**Peng...** [19]  76/25 77/3 77/5
77/17 77/23 79/22 79/23
81/11 82/21 82/25 104/24
105/17 105/19 105/22 109/2
109/8 120/23 120/24 121/17
**Peng's** [2]  75/17 76/8
**people** [11]  34/24 40/12
40/18 77/1 77/7 82/18 94/4
110/1 123/23 124/22 124/23
**percent** [1]  45/20
**percentage** [1]  48/7
**perhaps** [1]  5/6
**period** [2]  46/13 49/12
**permanent** [1]  134/3
**permission** [1]  88/22
**person** [23]  9/24 10/4 10/7
15/11 15/12 22/18 28/13 39/2
43/6 64/7 90/11 105/25
119/16 120/5 121/8 121/21
121/23 122/3 122/3 123/5
128/19 128/21 130/6
**person's** [2]  10/1 121/13
**personal** [9]  13/19 58/1 58/5
59/13 60/7 60/9 65/19 123/23
125/24
**personally** [3]  55/6 66/1
91/4
**personnel** [2]  34/24 99/19
**perspective** [1]  131/2
**persuaded** [1]  126/24
**peter** [33]  10/3 10/7 17/6
17/10 18/11 18/12 18/17
19/13 29/24 30/2 30/15 30/16
53/19 53/22 54/1 95/24 96/3
96/7 98/24 100/2 100/7 100/9
100/12 100/16 110/1 110/5
111/18 111/19 111/21 119/1
119/1 124/17 124/18
**Peter's** [1]  17/8
**phon** [1]  9/24
**phone** [6]  102/8 105/20
105/21 105/22 121/25 122/1
**photo** [3]  43/13 111/15
113/20
**photograph** [1]  27/1
**physically** [1]  21/22
**PI** [2]  129/15 129/16
**picked** [1]  81/22
**picture** [2]  111/8 121/24
**piece** [2]  23/7 23/11
**Ping** [1]  113/1
**piracy** [1]  64/16
**pirated** [2]  40/19 68/22
**pirating** [3]  56/21 56/22
59/15
**place** [5]  45/1 106/21 121/4
133/4 134/1
**places** [1]  22/24
**plaintiff** [9]  1/7 2/3 4/11
6/20 8/12 32/7 73/5 74/2
127/12
**plaintiff's** [19]  11/3 12/7
13/4 36/4 36/7 36/18 37/11
37/18 37/23 41/1 41/4 46/19
47/22 49/23 88/23 94/25
125/16 127/7 128/18
**plaintiffs** [15]  4/13 6/7
6/25 31/19 56/5 73/6 84/3
110/18 113/8 118/1 126/12
126/14 127/14 129/1 129/19
**play** [1]  6/21
**players** [1]  123/9
**pleading** [1]  114/14
**please** [54]  4/10 6/20 6/24
7/6 7/15 7/21 8/19 8/25 9/5
10/14 20/25 21/16 24/6 25/4
26/11 29/11 31/25 32/13

33/13 33/18 38/14 38/21
40/14 41/22 42/2 43/1 44/11
62/13 62/14 62/15 62/24
66/12 73/15 73/20 74/25
75/24 84/14 87/6 89/5 89/7
95/2 95/8 96/13 98/2 98/13
99/11 101/8 103/1 103/2
104/21 107/9 110/12 113/23
129/4
**plenty** [1]  126/12
**PLLC** [1]  2/16
**podium** [1]  30/24
**point** [23]  10/24 12/10 36/14
38/2 49/17 56/10 75/22 91/10
98/20 107/24 114/12 116/21
117/15 122/14 122/16 123/17
124/1 125/6 125/10 126/11
127/6 128/9 129/7
**pointed** [2]  24/18 125/14
**points** [1]  114/9
**police** [7]  57/13 57/13 58/3
58/9 58/13 85/4 85/12
**Pong** [1]  80/4
**poor** [1]  63/17
**popped** [1]  61/22
**portion** [2]  25/25 111/2
**posed** [2]  59/25 64/8
**position** [11]  9/9 33/25 34/3
74/14 84/6 85/11 119/6
119/11 119/12 132/17 132/18
**possession** [2]  69/25 70/2
**possible** [1]  32/24
**potentially** [3]  98/8 122/19
133/5
**precise** [1]  17/3
**preliminary** [9]  4/21 6/22
61/14 73/7 87/11 111/4
129/21 132/11 132/24
**prepare** [1]  6/5
**prepared** [3]  10/7 36/19
113/10
**preparing** [1]  118/8
**presence** [1]  111/13
**present** [12]  6/6 6/19 20/22
61/15 61/15 73/6 87/12 87/12
113/6 113/8 127/7 131/24
**presented** [2]  10/16 125/10
**president** [1]  45/22
**PRESIDING** [1]  1/4
**presumably** [2]  104/13 120/24
**presupposition** [1]  128/15
**pretty** [1]  72/2
**previous** [1]  26/8
**previously** [13]  21/6 22/15
25/1 36/3 36/6 37/11 40/10
47/21 47/22 49/25 64/19
70/19 88/25
**primary** [1]  103/20
**printouts** [1]  128/10
**prior** [16]  9/17 11/18 16/15
16/16 21/15 36/8 44/6 60/17
64/10 66/23 94/5 94/10 94/18
95/16 126/2 127/4
**probably** [5]  30/6 32/25
43/21 60/22 97/15
**problem** [2]  53/5 109/18
**problems** [1]  49/7
**procedurally** [1]  18/23
**proceed** [7]  6/3 25/4 32/4
32/21 43/25 50/3 64/4
**proceeding** [2]  19/4 79/10
**proceedings** [4]  1/13 63/14
134/16 135/6
**process** [10]  29/14 43/8
47/12 55/19 56/14 67/11
126/18 131/8 131/11 132/4
**product** [1]  35/13
**products** [13]  34/17 34/25
35/3 35/5 35/16 44/22 51/9

