PATRICK HAMMON (255047)
MATTHEW SCHECHTER (212003)
ANDREW PARKHURST (324173)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
Email:       phammon@mcmanislaw.com

Attorneys for Plaintiffs,
METAQUOTES LTD. and
METAQUOTES SOFTWARE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>METAQUOTES SOFTWARE CORP., a California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-00462-SB-DFM<br><br>**DECLARATION OF MATTHEW SCHECHTER IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR PERMISSION (1) TO SERVE DEFENDANTS METAQUOTES SOFTWARE CORP. AND FXCA MARKETS LIMITED VIA THE CALIFORNIA SECRETARY OF STATE; (2) TO SERVE DEFENDANT PEIJIE LIU VIA PUBLICATION; AND (3) TO EXTEND THE TIME FOR SERVICE**<br><br>Ctroom:  6C<br>Judge:    Hon. Stanley Blumenfeld, Jr. |

1

I, Matthew Schechter, declare:

1. I am an attorney at law admitted to practice in the State of California and the United States District Court for the Central District of California. I am a partner at McManis Faulkner, and counsel for Plaintiffs, MetaQuotes Ltd. and MetaQuotes Software Corporation ("Plaintiffs") in the above-captioned matter. I submit this declaration in support of Plaintiffs' *Ex Parte* Request For Permission to Serve Defendants Metaquotes Software Corp. ("MSC") and FXCA Markets Limited ("FXCA") via the California Secretary of State, and Defendant Peijie Liu ("Liu") (collectively "Defendants"), via Publication.

2. My office is located in San Jose, California. We engaged a process server agency – First Legal – located in Southern California to serve MSC, FXCA, and Liu. Between March 31 and April 15, 2022, First Legal made a total of seven attempts across five different days to serve MSC and FXCA at the address known to my office: 3300 Irvine Ave., Suite 220, Newport Beach, CA 92660. This address was listed on the California Secretary of State's website as the company's principal and mailing address. It was also the address listed for Liu who was the CEO, Director, and agent for service of process of MSC.

3. First Legal was unable to serve Defendants as there was never anyone present at the location at any of the seven service attempts. Every attempt to serve Defendants was made during usual office hours. Attached hereto as **Exhibits A-C** are true and copies of the Affidavits of Due Diligence for attempted service on MSC, FXCA, and Liu provided to my office by First Legal.

4. On May 5, 2022, pursuant to Federal Rule of Civil Procedure 4(d), I had sent, via certified first class mail with return receipt requested, the following items to MSC, FXCA, and Liu: a Notice of a Lawsuit and Request to Waive Service of Summons, a Waiver of the Service of Summons, and a postage-paid return envelope. All three items were mailed to 3300 Irvine Ave., Suite 220, Newport Beach, CA 92660. Along with being the mailing and principal address

2

DECL. OF MATTHEW SCHECHTER ISO PLAINTIFFS' *EX PARTE* APPLICATION TO SERVE DEFENDANTS VIA THE SEC. OF STATE AND BY PUBLICATION; Case No.: 8:22-cv-00462-SB-DFM

for each entity, it was also the address listed for the agent of service of process for MSC and FXCA.  According to the Statement of Information filed by MSC with the California Secretary of State on December 15, 2021, Liu is the CEO, Secretary, and CFO for MSC, and lists his business address as the Irvine Avenue location.  Attached hereto as **Exhibits D-F** are true and copies of the Notice and Waiver sent to Defendants on May 5, 2022.

  5. On May 13, 2022, my office received the packages sent to Liu and FXCA back from the post office, with each marked as: "Return To Sender, Not Deliverable As Addressed, Unable To Forward."  Attached hereto as **Exhibits G and H** are true and correct copies of what was returned via the post office.  I did not receive any response from MSC, nor was the package returned to my office by the post office.

  6. On June 28, 2022, I accessed the California Secretary of State's business search feature, located online at https://bizfileonline.sos.ca.gov/.  I searched for FXCA and MSC.  Both entities still list their principal and mailing address as 3300 Irvine Ave., Suite 220, Newport Beach, CA 92660, and Liu is still listed as the agent of service of process for MSC at the Irvine Avenue location.

  7. My office has also investigated Liu's whereabouts for the past several months through various publicly available databases and directories but has so far been unable to find any other information about him that might indicate he could be served at a different location.  To our knowledge Liu has no other businesses, addresses, agents, or counsel that could serve as a potential means for completing service of process.

  8. On the morning of June 28, 2022, I spoke with Quincy Chuck, counsel for defendant Jian He, via videoconference.  I informed Mr. Chuck that plaintiffs would be bringing an *ex parte* application for service to be permitted on defendants MetaQuotes Software Corp. and FXCA Markets Ltd. via the California Secretary of State, and as to defendant Peijie Lie via publication.  I also explained

3

DECL. OF MATTHEW SCHECHTER ISO PLAINTIFFS' *EX PARTE* APPLICATION TO SERVE DEFENDANTS VIA THE SEC. OF STATE AND BY PUBLICATION; Case No.: 8:22-cv-00462-SB-DFM

why we were seeking to serve those three defendants in such a manner. Mr. Chuck said he understood and he himself had used both methods of service in the past. Mr. Chuck stated he had no objection to the *ex parte* application and would not be filing any opposition.

9. On June 30, 2022, I emailed Mr. Chuck to inform him that Plaintiffs would be filing the ex parte that same day.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  June 30, 2022              */s/ Matthew Schechter*
                                                        MATTHEW SCHECHTER