1 | PATRICK HAMMON (255047)
MATTHEW SCHECHTER (212003)
2 | ANDREW PARKHURST (324173)
McMANIS FAULKNER
3 | a Professional Corporation
50 West San Fernando Street, 10th Floor
4 | San Jose, California 95113
Telephone:   (408) 279-8700
5 | Facsimile:    (408) 279-3244
Email:  phammon@mcmanislaw.com
6 |
Attorneys for Plaintiffs,
7 | Metaquotes Ltd. and Metaquotes Software Corp.

8 | DAVID J. WILLIAMS (236919)
QUINCY CHUCK (307857)
9 | MASCHOFF BRENNAN
100 Spectrum Center Dr., Suite 1200
10 | Irvine, California 92618
Telephone:   (949) 202-1900
11 | Facsimile:    (949) 453-1104
Email:  dwilliams@mabr.com
12 |
Attorneys for Defendant, Jian He
13 |

14 | UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
15 |

| | |
|---|---|
| 16  METAQUOTES LTD., a Republic of Cyprus limited corporation, and | Case No.  8:22-cv-00462-SB-DFM |
| 17  METAQUOTES SOFTWARE CORP., a Commonwealth of the | |
| 18  Bahamas corporation, | **STIPULATED PROTECTIVE ORDER** |
| 19          Plaintiffs, | |
| 20          vs. | **[Discovery Matter]** |
| 21  METAQUOTES SOFTWARE CORP., a California corporation, | Original Complaint: March 28, 2022 |
| 22  STANDARD FINTECH CONSULTING, INC., a California | |
| 23  corporation, FXCA MARKETS LIMITED, a dissolved California | Responsive Pleading: May 6, 2022 |
| 24  corporation, PEIJIE LIU, an individual, and JIAN HE, an | |
| 25  individual, and DOES 1-20, inclusive, | Trial: April 10, 2023 |
| 26 | |
| 27          Defendants. | |
| 28 | |

1

STIPULATED PROTECTIVE ORDER

1

2

## ORDER

3      **FOR GOOD CAUSE SHOWN,** the Court hereby approves this

4   Stipulated Protective Order.

5      **IT IS SO ORDERED.**

6

7   Dated: July 29, 2022

8                                      _____
                                       Douglas F. McCormick
9                                      United States Magistrate Judge
                                       Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28