PATRICK HAMMON (255047)
MATTHEW SCHECHTER (212003)
ANDREW PARKHURST (324173)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
Email:  phammon@mcmanislaw.com

Attorneys for Plaintiffs,
METAQUOTES LTD. and
METAQUOTES SOFTWARE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>　　　　Plaintiffs<br><br>　vs.<br><br>METAQUOTES SOFTWARE CORP., a California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, inclusive,<br><br>　　　　Defendants, | Case No.:   8:22-CV-00462-SB-DFM<br><br>**PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AGAINST METAQUOTES SOFTWARE CORP.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs, MetaQuotes Ltd. and MetaQuotes Software Corp. (collectively "Plaintiffs"), hereby request that the Clerk, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, enter a default against Defendant, MetaQuotes Software Corp., for failure to answer, plead, or otherwise respond to the Complaint filed in this action.

As set forth in the accompanying Declaration of Matthew Schechter, on July 11, 2022, Plaintiffs effected service of the Summons and the Complaint, along with other initial case documents, on Defendant MetaQuotes Software Corp. via personal service on the California Secretary of State's Office as permitted by California Code of Civil Procedure section 416.10(d) and California Corporations Code section 1702.  (Declaration of Matthew Schechter in Support of Plaintiffs' Request for Clerk to Enter Default Against Defendant MetaQuotes Software Corp. ["Schechter Decl."], ¶ 3.)  Such service was authorized by the Court's Order Granting Plaintiffs' Ex Parte Application for Permission (1) to Serve Defendants MetaQuotes Software Corp. and FXCA Markets Limited Via the California Secretary of State: (2) to serve Defendant Peijie Liu Via Publication; and (3) to Extend the Time for Service, filed on July 6, 2022. (Dkt. 70).  (Schechter Decl., ¶ 3.)  The documents were personally served on Eric Anderson, a person employed in the California Secretary of State's office in the capacity Deputy Secretary of State.  (*Id*. and Exh. A.)  Per the Court's Order and the process set forth in California Corporations Code section 1702(a), service was deemed complete on July 21, 2022, ten (10) days after delivery of the process to the Secretary of State. (Schechter Decl., ¶ 4.)

MetaQuotes Software Corp was required to file an answer or otherwise respond to Plaintiffs' Complaint on or before August 11, 2022.  No answer or other response from MetaQuotes Software Corp. appears on the Court's public docket

and, as of this date, Plaintiffs have received no answer or other response from FXCA Markets Limited.  (Schechter Decl., ¶ 5.)

DATED:  September 12, 2022

McMANIS FAULKNER

*/s/ Matthew Schechter*
PATRICK HAMMON
MATTHEW SCHECHTER
ANDREW PARKHURST
Attorneys for Plaintiffs,
METAQUOTES LTD. and
METAQUOTES SOFTWARE CORP.