1  PATRICK HAMMON (255047)
   MATTHEW SCHECHTER (212003)
2  ANDREW PARKHURST (324173)
   McMANIS FAULKNER
3  a Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:  (408) 279-8700
5  Facsimile:  (408) 279-3244
   Email:      phammon@mcmanislaw.com
6
   Attorneys for Plaintiffs,
7  METAQUOTES LTD. and
   METAQUOTES SOFTWARE CORP.
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>Plaintiffs<br><br>vs.<br><br>METAQUOTES SOFTWARE CORP., a California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, inclusive,<br><br>Defendants, | Case No.:  8:22-CV-00462-SB-DFM<br><br>**DECLARATION OF MATTHEW SCHECHTER IN SUPPORT OF PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AGAINST METAQUOTES SOFTWARE CORP.** |

I, Matthew Schechter, declare:

1. I am an attorney at law admitted to practice in the State of California and the United States District Court for the Central District of California. I am a partner at McManis Faulkner, counsel for Plaintiffs, MetaQuotes Ltd. and MetaQuotes Software Corporation ("Plaintiffs"), in the above-captioned matter. I submit this declaration in support of Plaintiffs' Request for Clerk to Enter Default Against Defendant MetaQuotes Software Corp. I have personal knowledge of the facts stated herein and could competently testify to them if called upon to do so.

2. Plaintiffs' filed their Complaint in this action on March 28, 2022.

3. On July 11, 2022, Plaintiffs effected service of the Summons and the Complaint on Defendant MetaQuotes Software Corp. via personal service on Deputy Secretary of State, Eric Anderson, at the California Secretary of State's Office. Such service was done pursuant to the Court's Order Granting Plaintiffs Ex Parte Application for Permission (1) to Serve Defendants MetaQuotes Software Corp. and FXCA Markets Limited Via the California Secretary of State; (2) to Serve Defendant Peijie Liu Via Publication; and (3) to Extend the Time for Service, filed on July 6, 2022. Attached hereto as **Exhibit A** is a true and correct copy of the Proof of Service for Defendant MetaQuotes Software Corp. that was filed with the Court on July 25, 2022.

4. Pursuant to the Court's Order, and California Corporations Code section 1792(a), service on MetaQuotes Software Corp. was deemed complete ten (10) days after service was made on the Secretary of State's Office. The tenth day was July 21, 2022. Based on this date, MetaQuotes Software Corp. was required to file and answer or otherwise respond to Plaintiffs' Complaint on or before August 11, 2022.

///

///

///

5. No answer or other response by Defendant MetaQuotes Software Corp. appears on the Court's public docket, and, as of this date, Plaintiffs have not received an answer or other response by Defendant MetaQuotes Software Corp.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: September 12, 2022

*/s/ Matthew Schechter*
MATTHEW SCHECHTER