PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (SBN 255047)
patrick.hammon@pillsburylaw.com
ANDREW K. PARKHURST (SBN 324173)
andrew.parkhurst@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:  650.233.4500
Facsimile:  650.233.4545

Attorneys for Plaintiffs
METAQUOTES LTD. and
METAQUOTES SOFTWARE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>METAQUOTES SOFTWARE CORP., a California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 8:22-CV-00462-SB-DFM<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>Courtroom: 6C<br><br>Trial Date:  April 10, 2023<br><br>Judge:    Hon. Stanley Blumenfeld, Jr. |

1  PLEASE TAKE NOTICE that Plaintiffs, MetaQuotes, Ltd. and MetaQuotes
2  Software Corp. ("Plaintiffs"), hereby lodges the attached [Proposed] Judgment.
3
4  Dated:  May 1, 2023              PILLSBURY WINTHROP SHAW PITTMAN LLP
5
6                                     By:  /s/ Patrick M. Hammon
7                                          PATRICK M. HAMMON
8                                          Attorneys for Plaintiffs
9                                          METAQUOTES LTD. and
                                            METAQUOTES SOFTWARE CORP.