JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>METAQUOTES SOFTWARE CORP. et al.,<br><br>    Defendants. | Case No. 8:22-cv-00462-SB-DFM<br><br>FINAL JUDGMENT |

    For the reasons stated in the Court's May 17, 2023 findings of fact and conclusions of law, Dkt. No. 165, and the order on Plaintiffs' motion for default judgment and award of attorney's fees entered this day, it is

    ORDERED AND ADJUDGED that Plaintiff MetaQuotes Ltd. shall have and recover from Defendant Jian He its actual damages in the amount of $77,422 and treble profits in the amount of $759,282.75, for a total of $836,704.75. It is further

    ORDERED AND ADJUDGED that Defendant Jian He, his agents, employees, and attorneys, and all persons in active concert with him are permanently enjoined from:

1. Using Plaintiff MetaQuotes Ltd.'s registered trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not a genuine version of Plaintiffs' products, services, or software;

2. Passing off or enabling others to pass off any products, services, or documents not produced by or under the authorization of Plaintiffs as

    genuine MetaQuotes products, services, or documents (including bills or invoices) produced by Plaintiffs;

3. Committing any acts calculated to cause consumers to believe that Defendant's products, services, software, marketing materials, or financial documents (including bills or invoices) are those sold or offered under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise associated with Plaintiffs; or

4. Further infringing Plaintiff MetaQuotes Ltd.'s trademarks and damaging Plaintiffs' goodwill.

    It is further ORDERED AND ADJUDGED that Defendant MetaQuotes Software Corp. is permanently enjoined from using in its name or otherwise using "MetaQuotes Software" or any other registered trademark belonging to Plaintiff MetaQuotes Ltd. Within 90 days after being served with a copy of this judgment, Defendant MetaQuotes Software Corp. must remove all records containing "MetaQuotes Software" from the California Secretary of State business registry. It is further

    ORDERED AND ADJUDGED that Plaintiffs MetaQuotes Ltd. and MetaQuotes Software Corp. are jointly entitled to recover their reasonable attorney's fees from Defendant Jian He in the amount of $384,352.25.

    This is a final judgment.

Date: August 4, 2023

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge