COPY

WHEN RECORDED MAIL TO:

Patrick Hammon (255047)
Pillsbury Winthrop Shaw Pittman LLP
2550 Hanover Street
Palo Alto, CA 94304

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MetaQuotes Ltd., et al., <br><br> PLAINTIFF(S), <br> v. <br><br> MetaQuotes Software Corp., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 8:22-cv-00462-SB-DFM <br><br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on August 7, 2023 in favor of MetaQuotes Ltd.

whose address is 35 Dodekanisou Str., Germasogeia, 4043 Limassol, Cyprus

and against Jian He

whose last known address is 980 W Arrow Hwy, Apt. D, Upland, CA 91786

for $759,282.75     Principal,   $20,509.19    Interest,   $26,892.97    Costs,
and $384,352.25    Attorney Fees.

ATTESTED this __12__ day of __December__, 20 __23__

Judgment debtor's driver's license no. and state;    1148, CA    (last 4 digits) ☐ Unknown.

Judgment debtor's Social Security number;    2003    (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Jian He
1206 Dorothy Lane
Fullerton, CA 92831

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
Chris Sawyer

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                                    ABSTRACT OF JUDGMENT/ORDER