1  Jian He (*In Pro Per*)
2      E-Mail: bitetu001@gmail.com
   980 W Arrow Hwy, Unit D
3  Upland, CA 91786
4  Telephone: 909-694-6625

5  Defendant Jian He

F I L E D
CLERK, U.S. DISTRICT COURT
05/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAQUOTES LTD., a Republic of Cyprus limited corporation, and METAQUOTES SOFTWARE CORP., a Commonwealth of the Bahamas corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>METAQUOTES SOFTWARE CORP., A California corporation, STANDARD FINTECH CONSULTING, INC., a California corporation, FXCA MARKETS LIMITED, a dissolved California corporation, PEIJIE LIU, an individual, and JIAN HE, an individual, and DOES 1-20, INCLUSIVE,<br><br>    Defendants. | Case No. 8:22-CV-00462-SB-DFM<br><br>Explanation Letter from Jian He<br><br>Date:         05/15/2024<br>Courtroom:  6C<br>Judge:        Hon. Stanley Blumenfeld, Jr.<br><br>Complaint Filed: March 28, 2022 |

NOTICE

I, Jian He, respectfully submit this letter to provide a detailed explanation regarding my compliance with the Court's order and the challenges I have encountered in attempting to dissolve the entity registered in California as MetaQuotes Software Corp. ("Fake MSC"). I wish to clarify that I have not violated the Court's injunction and have made sincere efforts to comply with all requirements. Additionally, I would like to state that my comments are made solely in my personal capacity and do not represent the position of the defendant, Fake MSC.

### Compliance with Court's Order

Following the trial in April 2023, I have fully complied with the Court's directives. I have abstained from any activities related to MetaQuotes Software Corp. or any actions that would involve the company in any capacity.

### Efforts to Remove MetaQuotes from the California Business Registry

Per the Court's order, I attempted to remove the entity from the California Secretary of State's business registry. However, I encountered insurmountable obstacles due to the specific requirements for dissolving a corporation in California.

### Legal and Practical Obstacles

**1. Lack of Legal Authority to File Tax Returns**

California law mandates that only certain individuals within a corporation, such as officers, directors, or authorized agents, have the authority to file tax returns on behalf of the company. As of December 15, 2021（EXHIBIT A）, I hold no position within Fake MSC, and I am not a shareholder, officer, or director. Consequently, I lack the legal standing to file the necessary tax returns. California Corporations Code § 1900(a) specifies that a corporation can be dissolved only if all required tax filings are complete. The requirement that tax filings be managed by individuals in specific corporate roles is further

supported by the Internal Revenue Service (IRS) regulations, which stipulate that only authorized representatives can handle tax matters.

**2. Lack of Access to Comprehensive Financial Records**

Dissolving the company requires complete financial records, including bank statements from 2021 to 2024. While I was involved in the initial setup of the company and the opening of its first bank account, I do not have access to any additional accounts that may have been opened by subsequent officers or directors after December 15, 2021. Filing tax returns for only part of the company's financial history would be incomplete and potentially considered tax evasion. Given my lack of access to the necessary financial documentation, I am unable to fulfill the requirement to file the company's tax returns.

**Proposal to Transfer Company Control**

In discussions with the plaintiffs' counsel, I proposed transferring control of the company to the plaintiffs to facilitate the dissolution process. However, due to legal concerns, this proposal was not accepted. I later realized that unilaterally changing the company's records without authorization from the current CEO or shareholders would be illegal and against corporate governance principles.

**Request for Further Guidance**

I have made every effort to comply with the Court's order but am at an impasse due to the aforementioned legal and practical constraints. I respectfully seek the Court's guidance on the next steps required of me. Additionally, I want to reaffirm that I have no ongoing relationship or involvement with MetaQuotes Software Corp.

DATED: May 15, 2024        By: _*jian he*_
                                Jian He

 

**California Secretary of State**
Electronic Filing

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | METAQUOTES SOFTWARE CORP. |
| Entity (File) Number: | C4753814 |
| File Date: | 12/15/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | H036216 |

**Detailed Filing Information**

1. Entity Name: METAQUOTES SOFTWARE CORP.

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:
   3300 Irvine Ave, Ste 220
   Newport Beach, California 92660
   United States of America

   c. Street Address of Principal Executive Office:
   3300 Irvine Ave, Ste 220
   Newport Beach, California 92660
   United States of America

3. Officers:
   a. Chief Executive Officer:
   Peijie Liu
   3300 Irvine Ave, Ste 220
   Newport Beach, California 92660
   United States of America

   b. Secretary:
   Peijie Liu
   3300 Irvine Ave, Ste 220
   Newport Beach, California 92660
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: H036216

# California Secretary of State
## Electronic Filing

Officers (cont'd):

   c. Chief Financial Officer:

Peijie Liu
3300 Irvine Ave, Ste 220
Newport Beach, California 92660
United States of America

4. Director:

Peijie Liu
3300 Irvine Ave, Ste 220
Newport Beach, California 92660
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

Peijie Liu
3300 Irvine Ave, #220
Newport Beach, California 92660
United States of America

6. Type of Business: software

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Peijie Liu

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: H036216