51/23 52/23 53/23 54/1 94/14
54/18 61/1 62/25 73/14 74/18
**professional** [1]  71/12
**professionally** [1]  7/17
**profit** [1]  69/12
**program** [4]  12/20 13/13 14/8
16/17
**programming** [1]  85/18
**project** [1]  33/10
**prominently** [1]  118/19
**promote** [1]  34/24
**pronounce** [1]  90/12
**proof** [3]  43/6 79/11 80/6
**properly** [2]  10/11 99/17
**proposed** [2]  132/24 133/6
**provenance** [1]  120/22
**proves** [1]  5/4
**provide** [21]  5/1 12/2 17/17
17/19 17/21 17/24 18/9 35/15
49/10 62/10 78/1 79/24 80/16
94/25 97/24 130/24 132/22
132/23 133/6 133/8 133/20
**provided** [18]  14/8 46/14
49/8 49/25 52/2 52/5 52/9
53/3 57/2 58/8 59/20 95/12
95/16 98/6 105/8 112/19
112/24 130/19
**provides** [2]  34/18 34/19
**providing** [2]  57/7 131/21
**public** [6]  92/6 98/17 99/6
112/4 112/4 125/12
**publicly** [4]  35/18 35/22
35/25 112/5
**puddle** [1]  127/9
**pull** [1]  75/22
**purchase** [2]  44/21 47/19
**purchasing** [1]  30/14
**purporting** [1]  23/3
**purports** [1]  115/11
**purpose** [3]  44/22 47/11
79/21
**purposes** [6]  6/5 19/3 27/5
44/21 110/21 132/15
**pursuant** [5]  42/23 77/9
130/12 130/22 135/4
**pursuit** [1]  116/8
**put** [11]  36/2 37/10 37/23
40/18 41/4 46/21 47/21 50/4
107/24 117/24 122/17
**putting** [1]  114/18
**PWallace** [1]  103/20
**PWallace.com** [3]  102/18
103/8 105/9

**Q**

**Q-I-N-G-D-A-O** [2]  84/17
84/19
**Qingdao** [5]  84/6 84/8 84/15
84/18 85/7
**qualified** [1]  89/17
**quality** [1]  63/10
**question** [35]  8/23 8/24 8/25
10/15 10/19 18/3 18/4 18/7
22/2 29/17 29/23 55/25 68/11
69/7 72/3 79/2 79/10 92/1
92/7 92/8 94/19 96/25 98/20
101/23 103/11 103/14 107/14
107/16 107/21 110/21 111/2
117/25 122/15 125/7 125/7
**questioning** [2]  7/2 73/1
**questions** [12]  10/16 18/23
29/13 33/23 53/16 54/17
70/15 86/18 103/1 109/22
116/20 125/4
**quick** [1]  29/13
**quickly** [1]  129/8
**Quincy** [4]  2/14 4/18 24/3
24/9
**quite** [3]  92/7 130/2 132/18

# R

**raise [3]**   5/25 121/14 131/4
**raising [1]**   132/13
**rather [1]**   123/4
**re [1]**   86/23
**re-call [1]**   86/23
**reach [7]**   69/25 104/25 105/4
105/5 105/7 110/4 123/23
**reached [2]**   29/9 114/11
117/7 124/1
**reaching [1]**   105/13
**read [10]**   11/20 23/16 37/2
59/8 59/10 71/9 71/10 76/6
99/3 113/9
**reading [1]**   126/19
**ready [1]**   33/15
**real [11]**   60/2 67/18 69/11
69/18 69/21 118/16 119/25
121/7 121/10 122/6 124/2
**realize [1]**   25/15
**realized [1]**   69/21
**really [11]**   88/18 96/25
107/8 116/6 120/21 122/14
127/1 127/12 127/20 129/7
132/13
**reason [3]**   10/6 25/24 60/18
**reasonable [3]**   119/16 119/21
121/13
**reasonably [1]**   33/11
**reasons [2]**   98/11 129/11
**recall [42]**   5/2 5/11 9/23
11/17 11/23 12/9 12/19 12/20
13/24 14/4 16/12 16/23 16/25
17/6 20/11 20/19 38/6 38/8
51/5 54/22 56/15 70/18 72/6
87/23 88/4 88/5 88/7 88/18
89/14 93/2 93/9 93/10 93/11
94/10 99/15 99/17 99/17
106/9 106/16 108/8 116/14
121/25
**receipt [4]**   37/24 42/4 46/23
50/20
**receipts [1]**   13/21
**receive [14]**   4/22 12/1 12/3
12/25 29/19 43/12 64/25
75/16 77/14 77/19 91/7 93/25
107/1 130/11
**received [40]**   13/11 19/3
19/6 20/16 21/13 21/19 21/23
25/5 26/15 30/21 42/6 42/7
47/1 47/2 47/8 47/15 50/11
50/23 50/24 69/19 75/18 76/3
77/17 77/22 79/11 91/5 91/8
93/1 95/11 98/23 98/25 99/1
106/9 106/15 106/16 107/4
108/2 116/12 130/20 130/22
**receiving [9]**   12/9 12/16
51/8 63/4 63/11 65/2 112/1
112/2 119/17
**recess [3]**   61/8 61/10 134/15
**recognize [5]**   22/3 26/19
48/17 95/18 111/22
**recollection [9]**   5/11 5/23
6/1 16/20 23/20 26/22 69/6
88/20 89/11
**record [24]**   9/25 24/7 24/25
26/3 26/7 26/12 31/6 40/17
41/21 61/12 70/20 73/21
84/14 87/11 95/13 99/7 103/6
105/13 106/12 107/3 107/5
127/17 129/8 130/18
**recording [1]**   64/24
**records [9]**   27/13 40/9 40/16
44/20 45/17 51/10 55/10
113/17 125/12
**red [3]**   36/15 52/15 52/15
**redirect [9]**   3/5 3/10 30/25
31/1 31/4 73/2 73/3 109/21

109/24
**reference [3]**   59/7 120/2
26/8
**referred [5]**   27/10 30/5
41/22 55/7 66/18
**referring [14]**   17/24 18/10
24/23 25/21 27/2 29/16 30/11
50/15 53/10 56/2 56/4 71/24
116/7 127/2
**refresh [2]**   88/19 89/11
**regard [7]**   57/14 62/9 115/12
115/15 130/9 133/15 134/3
**regarding [4]**   4/21 55/2 93/5
134/6
**regards [1]**   17/9
**register [8]**   28/3 39/6 40/11
74/18 80/23 81/3 108/25
109/19
**registered [10]**   22/8 34/14
35/7 38/3 39/24 40/4 55/12
55/19 71/8 80/7
**registration [4]**   27/24 28/2
28/6 55/2
**registry [4]**   39/19 40/1
56/18 67/4
**regulation [3]**   82/16 89/16
99/8
**regulations [2]**   89/21 135/8
**regulators [1]**   89/23
**related [4]**   40/13 44/5 82/21
86/7
**relation [3]**   30/7 44/3 85/1
**relationship [2]**   20/4 34/8
**relief [1]**   133/9
**relying [2]**   114/13 115/8
**remain [4]**   61/16 86/21 87/11
87/14
**remarkable [1]**   121/2
**remember [10]**   5/24 11/24
23/14 23/21 55/5 55/14 67/6
67/8 89/14 100/8
**remind [1]**   107/6
**remittance [1]**   22/25
**remotely [1]**   31/22
**rename [1]**   21/10
**Renat [3]**   72/14 72/18 72/20
**rent [1]**   106/21
**rental [2]**   76/14 102/14
**repeat [8]**   14/23 55/25 74/21
79/2 85/6 92/1 101/23 107/14
**repeated [2]**   97/19 118/20
**repeatedly [3]**   70/15 97/23
97/25
**rephrase [2]**   69/7 94/19
**reply [1]**   70/18
**report [1]**   130/12
**reported [2]**   23/3 135/6
**reporter [2]**   1/19 32/20
**REPORTER'S [1]**   1/13
**represent [2]**   23/3 52/22
54/25 69/4 76/25 118/13
119/7
**representation [1]**   5/21
**representative [7]**   60/1 64/8
83/4 83/6 83/9 83/13 119/2
**represented [1]**   118/16
**representing [2]**   41/12
114/18
**represents [1]**   122/4
**reputation [1]**   53/12
**request [2]**   69/20 133/17
**requested [5]**   39/20 43/9
49/9 56/25 98/1
**requests [2]**   97/20 129/16
**require [1]**   89/21
**required [1]**   129/14
**requirement [1]**   82/16
**requirements [3]**   89/16 89/22
122/25

**requires [2]**   18/25 120/8
**respect [5]**   20/11 83/20
129/18 129/19 131/2
**respectfully [1]**   129/16
**responding [1]**   97/12
**response [2]**   14/10 18/6
**responsible [2]**   35/5 102/1
**restraining [1]**   132/16
**restroom [1]**   87/9
**retain [1]**   91/3
**review [3]**   41/9 45/11 89/8
**revocation [1]**   98/15
**revoked [1]**   98/10
**right [49]**   6/3 6/13 7/13
7/21 8/8 16/11 19/17 20/11
21/25 24/25 25/4 26/21 26/25
30/10 31/16 31/24 32/23
32/25 33/21 36/14 36/15
38/21 43/22 48/8 50/3 62/24
63/23 66/14 66/15 72/14
72/23 73/4 73/10 81/21 84/24
86/19 87/10 87/17 89/5 95/7
95/23 101/15 104/21 110/16
115/5 116/18 117/23 125/4
129/4
**right-hand [1]**   36/15
**rights [2]**   63/16 116/16
**role [5]**   9/14 17/8 29/18
44/11 44/12
**RPR [1]**   135/12
**rule [1]**   113/25
**run [6]**   8/21 81/19 81/20
83/2 96/8 99/1
**running [3]**   83/23 93/13
96/23

# S

**S-H-I [1]**   57/21
**S-I-T-O-N-G [1]**   84/19
**S-U-M-A-O [1]**   101/10
**S-U-Z-U [2]**   7/12 38/15
**said [23]**   18/8 19/13 22/22
27/21 38/20 38/25 43/2 49/17
49/19 64/23 66/9 67/7 74/21
77/7 80/2 81/13 99/6 108/23
113/11 118/12 126/1 126/16
130/8
**sales [1]**   34/24
**same [41]**   5/12 23/25 27/1
34/10 34/10 34/10 38/24
43/17 44/5 47/17 51/17 54/5
56/20 59/1 59/21 65/2 65/4
65/10 65/11 65/12 65/14
65/15 65/24 66/10 66/18
68/22 69/19 69/23 80/16
80/20 80/22 80/25 81/2 81/9
109/9 109/12 109/15 109/19
121/4 122/6 129/1
**San [2]**   2/8 2/9
**sanctioning [1]**   5/20
**Sarah [1]**   61/25
**satisfactory [1]**   97/24
**satisfied [3]**   62/5 63/3
63/25
**saw [14]**   25/11 26/23 28/20
29/6 40/6 55/17 56/15 56/18
66/5 69/22 69/22 97/7 122/1
126/16
**say [24]**   17/23 24/14 39/21
42/23 43/2 65/19 69/4 77/3
96/10 97/4 100/12 110/4
111/23 114/11 114/17 116/8
117/7 118/6 119/9 120/1
121/25 123/10 123/13 124/14
**saying [14]**   5/19 27/11 30/3
57/3 68/21 90/3 91/5 92/20
93/16 116/5 119/25 127/25
128/7 128/13
**says [18]**   13/8 36/15 95/5

**S**

**says...** **[15]**   95/23 96/18
  97/14 97/17 98/4 99/6 99/7
  111/22 119/18 121/9 121/19
  123/6 125/9 128/8 128/23
**SB [1]**   1/8
**Schechter [14]**   2/6 3/4 3/7
  4/13 6/23 10/2 14/24 31/1
  32/23 33/1 33/8 41/23 53/16
  116/23
**scheme [3]**   60/13 117/11
  130/7
**science [1]**   85/16
**scope [4]**   5/7 6/2 133/8
  133/14
**screen [10]**   36/2 36/6 41/4
  41/7 46/22 47/4 47/25 48/1
  50/5 50/7
**scroll [3]**   36/12 47/23 48/1
**scrolling [1]**   98/9
**search [2]**   40/8 122/11
**second [11]**   10/14 11/9 33/13
  33/18 33/19 40/19 42/18
  71/23 86/19 89/10 89/24
**Secretary [9]**   23/13 25/11
  27/12 27/16 29/7 55/1 55/6
  125/13 131/16
**section [2]**   67/10 135/4
**securities [1]**   20/7
**security [4]**   20/8 53/8 53/10
  128/10
**see [38]**   10/10 11/12 16/20
  25/8 33/1 33/21 33/23 36/15
  37/3 37/4 37/14 40/9 41/6
  41/8 41/9 42/11 47/5 48/10
  48/11 50/8 52/4 52/13 53/5
  55/15 59/18 66/1 66/3 71/1
  97/5 109/11 112/17 113/21
  118/24 122/9 124/17 128/7
  133/8 133/13
**seeing [1]**   59/14
**seek [1]**   104/9
**seeking [1]**   133/9
**seem [1]**   97/10
**seemed [2]**   10/8 10/21
**seemingly [1]**   14/9
**seems [4]**   11/16 123/18
  123/21 126/14
**seen [13]**   11/17 36/8 43/20
  44/6 55/18 56/13 66/19 66/20
  67/3 70/5 70/8 96/17 96/20
**self [1]**   130/2
**self-serving [1]**   130/2
**sell [6]**   34/24 35/3 52/22
  53/22 54/1 78/13
**selling [2]**   59/14 71/13
**sells [1]**   35/4
**send [12]**   35/16 35/18 66/20
  69/2 69/11 72/9 72/11 96/5
  106/22 118/17 125/8 131/1
**sends [2]**   48/3 121/8
**senior [1]**   34/1
**sense [1]**   68/21
**sent [29]**   13/25 21/14 37/19
  46/7 59/11 60/1 64/8 67/18
  76/24 78/21 83/2 83/12 95/14
  107/4 111/9 111/16 115/24
  118/12 118/18 119/24 121/5
  125/25 127/18 127/22 128/17
  128/18 129/2 129/9 129/10
**sentence [1]**   85/6
**separate [3]**   92/19 92/24
  93/2
**September [1]**   97/22
**series [1]**   107/11
**serious [1]**   98/22
**serve [2]**   89/19 131/8
**served [9]**   131/3 131/20

131/22 132/1 132/1 132/2
132/2 132/2
**server [2]**   10/9 131/8
**servers [5]**   74/19 74/20
  74/23 91/20 112/14
**service [2]**   12/9 29/14
  29/19 37/12 45/11 56/14
  67/11 69/23 114/3 126/18
  131/11 132/4
**services [5]**   12/2 34/17
  49/10 71/15 71/17
**serving [2]**   130/2 132/20
**set [24]**   74/18 75/9 76/16
  77/1 77/9 77/15 77/16 79/22
  79/24 82/18 82/23 83/16
  84/10 89/15 89/15 89/18
  89/20 90/1 108/2 108/12
  112/24 113/2 123/24 131/24
**setting [6]**   55/22 56/1 75/2
  77/20 104/25 112/1
**setup [1]**   17/1 37/6 37/6
**Seven [1]**   82/6
**several [1]**   95/5
**SFC [25]**   74/7 75/1 75/7
  76/11 77/15 78/3 78/4 78/7
  78/9 78/13 80/13 82/24 101/4
  101/6 101/16 101/22 101/24
  101/25 102/9 102/17 103/21
  103/25 105/8 110/7 120/23
**sham [1]**   114/2
**shareholder [17]**   44/13 44/14
  47/17 67/25 81/20 82/8 88/8
  89/23 91/10 91/11 91/12
  91/17 96/8 96/10 99/2 99/5
  102/22
**shareholders [1]**   81/16
**shares [7]**   78/13 78/14 78/18
  84/10 85/2 85/9 85/11
**she [8]**   58/3 59/7 62/1 62/2
  62/2 62/5 62/9 90/13
**Shi [10]**   57/16 57/23 58/2
  58/7 58/8 58/12 58/19 59/5
  59/11 59/16
**short [2]**   44/1 72/2
**short-circuit [1]**   44/1
**should [13]**   24/19 60/3 60/25
  95/15 101/17 103/10 104/19
  110/25 113/25 114/5 116/24
  117/4 117/15
**shouldn't [2]**   111/1 117/25
**show [5]**   88/23 88/24 114/13
  126/17 129/2
**showed [3]**   52/14 58/9 88/19
**showing [5]**   45/23 70/5 118/4
  127/8 131/17
**shown [3]**   36/6 40/1 72/5
**shows [2]**   127/10 128/5
**sic [1]**   38/19
**side [3]**   25/17 95/10 115/22
**sides [2]**   110/18 127/10
**sign [5]**   96/22 97/1 97/5
  106/20 133/7
**signature [6]**   11/14 11/15
  16/10 16/11 90/9 111/20
**signatures [4]**   11/12 42/11
  42/15 90/8
**signed [14]**   16/15 16/21
  30/13 72/13 76/11 76/13
  76/13 76/22 76/24 90/7 92/13
  93/4 106/18 111/10
**significance [3]**   80/18 80/24
  81/6
**signing [7]**   16/12 43/4 43/7
  66/8 93/2 111/20 112/1
**signs [1]**   72/21
**similar [4]**   65/3 65/4 65/9
  109/18
**simple [4]**   87/24 88/17 89/12
  132/18

**simply [9]**   4/16 25/25 71/13
  103/13 114/12 131/3 132/13
  132/13 133/25
**since [12]**   7/18 15/5 22/14
  41/15 56/21 58/21 71/9 93/8
  96/23 124/15 128/11 133/23
**sir [4]**   31/17 73/4 81/10
  110/12
**Sirs [2]**   96/16 97/18
**sit [1]**   63/1
**site [2]**   23/15 65/4
**Sitong [4]**   84/6 84/19 85/7
  85/11
**skilled [1]**   7/18
**Slow [1]**   98/2
**smaller [1]**   35/14
**so [139]**
**software [127]**
**sold [5]**   78/14 84/10 85/2
  85/9 92/25
**sole [1]**   96/11
**solely [2]**   28/19 68/3
**some [29]**   10/8 12/10 13/11
  14/9 22/19 32/14 33/10 40/18
  49/7 49/8 49/9 49/9 58/16
  84/3 84/4 91/10 95/2 96/23
  114/19 117/20 120/10 120/15
  121/12 121/14 122/8 123/9
  126/16 130/13 130/14
**somebody [12]**   10/3 10/5
  14/12 23/3 38/11 64/24 65/6
  66/3 96/5 97/5 99/25 109/13
**someone [25]**   10/20 19/12
  19/18 20/16 22/17 29/24
  30/22 36/25 49/11 54/1 57/16
  65/16 65/20 72/13 75/7 97/14
  112/18 118/25 119/6 119/7
  119/24 120/4 120/23 121/22
  128/13
**something [10]**   15/4 17/4
  36/24 50/13 51/20 51/24 58/2
  81/14 107/4 121/21
**sometimes [1]**   10/12
**somewhat [3]**   107/9 111/23
  119/17
**somewhere [2]**   38/7 49/18
**son [1]**   86/9
**soon [1]**   86/22
**sorry [21]**   14/22 23/10 27/2
  27/15 29/12 37/12 55/24
  67/15 71/9 79/2 84/16 85/6
  90/5 90/12 92/1 100/5 101/20
  101/23 106/24 107/14 113/23
**sort [6]**   34/16 37/19 43/12
  44/18 112/24 114/19
**sought [1]**   59/3
**sound [1]**   113/17
**source [3]**   58/5 58/11 65/19
**Southern [1]**   86/11
**space [3]**   57/20 102/9 102/13
**speak [13]**   10/2 14/12 19/19
  23/16 31/22 32/14 32/19
  32/24 63/6 72/1 121/25 122/1
  133/21
**specific [5]**   6/21 27/14
  27/18 75/23 75/23
**specifically [6]**   27/6 28/10
  29/1 49/8 49/19 57/11
**Spectrum [1]**   2/17
**spell [10]**   7/22 15/13 38/14
  38/18 57/19 62/15 66/12
  73/20 84/13 101/8
**spelling [3]**   9/3 10/1 75/11
**spoke [3]**   9/23 39/3 111/17
**spoken [6]**   15/8 15/12 20/14
  30/18 58/19 105/22
**stack [1]**   95/16
**stage [1]**   91/17
**stamp [1]**   107/3

**S**

stamps [1]   113/17
stand [2]   7/2 87/5
standard [15]   46/8 47/16
52/21 74/8 74/14 74/16 74/16
82/19 100/20 110/7 115/22
116/3 119/13 126/25 132/3
stands [2]   71/2 110/17
STANLEY [1]   1/3
start [7]   6/19 6/23 37/17
84/16 108/10 108/10 109/14
started [7]   12/19 12/24
22/23 51/19 100/20 107/17
134/9
starting [4]   4/10 28/21
110/18 133/12
starts [1]   96/16
state [24]   4/10 15/20 15/23
22/8 23/13 25/12 27/1 27/4
27/12 27/17 39/6 40/5 54/6
59/22 59/23 60/8 68/25 69/1
73/20 108/15 115/4 125/13
131/16 134/1
State's [3]   29/7 55/1 55/7
stated [18]   19/12 19/18
19/23 22/6 29/24 55/1 56/20
60/6 64/7 66/25 67/16 69/9
72/23 88/8 102/17 124/12
128/25 129/11
statement [5]   28/10 48/9
69/17 69/18 130/24
statements [4]   28/15 68/2
70/5 99/3
states [22]   1/1 1/4 15/17
16/2 34/21 35/7 39/19 49/20
50/17 53/19 54/11 54/15
60/14 69/14 71/5 86/3 106/6
111/14 112/24 113/14 135/5
135/9
stating [5]   27/16 30/22
60/15 67/21 94/20
station [2]   57/13 58/9
stay [1]   86/24
steal [1]   59/24
stealing [1]   117/14
stenographically [1]   135/6
step [3]   31/16 73/15 110/13
still [17]   59/2 59/4 82/11
91/16 91/17 91/20 100/23
100/25 102/15 102/23 103/9
103/12 105/13 119/8 124/25
131/11 131/17
stipulate [2]   43/21 44/8
stipulation [3]   43/16 44/4
44/7
stock [4]   25/7 76/21 76/22
125/13
stop [3]   49/3 93/23 125/18
stopped [6]   59/24 93/13
93/20 93/21 96/23 97/9
story [1]   125/16
Street [2]   1/20 2/8
strike [13]   18/6 20/13 23/10
48/23 52/19 55/21 65/21
71/18 77/4 81/15 81/22 82/7
94/5
stuck [1]   128/7
stuff [1]   59/14
subject [1]   99/10
submissions [1]   44/6
submit [6]   5/16 5/24 18/11
21/16 75/19 127/12
submitted [7]   21/6 21/8
21/23 110/17 113/4 125/12
128/9
submitting [2]   20/19 54/21
substance [1]   130/2
substantial [1]   60/3

substantially [1]   129/24
success [2]   118/5 127/8
successfully [3]   81/3 108/25
109/19
such [4]   43/9 43/12 60/13
99/7
sudden [1]   123/5
suffered [1]   53/1
sufficient [1]   95/7
sufficiently [1]   122/17
suggest [2]   121/2 132/9
suggestions [1]   131/19
Suite [4]   1/20 2/17 102/10
131/9
sum [2]   125/5 127/5
Sumao [4]   101/7 101/20
101/24 102/2
sums [1]   60/3
Sun [1]   61/25
supplement [1]   4/23
support [9]   5/16 24/10 24/21
44/22 44/23 54/23 64/25 65/4
98/5
supported [1]   125/16
supporting [3]   20/3 76/19
125/11
supports [2]   28/9 116/6
supposed [4]   22/25 23/15
109/17 129/3
supposedly [1]   113/1
sure [11]   6/20 7/3 16/9 24/6
29/8 95/8 103/5 106/7 113/13
122/11 123/13
surprising [2]   97/4 123/22
surreply [3]   4/23 4/25 5/2
suspect [1]   126/23
suspicions [1]   121/14
suspicious [2]   22/15 122/17
sustain [1]   56/8
SUZU [54]   3/4 6/10 7/1 7/11
8/11 8/17 10/14 11/8 11/20
11/22 12/8 13/6 13/10 14/24
15/3 15/16 16/7 16/25 18/7
18/8 19/10 22/1 22/3 22/21
23/4 23/16 25/9 26/16 26/22
27/16 27/21 31/6 38/11 38/15
39/1 51/22 52/5 77/5 77/10
77/15 79/12 110/4 111/10
111/15 111/17 112/10 117/13
117/14 117/22 118/16 118/24
119/5 125/23 126/15
Suzu's [4]   20/23 21/7 39/1
54/2
Suzu/FXCA [1]   111/10
swear [2]   7/8 7/25
sworn [10]   8/4 8/6 8/13
31/25 32/2 32/8 62/13 62/21
73/18 74/3
symbols [1]   114/24
system [9]   21/23 30/4 30/14
37/5 40/11 40/14 40/15 40/16
68/12
systems [1]   82/9

**T**

T-E-D [1]   39/3
T-O-M-O-K-A-Z-U [1]   7/12
T-O-N-O-O-K-A-Z-U [1]   38/19
tab [4]   22/1 24/19 25/3
75/20
Taiwan [2]   8/21 15/2
Taiwanese [1]   9/1
take [15]   5/18 11/8 37/9
37/22 42/21 48/21 50/19 80/1
80/5 86/20 87/5 114/6 131/5
133/8 134/11
taken [2]   118/23 119/15
takes [2]   33/1 44/25

taking [2]   12/8 133/23
130 [1]   152/1
talked [3]   19/12 19/18 29/24
talking [6]   27/19 27/20 44/2
53/11 66/7 94/16
targeted [1]   85/3
technical [1]   44/22
technology [2]   47/16 53/9
Ted [2]   38/12 39/2
Telegram [3]   105/12 107/5
113/16
tell [16]   8/19 22/17 35/10
47/10 58/5 59/2 62/2 65/16
70/25 71/10 77/5 81/11 86/7
104/10 110/24 118/11
telling [1]   112/25
tells [1]   114/1
term [3]   29/18 29/21 56/25
terminated [11]   74/11 74/12
93/15 93/17 93/18 93/22
93/24 99/23 102/2 102/5
102/7
termination [3]   94/2 94/10
94/18
terms [18]   16/25 18/20 21/1
35/15 48/7 53/2 68/1 97/21
97/23 111/25 112/9 114/20
115/6 115/8 131/19 131/21
132/13 132/14
test [2]   120/7 120/11
testified [11]   8/13 14/2
20/13 32/8 48/24 74/3 111/6
111/12 118/25 121/17 122/2
testify [3]   104/12 111/15
112/13
testifying [2]   7/4 111/17
testimony [15]   6/19 87/23
91/14 93/20 96/2 105/23
107/20 113/15 113/24 115/18
125/20 125/23 128/18 129/25
130/2
than [6]   33/10 82/20 117/10
126/21 129/3 132/25
Thank [25]   5/10 6/25 8/2 8/9
19/4 30/11 31/16 37/10 37/22
41/24 42/8 42/22 43/3 44/10
48/21 50/19 62/23 75/15
81/10 86/17 87/1 96/14
110/10 110/19 129/17
that [728]
that's [17]   19/17 20/2 25/21
26/25 39/2 57/18 58/14 58/18
65/18 66/24 68/5 68/16 68/17
69/16 72/15 73/14 126/10
their [19]   13/13 16/16 16/17
35/16 45/5 46/16 47/14 55/23
56/1 69/20 73/7 79/21 80/16
112/10 112/14 112/14 118/19
119/9 130/21
them [19]   9/17 16/15 21/23
35/16 35/16 43/23 43/24
43/24 49/3 51/5 69/23 72/22
77/16 99/13 99/15 112/11
114/2 120/5 132/14
then [32]   22/19 22/25 28/4
28/6 29/13 30/18 32/21 39/1
43/25 44/9 53/9 57/2 58/5
58/21 59/18 68/25 69/12
80/22 84/17 89/16 90/6
103/18 112/8 113/24 118/18
120/1 120/9 128/19 129/1
133/5 134/2 134/8
there [124]
therefore [1]   93/21
thereof [1]   26/1
these [25]   13/10 28/11 28/17
28/21 53/2 60/8 63/14 75/9
77/1 77/7 77/9 79/23 79/24
98/22 106/21 108/3 108/3

**T**

**these... [8]**  108/13 112/2
112/7 113/1 113/3 113/4/2
114/2 123/24

**they [67]**  7/6 9/19 10/21
14/18 17/16 17/18 17/23 18/8
18/9 19/3 21/21 35/12 35/20
36/1 40/19 45/4 45/4 46/7
47/13 49/8 49/10 51/10 52/9
52/11 52/13 65/23 68/19
69/21 69/23 70/24 70/25 73/6
82/23 86/7 86/8 86/11 86/12
95/25 99/4 99/15 109/10
112/4 112/4 114/23 116/3
116/12 117/20 118/13 119/7
119/9 119/10 121/20 123/10
124/2 125/24 126/16 126/20
128/14 128/21 129/3 131/3
131/6 131/14 131/14 131/20
131/22 131/23

**THIBODEAUX [2]**  1/19 135/12

**thing [2]**  65/15 84/2

**things [5]**  60/8 60/18 72/21
113/3 123/24

**think [47]**  9/24 10/4 14/1
17/4 17/22 19/20 20/12 22/11
28/16 30/8 43/21 44/5 47/20
51/4 56/9 56/11 57/4 57/10
60/22 62/11 72/2 72/25 76/1
84/23 87/8 92/7 94/3 94/3
107/22 111/3 111/7 112/25
114/8 114/8 115/6 115/18
115/21 119/22 120/1 120/21
122/8 122/21 124/12 126/23
127/3 127/24 130/12

**thinking [2]**  51/19 126/20

**third [12]**  35/3 39/10 55/23
56/1 57/1 57/8 78/6 112/23
113/12 116/2 121/18 121/20

**third-party [2]**  35/3 78/6

**this [168]**

**those [55]**  6/12 6/18 12/3
13/15 13/17 13/18 13/21
13/24 14/6 21/21 21/22 31/12
35/10 35/18 43/20 45/25
49/14 52/8 66/2 66/5 67/6
67/6 67/22 70/3 70/9 74/20
75/7 76/16 76/20 76/22 77/24
77/25 80/8 81/3 82/21 100/4
108/6 108/10 108/19 111/11
111/20 111/22 112/8 112/8
114/24 114/24 116/15 125/4
125/8 125/25 125/25 130/20
130/20 131/20 132/6

**though [2]**  97/1 131/10

**thought [5]**  28/23 28/24 29/1
38/20 52/5

**thousands [1]**  126/3

**three [9]**  6/18 15/4 29/13
46/12 49/1 68/13 68/14 68/18
109/22

**through [22]**  33/11 40/3 40/9
46/1 64/19 66/4 66/7 66/7
83/2 102/18 105/3 105/5
105/7 105/10 105/14 105/21
105/23 107/2 112/20 113/12
122/11 133/5

**throughout [1]**  71/2

**tie [1]**  103/1

**time [52]**  7/4 9/15 9/18 14/2
14/21 15/1 15/5 26/6 32/20
40/19 40/25 42/12 45/4 45/15
45/20 46/13 46/13 48/22
49/12 58/15 60/20 61/2 68/22
69/20 75/1 82/19 84/20 84/21
88/13 89/8 90/24 91/9 92/13
94/24 96/21 97/7 99/21 104/4
104/4 104/6 107/3 108/19

108/21 109/2 109/8 113/17
120/23 121/2 128/13 131/13
131/14 132/4

**timeframe [1]**  108/9

**title [2]**  9/9 135/4

**titled [1]**  67/10

**today [15]**  4/16 11/18 36/8
41/10 47/5 91/12 91/24 92/2
92/10 95/17 97/20 102/15
102/24 104/15 104/18

**today's [1]**  104/16

**together [1]**  119/15

**told [10]**  58/2 58/12 83/6
83/9 85/14 96/9 102/5 119/1
121/17 131/14

**TOMOKAZU [7]**  3/4 6/9 7/1
7/11 8/11 77/5 77/10

**Tomokazu's [1]**  77/17

**Tonokazu [1]**  38/19

**too [1]**  79/18

**top [10]**  13/8 13/21 36/12
36/12 36/21 36/22 48/8 48/8
95/20 118/19

**topic [1]**  104/24

**towards [2]**  24/12 48/8

**town [8]**  65/14 65/15 65/24
66/9 66/10 66/10 66/16 66/18

**trademark [19]**  35/8 35/12
109/8 109/10 114/15 115/9
115/12 115/16 116/9 116/16
117/18 117/19 118/3 118/10
118/21 120/4 120/10 122/24
129/10

**trademarked [1]**  115/19

**trademarks [9]**  35/7 35/11
53/6 53/12 70/23 71/4 71/6
114/16 115/7

**training [2]**  85/15 85/17

**transcript [5]**  1/13 5/12
5/19 135/6 135/7

**transferred [1]**  69/5

**transfers [2]**  70/6 70/9

**translated [1]**  31/13

**translation [2]**  30/9 59/19

**translator [1]**  71/12

**tried [2]**  10/10 14/11

**Trigger [1]**  35/13

**trip [1]**  99/18

**TRO [5]**  54/23 113/5 130/12
130/22 131/21

**trouble [2]**  47/13 85/1

**true [5]**  76/2 117/3 122/4
122/9 135/5

**truly [2]**  96/18 114/7

**try [1]**  112/10

**trying [5]**  22/21 23/5 27/23
40/18 124/6

**tuned [1]**  86/25

**turn [1]**  124/8

**turns [1]**  62/9

**two [33]**  6/12 11/12 29/12
40/16 42/11 42/15 52/2 64/18
68/12 75/9 77/1 77/7 77/9
79/23 79/24 86/9 92/17 92/19
97/9 106/21 108/3 108/4
108/10 108/13 108/19 111/22
116/15 119/2 130/14 130/19
131/20 132/6 134/11

**type [1]**  32/14

**typically [1]**  68/9

**U**

**U.S [1]**  1/19

**UCL [2]**  115/3 115/4

**ugl [77]**

**UGL's [2]**  91/20 93/14

**uglexchange.com [4]**  95/24
96/3 96/7 98/24

**ultimately [1]**  117/12

**Ultra [3]**  87/24 88/17 89/12

**Ultra-Simple [3]**  88/17 89/17
89/12

**Ultrasimple [3]**  41/19 41/21
42/12

**unable [1]**  50/16

**unauthorized [3]**  10/22 14/9
22/15

**under [13]**  48/9 53/3 55/17
55/18 56/16 61/17 67/8 67/10
67/17 87/14 96/6 100/2
130/19

**understand [22]**  18/12 19/15
29/17 29/19 29/21 30/10
33/23 56/7 56/10 61/16 63/14
63/18 69/7 74/21 76/5 79/17
80/13 87/14 107/15 121/19
126/19 132/16

**understanding [19]**  4/15
12/12 17/8 18/18 28/16 28/19
30/12 51/25 52/21 58/1 64/14
67/2 70/11 81/5 112/7 120/7
121/16 122/10 124/24

**understood [3]**  18/17 30/13
132/8

**unilaterally [1]**  28/14

**Unintelligible [1]**  108/22

**UNITED [21]**  1/1 1/4 15/17
16/2 34/21 35/7 39/19 49/19
50/17 53/19 54/11 54/14
60/14 69/14 86/2 106/5
111/14 112/24 113/14 135/5
135/9

**unless [3]**  95/11 116/19
133/18

**unrelated [2]**  82/24 87/2

**unsupported [1]**  125/16

**until [3]**  61/8 90/24 134/1

**up [57]**  10/23 12/7 21/14
37/10 37/23 47/21 48/7 48/10
55/7 55/22 56/1 61/22 65/1
68/19 74/18 75/2 75/9 76/16
77/1 77/9 77/15 77/16 77/20
79/22 79/24 82/18 82/23
83/16 84/10 86/20 86/22
89/15 89/15 89/18 89/20 90/1
90/1 90/2 90/24 94/1 104/25
106/20 108/2 108/12 112/1
112/24 113/2 114/1 122/5
122/9 123/6 123/10 123/24
125/1 125/5 127/5 133/14

**update [2]**  58/23 58/25

**updates [1]**  58/20

**upon [7]**  12/16 40/8 64/13
110/25 114/13 115/8 133/14

**upper [1]**  36/15

**us [21]**  8/19 33/2 43/14
47/13 49/10 49/21 51/22 62/2
65/1 69/1 69/10 86/15 87/7
109/10 122/12 122/13 123/1
127/25 130/8 130/14 130/22

**use [24]**  7/4 16/16 22/15
25/22 35/2 35/16 39/10 45/4
53/6 57/2 82/1 93/14 93/19
94/6 96/22 100/13 105/18
110/2 110/3 112/8 119/8
120/3 121/20 128/21

**used [19]**  25/17 52/15 53/3
56/25 69/10 70/12 82/10
89/15 90/21 93/11 94/4 96/1
96/2 100/6 100/9 100/15
102/12 111/21 120/24

**useful [1]**  72/3

**user [2]**  45/5 45/7

**users [1]**  53/9

**uses [1]**  128/13

**using [12]**  12/19 12/24 13/12
21/5 21/21 25/25 51/8 69/1
90/24 93/20 94/15 114/24

**U**

utilize [2]   90/21 93/6
utilized [1]   90/17
utilizes [1]   102/13

**V**

various [1]   27/6
vein [1]   129/1
verification [1]   79/21
verified [1]   59/19
verify [1]   43/10
verifying [1]   113/19
versions [1]   72/9
versus [1]   61/13
very [19]   9/24 13/8 31/2
36/12 36/22 39/16 48/7 52/11
52/17 53/8 63/25 72/3 91/8
95/20 110/12 119/4 122/2
122/6 123/16
via [4]   21/23 102/7 106/23
132/3
video [3]   31/22 106/2 122/2
view [3]   120/3 130/1 130/4
violate [1]   5/1
violated [2]   63/16 114/13
violating [1]   94/13
violation [5]   115/16 116/16
118/3 118/10 118/22
violations [2]   114/15 116/9
virtually [1]   118/20
visible [2]   67/8 67/10
viva [1]   125/20
voce [1]   125/20
voluntary [1]   64/2

**W**

W-A-N-G [1]   101/9
W-E-N [2]   15/9 75/14
waived [1]   63/9
waiver [2]   64/1 64/3
waiving [1]   62/8
Wang [4]   101/7 101/20 101/24
102/2
want [12]   5/25 104/24 117/24
117/24 122/5 123/10 125/6
125/10 125/15 125/22 127/6
129/7
wanted [4]   49/10 91/24 92/2
92/10
wants [2]   81/13 123/6
warrants [1]   122/8
was [300]
wasn't [4]   27/19 122/15
122/20 125/9
watch [1]   110/13
way [10]   31/12 33/12 56/11
63/6 107/8 112/16 112/17
113/19 118/2 126/18
we [148]
website [36]   23/12 23/13
25/12 26/23 27/10 27/12
27/13 27/17 28/6 28/14 28/20
29/7 29/8 29/10 31/7 31/9
40/1 45/4 45/6 45/7 55/7
55/11 64/24 99/6 102/18
102/21 102/23 103/8 103/14
103/18 103/20 103/24 104/2
105/8 128/10 131/17
websites [2]   92/6 99/8
Wednesday [3]   133/1 133/20
134/2
week [2]   130/13 133/1
weekend [1]   134/14
well [37]   21/17 22/21 22/24
28/12 29/1 40/16 51/19 53/5
57/11 60/9 61/25 67/12 71/1
94/5 97/11 103/6 110/12
111/3 117/3 117/17 118/9

120/21 121/6 121/7 121/16
121/23 124/1 124/17 125/3
125/18 126/1 127/5 127/20
127/23 128/24 132/18 133/10
Wen [30]   15/9 75/9 75/17
76/3 76/8 76/11 76/18 76/19
76/22 76/25 77/3 77/5 77/17
77/22 79/22 79/23 80/4 81/11
82/21 82/24 104/24 105/16
105/19 105/22 109/2 109/8
113/1 120/23 120/24 121/17
went [4]   27/11 55/11 80/23
87/8
were [99]
weren't [1]   16/9
West [2]   1/20 2/8
WESTERN [1]   1/2
what [170]
whatever [1]   23/8
when [60]   12/19 13/24 14/2
14/15 14/20 14/24 17/12
17/15 17/23 19/19 22/11 23/1
25/25 30/13 38/6 39/13 39/17
39/23 44/23 44/25 46/13 49/3
50/10 51/5 58/23 68/11 77/9
80/7 80/21 82/7 82/8 82/13
85/13 85/13 88/4 88/6 88/14
88/16 89/7 89/14 93/9 96/9
96/10 99/15 103/2 103/12
103/15 103/24 106/9 106/16
106/18 107/4 108/6 108/9
109/17 116/7 118/12 125/1
127/14 132/20
where [41]   9/15 9/18 10/24
14/15 14/18 14/21 14/25
17/12 22/24 23/11 25/10 27/9
27/23 29/16 33/1 33/6 33/21
34/12 38/2 40/11 40/17 45/23
47/12 49/9 49/17 51/19 66/14
66/16 70/25 86/8 96/15 96/18
106/20 113/16 116/15 127/14
128/3 129/3 130/8 131/12
131/23
whether [22]   5/4 5/6 7/6
7/14 28/23 59/2 63/2 88/20
89/11 94/10 100/18 102/23
119/13 121/14 122/9 122/16
123/3 123/4 124/2 124/25
125/2 126/24
which [31]   24/20 27/2 35/13
35/21 36/6 44/6 50/15 52/2
64/13 71/21 71/22 98/7 100/6
103/21 104/13 106/19 111/23
114/1 114/3 115/11 117/6
118/8 118/8 122/25 123/7
124/17 125/20 129/12 129/14
130/23 133/1
while [6]   13/12 45/13 46/6
79/9 88/7 133/12
white [1]   98/7
who [45]   6/10 6/11 6/14 6/19
8/19 9/21 9/21 9/23 17/23
18/9 18/12 18/16 23/7 27/13
27/18 28/10 40/3 42/15 43/6
43/11 43/17 46/15 58/25
61/15 63/15 64/7 67/22 76/16
81/22 81/22 82/1 85/11 87/12
90/12 101/6 112/18 113/1
113/2 113/11 123/5 127/1
127/14 131/8 131/25 132/3
whoever [2]   117/22 119/4
whole [1]   74/20
whom [2]   123/6 123/8
Whose [1]   41/17
why [17]   10/19 30/2 44/6
74/10 74/12 79/20 79/20 80/1
80/5 80/25 82/15 93/11 93/18
102/5 108/24 111/15 127/14
wife [3]   86/9 86/13 86/15

will [71]
Williams [5] 9/8
111/6 15/8
61/21 87/7
win [2]   114/5 117/17
wind [1]   107/9 113/20
wish [2]   73/6 125/5
withdraw [1]   37/16
withdrawing [2]   24/22 24/24
withdrawn [4]   15/7 16/24
26/9 45/16
within [2]   15/17 16/2
without [2]   97/6 118/12
witness [24]   3/3 6/24 6/24
7/4 7/9 8/6 8/12 13/4 18/4
18/23 21/25 25/19 26/9 31/18
32/2 32/7 73/18 74/2 87/1
87/4 87/13 88/23 95/1 110/11
witnesses [4]   6/7 6/12 6/18
111/7
won't [2]   109/19 133/7
word [5]   72/9 80/1 80/5
114/7 117/14
words [2]   10/20 117/24
work [6]   31/12 74/7 78/3
78/5 79/16 80/12
working [6]   65/7 65/7 65/17
65/20 76/25 103/25
works [1]   35/4
world [1]   34/20
worse [1]   33/17
would [88]
wouldn't [5]   29/22 119/16
120/9 121/13 123/22
write [3]   96/16 96/19 113/9
written [1]   115/9
wrong [5]   24/19 48/19 51/20
84/12 116/13
wrote [1]   113/11

**Y**

Y-A-N-G [1]   62/17
Y-V-A-I-N-E [1]   62/17
Yang [1]   62/16
year [6]   9/13 12/21 12/23
19/21 68/10 68/16
years [10]   15/4 34/4 46/12
49/1 52/3 68/12 68/13 68/14
68/19 97/9
yes [205]
yet [1]   119/8
you [704]
your [220]
Yours [1]   96/18
yourself [3]   13/17 51/13
77/25
Yvaine [1]   62/16

**Z**

Zoom [2]   4/15 6/11